## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILLICENT CRAWFORD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18 cv 3847** |
| **HYATT CORPORATION ET AL.** | **NJB - DMD** |

### MOTION FOR CONTEMPT UNDER RULE 45(g.) FOR FAILURE TO APPEAR PURSUANT TO DEPOSITION SUBPOENA, TO COMPEL NON-PARTY'S ATTENDANCE AT DEPOSITION, AND FOR SANCTIONS

NOW COMES plaintiff, Millicent Crawford, who seeks non-party witness Arieon Burnet be held in contempt pursuant to Rule 45(g.) of the *Federal Rules of Civil Procedure*, for her failure to comply with or object to a subpoena properly issued and served which ordered her to appear for her deposition on June 12, 2019. In accordance, plaintiff seeks attorney's fees and costs related to Arieon Burnett's failure to appear and further seeks an order compelling Arieon Burnett to appear for her deposition to be taken at a date and time agreeable to the parties and the Court, and for fees and costs associated with this motion.

WHEREFORE, plaintiff prays that after due consideration, her motion be GRANTED, and the Court issue an order of Contempt directed to Arieon Burnett, ordering her to pay plaintiff costs and reasonable attorney's fees related to her failure to appear at the deposition. Further, plaintiff prays an order issue compelling Arieon Burnett to appear for her deposition at a date and time agreeable to the parties and the Court and Arieon Burnett ordered to pay plaintiff's costs and fees associated with this motion.

RESPECTFULLY SUBMITTED:

 /s/ Nicholas S. Lindner
**NICHOLAS S. LINDNER (#31841)**
Branden Villavaso (#34805)
631 Saint Charles Avenue
New Orleans, LA 70130
Te: (504) 579-2601
Fax: (504) 267-2062

Certificate

I, Nicholas S. Lindner, hereby certify that by using the CM/ECF system to electronically file the foregoing, all counsel of record will be notified of filing on this date, July 22, 2019. Further, non-party Arieon Burnett has been served pursuant to Rule 5(b)(C) of the *Federal Rules of Civil Procedure*, by mailing a copy of the filing and all attachments to her last known address on this date, postage affixed and addressed to her at 10501 Curran Blvd., Apt. 20C, New Orleans, LA 70127. Counsel has also sent the filing by certified mail.

Pursuant to Rule 37(a)(1), counsel herein certifies that he has in good faith attempted to confer with Arieon Burnett in an effort to obtain the sought deposition without court action.

 /s/ Nicholas S. Lindner
**NICHOLAS S. LINDNER (#31841)**