

# GUEST INCIDENT REPORT

*This report is confidential and prepared for our attorneys in contemplation of litigation which may arise out of this incident. This internal document is not to be given to guests or to their representatives. Please ensure entire report is written legibly.*

Hotel Name: __Hyatt Regency New Orleans__   Report#: __2017-046-Millicent Crawford__

| Type of Incident (check box) | Bodily Injury: X | Property Damage/Loss: No | Other: |
|---|---|---|---|

| | | |
|---|---|---|
| GUEST'S NAME: Millicent Crawford | ROOM # 2206 | DATE OF REPORT: 3/2/2017 |
| REGISTERED GUEST: YES | ARRIVAL DATE: 2/24/17 | DEPARTURE DATE: 3/2/2017 |
| GUEST'S HOME STREET ADDRESS: | | City, State, Zip: |
| GUEST'S WORK PHONE: 404-277-3398 | GUEST'S HOME PHONE: | |
| GUEST'S CELL PHONE: | GUEST'S EMAIL: getfinanciallysound@aol.com | |
| DATE OCCURRED: 3/2/2017 | TIME OCCURRED: 2:04AM | LOCATION OF INCIDENT: 3rd floor in front of 8 Block Bar |

Describe allegation in detail (who, what, where, when)

GUEST ALLEGES: On March 3, 2017 at approximately 2:04AM, hotel guest Millicent Crawford slipped and fell on the 3rd floor at 8 Block Bar. Security was notified by Housekeeper Arieon Burnett, who indicated that registered guest Melanie Thomas was requesting a wheelchair and EMS. Security Officer Gabriel Cruz contacted EMS and dispatched Security Officer Isiah Hill and Byron Gale to the incident. A wheelchair was brought to the scene by S/O Hill however; Ms. Crawford choose not to use it. At approximately 2:32AM, EMS personnel Jay Canizoro and Jay Belle from unit 3234 arrived on the scene. Ms. Crawford was interviewed by EMS and administered medical attention. Ms. Crawford stated that she sustained injuries to her ankle, knee and head. Ms. Crawford was then transported to University Medical Hospital at approximately 2:41AM. S/O Cruz conducted an investigation and interviewed witnesses HSK Burnett, Overnight cleaners Byron Grant, Bellman Steven Banks and guest Ms. Thomas. According to HSK Burnett, Ms. Crawford was walking to the front lobby with Bellman Banks, when she tried to avoid two wet floor signs in the main walk area. HSK Burnett stated that Ms. Crawford walked between the chairs closest to the bar when she slipped and fell on a wet surface. HSK Burnett described the incident as, Ms. Crawford swayed a bit, fell forward on her hand and knee, then fell on her side thus hitting her head on the ground. According to Bellman banks, OC Grant was buffing the floor in the main walk area, while Ms. Crawford and friends detoured through the seating area. As the guest made their way through, Ms. Crawford slipped and held on to the chair while falling. OC Grant stated that he heard Ms. Crawford fell on the opposite side of the floor where he was buffing. According to accompanied guest Thomas, a puddle of water was on the floor with no wet floor sign. Nothing further to report.

ADDITIONAL INFORMATION (for example, if guest's attire or condition is pertinent. Give details):

| PERSONS WITH KNOWLEDGE OF INCIDENT | EMPLOYEE DEPARTMENT/ GUEST ADDRESS | PHONE NUMBER |
|---|---|---|
| Areion Burnett | Housekeeping | Did not give number. |
| Steven Banks | Bellman | 225-326-5539 |

POLICE CONTACTED: YES ___ NO _X_ OFFICER'S NAME: _____ PD REPORT # _____

AMBULANCE CALLED: YES _X_ NO ___ IF HOSPITALIZED, WHERE: __University Medical Hospital__

CLAIMS ADJUSTER CONTACTED: YES ___ NO _X_ ANYONE ELSE CONTACTED: _____
(Fire Dept., Health Dept.)

PHOTOS TAKEN? YES ___ NO _X_ DATE ___ TIME ___ BY WHOM? _____

SECURITY CAMERA IMAGES PRESERVED? YES _X_ NO ___, INCIDENT NOT ON CAMERA __x__

REPORT MADE BY: __Gabriel Cruz__   TITLE: __Security Officer__

REVIEWED BY SUPERVISOR: __Sheldon Williams, Assistant Director of Security__

Hyatt Confidential & Proprietary 2015

EXHIBIT B