AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Millicent Crowford
*Plaintiff*
v.
Hyatt Corporation et al.
*Defendant*

Civil Action No. 18-3847 NJB-DMD

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Arieon Burnett
*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

Place: Law Office of Brandon Villavaso 631 Saint Charles Ave, New Orleans LA 70130
Date and Time: 6/12/2019 10:00 a.m.

The deposition will be recorded by this method: Audio (digital)

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/30/19

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

NSL
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Millicent Crowford, who issues or requests this subpoena, are:

Nicholas Lindner, 631 St Charles Ave New Orleans LA 70130 nick@lawnola.com

Notice to the person who issues or requests this subpoena 504-579-260
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ARIKON BURNETT
on *(date)* 6/5/19.

☒ I served the subpoena by delivering a copy to the named individual as follows: Arikon Burnett, 10501 Curran Blvd, Apt. 20C, New Orleans, LA 70127 on *(date)* 6/11/19; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 53.92

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/11/19

_____
*Server's signature*

Robert Garich - Process Server
*Printed name and title*

BOMBET, CASHIO & ASSOC, INC
11220 N. Harrell's Ferry Rd
Baton Rouge, LA 70816-8309
ph 225-275-0796 fax 225-272-3631
www.bombet.com
*Server's address*

Additional information regarding attempted service, etc.: