UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MILLICENT CRAWFORD                    CIVIL ACTION NO.

VERSUS                                28-CV-3847

HYATT CORPORATION, ARES
MANAGEMENT GROUP, LLC,                JUDGE: NJB
HYATT LOUISIANA LLC AND
WESTERN WORLD INSURANCE
COMPANY                               MAGISTRATE JUDGE: DMD

**PROCES VERBAL OF AERION BURNETT** taken before Leah J. Glass, Certified Shorthand Reporter at 631 St. Charles Avenue, New Orleans, Louisiana 70130 taken on the 12th day of June 2019.

APPEARANCES:
Representing the Plaintiff:
    NICHOLAS S. LINDNER
    631 St. Charles Avenue
    New Orleans, Louisiana 70130

Representing Hyatt Corporation:
    MUSGRAVE, McLACHLAN & PENN
    BY:  MAGEN DETILIEU
    1515 Poydras Street
    Suite 2380
    New Orleans, Louisiana  70112

```
Representing Service Companies Inc:
      TREADAWAY BOLLINGER
      BY:  BRAD D. FERRAND
      605 North Florida
      Suite 2
      Covington, Louisiana 70433




REPORTED BY:
      LEAH J. GLASS, CSR, CCR
```

1    MR. LINDNER:
2         This is the deposition of Aerion Burnett.  It
3    is 10:18 on June 12th.  I'm going to attach an exhibit
4    to the deposition.  Mrs. Burnett is not present in the
5    room.  I'm going to attach this document as an exhibit,
6    it is a return showing that Mrs. Burnett was served
7    personally on June 5th with a subpoena to be here at
8    10:00 a.m.  She has not appeared.
9    MRS. DETILIEU:
10        Just for appearance purposes I'm Magen
11   Detilieu here on behalf of Hyatt Hotel and Western
12   World Insurance Company.
13   MR. FERRAND:
14        Brad Ferrand on behalf of The Service
15   Company, Inc.
16   MR. LINDNER:
17        That's it.
18
19
20
21
22
23
24
25

```
 1                    REPORTER'S CERTIFICATE
 2
 3
 4     This certificate is valid only for a
 5     transcript accompanied by my original
 6     signature and original required seal on this
 7     page.
 8
 9
10          I, LEAH J. GLASS, Certified Shorthand Reporter
11     in and for the State of Louisiana do hereby certify
12     that the within witness, after having been duly
13     sworn to testify to the truth, the whole truth and
14     nothing but the truth, did testify as hereinabove
15     set forth in the foregoing pages;
16          That the testimony was reported by me in
17     shorthand and transcribed under my personal
18     supervision, and is a true and correct transcript
19     to the best of my ability and understanding;
20          That the transcript has been prepared in
21     compliance with transcript format guidelines
22     required by statute or by rules of the board, that
23     I have acted in compliance with the prohibition on
24     contractual relationships as defined by Louisiana
25     Code of Civil Procedure Article 1434 and in rules
```

```
 1      and advisory opinions of the board;
 2              That I am not of Counsel, nor  related to
 3      Counsel or the parties hereto, and in no way
 4      interested in the outcome of this event.
 5
 6
 7
 8
 9
10   LEAH J. GLASS
11   CERTIFIED SHORTHAND REPORTER
12   In and for the State of Louisiana
13   LICENSE NO. 87026
14
15
16
17
18
19
20
21
22
23
24
25
```