II



06/04/2019    1391    $003.43





06/14/2019    1392    $53.92