UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILLICENT CRAWFORD                              CIVIL ACTION

VERSUS                                                       NO. 18 cv 3847

HYATT CORPORATION
ET AL.

### AFFIDAVIT OF MIA REDD

I, Mia Redd, affiant herein, declare the following facts to be true and correct to the best of my knowledge, under penalty of perjury or false swearing:

1. My address is 4051 Orchard Rd., Unit 105, Atlanta, GA 30339;

2. My date of birth is November 9, 1965;

3. I was present with Millicent Crawford at the Hyatt Regency hotel in New Orleans on March 2, 2017, when she slipped and fell;

4. Millicent Crawford fell on a spilled clear liquid in a bar lobby area of the hotel;

5. Within a few minutes after Ms. Crawford fell, I spoke to an employee in the vicinity who gave her name as Arieon Burnett;

6. Ms. Burnett made several statements to me about the condition of the floor;

7. Ms. Burnett stated, "I knew something was going to happen;"

8. Ms. Burnett also stated, "They don't put up proper signage;"

9. Ms. Burnett further stated to other employees, "I told y'all to get that off the floor."

10. Ms. Burnett wrote her name and job title on a paper and gave it to me, a picture of this writing is attached to this affidavit as Exhibit "A"

11. Subsequent to the incident, I located Ms. Burnett on Facebook and had a conversation with her, in which she stated the liquid Millicent Crawford slipped on was liquor. The conversation is attached to this affidavit as Exhibit "B"

1

I swear the foregoing is true and correct to the best of my knowledge, under penalty of perjury or false swearing.

_____   Date: 7/12/19
MIA REDD

Sworn and subscribed before me this 12 day of July, 2019.

_____
Notary Public

*[Notary Seal: JULISSA HEADSPETH, NOTARY, EXPIRES 04-01-2023, GEORGIA, PUBLIC, HENRY COUNTY]*



EXHIBIT A


**Arieon Burnett**



# Arieon Burnett

You and Arieon aren't connected on Facebook

Lives in Harvey, Louisiana

> Arieon! Hey there ... this is Mia .. remember me from Mardi Gras and my girlfriend fell in the hotel ??!

> How are you?

Hey, I'm fine.. no I don't remember which hotel are you referring too

> The Hyatt Like 2 years ago in the lobby

EXHIBIT B

 **Arieon Burnett**

 Hey, I'm fine.. no I don't remember which hotel are you referring too

> The Hyatt Like 2 years ago in the lobby

 Oh ok.. I didn't work there anymore

 Typo DON'T

> O really.how long have you been gone?

 February 2018

> O wow .. you were such a blessing to us that day. Do you know my friend ended up having 2 surgeries behind

**Arieon Burnett**
Active 2h ago

> us that day. Do you know my friend ended up having 2 surgeries behind that fall!

2 cont'd

> Aww thank you hun.. OMG no I didn't know I'm so sorry to hear that.. HOW IS SHE DOING?

> She's much better but she's still not walking normal 😢

> Hoping over time though she will

> Whatever happened to the guy that was mopping that day? You were chewing him out! 😁

> I will keep her in my prayers..

> Awww thank you I will let her know

> I'm sure that will make her smile

> She's been super depressed over all this .. after all it's been 2 years! 😔

> I'm not sure what happened to

 **Arieon Burnett**
Active 2h ago

this .. after all it's been 2 years! 😊

I'm not sure what happened to him.. everything was kinda fishy after that day I HONESTLY GOT FIRED FOR AN UNEXPLAINABLE REASON I BELIEVE IT WAS FROM THAT INCIDENT BUT OF COURSE THEY'RE DENYING THAT

> What! Are you serious!
>
> What did they say?
>
> That's terrible!!!

Please let her know.. tell her to keep her head up God got her SHE WILL MAKE A FULL RECOVERY

> I will for sure! I hate you got fired .. that's because they know you knew the truth about their negligence!
>
> Boy people are something else!

Nothing really they really just

**Arieon Burnett**

 Nothing really they really just started cutting my hours, then one day SENT ME A TEXT STATING THEY WERE LETTING ME GO BECAUSE OF MY ATTENDANCE WHICH WAS BULLSHIT BECAUSE I NEVER MISSED WORK

> What??! Now that's sad. Did you contest it?

 I know it.. BUT I WASN'T TRIPPING BECAUSE THEY OTHER HOTEL HIRED ME ALMOST INSTANTLY

> Look at God! So where are you now?

