UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MILLICENT CRAWFORD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18 cv 3847** |
| **HYATT CORPORATION ET AL.** | **NJB - DD** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, the Plaintiff's Motion for Contempt Under Rule 45(g.) for Failure to Appear Pursuant to Deposition Subpoena, to Compel Non-party's Attendance at Deposition, and For Sanctions is hereby set for submission before the District Judge on the 14th day of August, 2019 at 10:00 a.m..

RESPECTFULLY SUBMITTED:

 /s/ Nicholas S. Lindner
**NICHOLAS S. LINDNER (#31841)**
Branden Villavaso (#34805)
631 Saint Charles Avenue
New Orleans, LA 70130
Te: (504) 579-2601
Fax: (504) 267-2062

Certificate

I, Nicholas S. Lindner, hereby certify that by using the CM/ECF system to electronically file the foregoing, all counsel of record will be notified of filing on this date, July 22, 2019. Further, non-party Arieon Burnett has been served pursuant to Rule 5(b)(C) of the *Federal Rules of Civil Procedure*, by mailing a copy of the filing and all attachments to her last known address on this date, postage affixed and addressed to her at 10501 Curran Blvd., Apt. 20C, New Orleans, LA 70127. Counsel has also sent the filing by certified mail.

 /s/ Nicholas S. Lindner
**NICHOLAS S. LINDNER (#31841)**