UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILLICENT CRAWFORD | * | CIVIL ACTION NO. 2:18-CV-3847 |
| | * | |
| VERSUS | * | |
| | * | |
| HYATT CORPORATION, ARES | * | JUDGE NANNETTE JOLIVETTE |
| MANAGEMENT GROUP, LLC, | * | BROWN |
| HYATT LOUISIANA, LLC, AND | * | |
| WESTERN WORLD INSURANCE | * | |
| COMPANY | * | MAGISTRATE JUDGE DANIEL E. |
| | * | KNOWLES, III |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Third Party Defendant, **THE SERVICE COMPANIES, INC.**, (hereinafter "Third Party Defendant") who respectfully moves this Honorable Court for an entry of Summary Judgment in favor of Third Party Defendant, and against Plaintiff and Third Party Plaintiffs, dismissing all claims against Third Party Defendant as there are no material facts in dispute. Third Party Defendant is entitled to judgment as a matter of law for the reasons more fully stated in the attached memorandum.

*Signature on following page*

Respectfully submitted,

**TREADAWAY BOLLINGER, LLC**

/s/ Brett M. Bollinger_____
BRETT M. BOLLINGER (#101502)
JEFFREY E. MCDONALD (#103086)
BRAD D. FERRAND (#29860)
L. PETER ENGLANDE (#34535)
406 North Florida Street, Suite 2
Covington, Louisiana 70433
Telephone: (985) 273-3123
Telefax: (985) 871-8788
E-mail: brett@ztlalaw.com
*Attorney for The Services Companies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all counsel of record by the Court's Electronic Case Filing System, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this 30th day of July, 2019.

/s/ Brett M. Bollinger
BRETT M. BOLLINGER