UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILLICENT CRAWFORD | * | CIVIL ACTION NO. 2:18-CV-3847 |
| | * | |
| VERSUS | * | |
| | * | |
| HYATT CORPORATION, ARES | * | JUDGE NANNETTE JOLIVETTE |
| MANAGEMENT GROUP, LLC, | * | BROWN |
| HYATT LOUISIANA, LLC, AND | * | |
| WESTERN WORLD INSURANCE | * | |
| COMPANY | * | MAGISTRATE JUDGE DANIEL E. |
| | * | KNOWLES, III |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTE that the Motion for Summary Judgment filed by Defendant, **THE SERVICE COMPANIES, INC.**, is hereby set for submission before District Judge Nanette Jolivette Brown/Magistrate Judge Dana M. Douglas on August 14, 2019.

Respectfully submitted,

**TREADAWAY BOLLINGER, LLC**

/s/ Brett M. Bollinger_____
BRETT M. BOLLINGER (#101502)
JEFFREY E. MCDONALD (#103086)
BRAD D. FERRAND (#29860)
L. PETER ENGLANDE (#34535)
406 North Florida Street, Suite 2
Covington, Louisiana 70433
Telephone: (985) 273-3123
Telefax: (985) 871-8788
E-mail: brett@ztlalaw.com
*Attorney for The Services Companies, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on all counsel of record by the Court's Electronic Case Filing System, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this <u>30th</u> day of July, 2019.

                                             <u>/s/ Brett M. Bollinger</u>
                                             BRETT M. BOLLINGER