 Hyatt CENTRIC

> Where is that one located?

Did she win a lawsuit? I remember a lawyer emailing me about the incident

**Arieon Burnett**

Did she win a lawsuit? I remember a lawyer emailing me about the incident

On iberville not far from the Hyatt Regency

> Girl she's still fighting.. they are trying everything to keep from paying her.

THAT'S BULLSHIT SHE WON

> Which is terrible considering all her agony

Right

> Which lawyer reached out to you? Her lawyer or theirs?

I'm about to leave the COMPANY ALL TOGETHER..

Hers I BELIEVE

(5)

**Arieon Burnett**

**Hers I BELIEVE**

O really? You don't like it?

They ARE HORRIBLE

I have a job offer with the city

O ok .. that makes sense.. Did you speak to them?

Really? Doing what?

I emailed back with my contact information but no one ever called

Hmmm that's weird

Working with the meter maids

I'm sure they need to chat with you ... do you mind me sharing your info in case it got lost in the hustle?

O cool ... so will that be a promotion for you or a lateral move?


**Arieon Burnett**
Active 2h ago

That was awhile back when they contacted me.. JUST TELL THEM SEND ME ANOTHER EMAIL

⑦

arieonburnett@yahoo.com

> O ok ... when's your last day at the Hyatt?

PROMOTION

> Yay!!!!' That's awesome!
>
> See when you do good nothing and nobody can hold you back!

I'll be putting in my 2 weeks 2nd week of February

DON'T I KNOW IT.. GOD IS ALWAYS GOOD AND ON TIME

1

> I've prayed for you because like I said, you were the ONLY person that day with any compassion and who was genuinely trying to help us.

**Arieon Burnett**
Active 2h ago

> Everybody else was trying to CYA!

> I was so excited to find you on FB! 😊

> I appreciate it.. THEY ARE AWFUL IM HONESTLY ECSTATIC I DON'T WORK THERE ANYMORE

👍 1

I'm glad you did I always wondered i she was doing after that..

How did you find me.

> Well they have definitely not been kind to my friend.

> I have not stayed at a Hyatt since either 😊

DON'T
👍 1

THEY'RE plenty other options

There are

⑧

 

**Arieon Burnett**

 There are

Yes for sure

(9)

Well I'm glad we connected! 🤍 I'll give my friend your email ... do you check it regularly cause it took you forever to respond to messenger 😂

I just saw that you asked how I found you ... remember you gave me your info ... I wanted to come look for you the last time I was in NO too but I didn't want to cause any trouble for you on your job .. but you were gone anyway! 😂



**Arieon Burnett**

> You actually wrote it down for me that day and I figured you might be on FB 😊

(10)

Yea I do and I don't be on Facebook like that lol

> Pwwwwaaaha no you don't 😄

Oh ok glad you kept it

> Are those your babies on there with you

Yes that's my babies

> Yes me too! I put it up and came across it recently

> They are too cute!

> I'm sure they keep you busy

 **Arieon Burnett**




That's good I would have been lost it if it were me

Aww thank you.. VERY BUSY THEY'RE BAD

I told my friend we connected and that you said you were praying for her .. she said she's so grateful to you

She said please chat with her attorney if you don't mind .. I told her to share your email. She's so over all this .. it's been a lot! And they are acting like she did something wrong

She was not happy you were fired .. she said you had nothing to do with it!

Just have her attorney contact me I don't mind at all

 

**Arieon Burnett**



I don't mind at all

1

I will be to it's been 2 years my God



> Right!
>
> Dude left water on the floor and she slipped period! What's so hard about that ?? Geeze

No someone waste liquor



> Is that what it was?

Yes



> O my 
>
> That's worst .. why didn't they get it up ?
>
> Or at least put a sign down .. smh

 

      

 **Arieon Burnett**
Active 2h ago  

 



> Negligent.. that's why they are trying to weeze out of it

> Hey girlie! My friend gave her attorney your email. Meant to text the other day to let you know. She said to tell you thank you! 😊

 Ok I'll be looking for it and tell her no problem

 1

> Hey lady! Did you partake in the boycott festivities this weekend? 😊

Yes

**Arieon Burnett**

> Hey lady! Did you partake in the boycott festivities this weekend? 😄

(14)

> Yes

> It was ABSOLUTELY amazing, peaceful and fun

> I bet!

> I wanted to be there 😆

> Why didn't you come

> Girl I was here trying to do super bowl stuff 😄