<pre>
 1               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3


 4    MILLICENT CRAWFORD        * CIVIL ACTION
                                * NO. 2:18-CV-3847
 5                              *
      VERSUS                    *
 6                              *
                                * JUDGE NANNETTE
                                * JOLIVETTE BROWN
 7    HYATT CORPORATION, ARES   *
      MANAGEMENT GROUP, LLC,    *
 8    HYATT LOUISIANA, LLC,     * MAGISTRATE JUDGE
      AND WESTERN WORLD         * DANIEL E.
 9    INSURANCE COMPANY         * KNOWLES, III
                                *
10    * * * * * * * * * * * * * * * * * * * * * * *

11


12           Deposition of MILLICENT CRAWFORD,
      3139 Pittard Hill Point, Duluth, Georgia,
13    30096, taken in the Law Offices of Branden
      Villavaso, 631 St. Charles Avenue, New
14    Orleans, Louisiana on Tuesday, the 16th day
      of October, 2018 at 10:00 a.m.
15

16

17    APPEARANCES:

18           LAW OFFICE OF NICHOLAS S. LINDNER
             (By: Branden Villavaso, Esquire)
19           631 St. Charles Avenue
             New Orleans, Louisiana 70130
20              Attorney for the Plaintiff

21

22           MUSGRAVE, McLACHLAN & PENN
             (By: R. Todd Musgrave, Esquire)
23           1515 Poydras St., Suite 2380
             New Orleans, Louisiana 70112
24              Attorney for Defendants

25
</pre>

1    APPEARANCES (continued):

2

3

4

5        TREADAWAY BOLLINGER, LLC
          (By: Brad D. Ferrand, Esquire)
6        406 North Florida St., Suite 2
          Covington, Louisiana 70433
7             Attorney for Defendant,
              The Service Companies, Inc.

8

9

10   REPORTED BY:

11        MARGARET MCKENZIE, CCR, RPR, CMR, CRR
12        Certified Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                     I N D E X

 2


 3


 4     EXAMINATION BY:

 5

 6     MR. MUSGRAVE.............................  5

 7

 8     MR. FERRAND.............................110

 9

10     MR. MUSGRAVE.............................

11

12     MR. VILLAVASO...........................

13

14

15

16

17     EXHIBITS:

18

19     Exhibit 1................................. 75

20     Exhibit 2................................. 77

21     Exhibit 3................................. 79

22     Exhibit 4................................. 81

23     Exhibit 5................................. 82

24     Exhibit 6................................. 82

25
```

```
 1              S T I P U L A T I O N
 2        It is stipulated and agreed by and
 3   between counsel for the parties hereto that
 4   the deposition of the aforementioned witness
 5   is hereby being taken under the Federal Rules
 6   of Civil Procedure, for all purposes, in
 7   accordance with law;
 8        That the formalities of reading and
 9   signing are specifically not waived;
10   That the formalities of sealing,
11   certification and filing are specifically
12   waived;
13        That all objections, save those as to
14   the form of the question and the
15   responsiveness of the answer, are hereby
16   reserved until such time as this deposition,
17   or any part thereof, may be used or sought to
18   be used in evidence.
19
20              *     *     *     *     *
21
22        MARGARET MCKENZIE, Certified Court
23   Reporter, in and for the Parish of Orleans,
24   State of Louisiana, officiated in
25   administering the oath to the witness.
```

1          **MILLICENT CRAWFORD**,

2    3139 Pittard Hill Point, Duluth, Georgia,

3    30096, after having been first duly sworn by

4    the above-mentioned court reporter, did

5    testify as follows:

6    EXAMINATION BY MR. MUSGRAVE:

7         Q.    Good morning, Miss Crawford.

8         A.    Yes.

9         Q.    I met you earlier.  My name is Todd

10   Musgrave.  I represent some of the defendants

11   in this case, the Hyatt Corporation, the

12   Hyatt Louisiana.  And I'm here to ask you

13   some questions today about the accident that

14   happened on March 2, 2017 at the Hyatt.

15              You've probably been advised about

16   this sort of process, questions and answers

17   and things like that.

18              Have you ever given a deposition

19   before?

20        A.    Yes.

21        Q.    Okay.  How many other times?

22        A.    Once.

23        Q.    Was that for one of your car

24   accidents?

25        A.    Yes.

```
 1        Q.    The 2004 or the 2007?
 2        A.    2007.
 3        Q.    So I know it is 11 years ago, but
 4   it's my opportunity and everyone else in here
 5   who hasn't met you to meet you, for you to
 6   meet us, for me and the others to ask you
 7   questions about yourself, what happened, your
 8   injuries, how you are doing today.  So when
 9   you give answers, just try to speak verbally
10   so that the court reporter can take it down.
11   A lot of times that comes into play with head
12   nods or uh-huhs and uh-uhs.  Try to use
13   words.
14        A.    Yes.
15        Q.    If you don't understand a question
16   I ask, just ask me to repeat it or rephrase
17   it.  I'll do that.
18        A.    Okay.
19        Q.    And these things can get
20   conversational sometimes.  Try to let me
21   completely finish my question before you
22   answer, the idea being with her taking down
23   the testimony, if two people talk at the same
24   time it's difficult.
25             So, anyway, those are the ground
```

```
 1    rules.
 2            Your full name is what?
 3       A.    Millicent Olivia Crawford.
 4       Q.    And are you married?
 5       A.    No.
 6       Q.    Ever been?
 7       A.    No.
 8       Q.    And just for background
 9    information, I have your address from your
10    interrogatory responses at 3139 Pittard Hill
11    Point, Duluth, Georgia?
12       A.    That's correct.
13       Q.    30096?
14       A.    Yes.
15       Q.    Your date of birth, June 6, 1965?
16       A.    Yes.
17       Q.    And your Social, 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?
18       A.    No.  4671 is the end.
19    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.
20       Q.    They were just transposed.  Okay.
21    Thank you for that.
22            Do you live with anyone at your
23    house at Pittard Hill Point?
24       A.    Yes.
25       Q.    Who is that?
```

1      A.    My sister, her husband, their two
2  kids.
3      Q.    And what is your sister and her
4  husband's name?
5      A.    Heather and Marone, M-A-R-O-N-E,
6  Mobley, or Mobley, M-O-B-L-E-Y.
7      Q.    And the two children, how old are
8  they?
9      A.    Eleven and 12.
10     Q.    And how long have you lived with
11 them?
12     A.    They live with me.
13     Q.    I'm sorry.  How long --
14     A.    They moved in in 2016.  They moved
15 up to live with me.
16     Q.    All right.  So they were living
17 with you before this accident at the Hyatt?
18     A.    Yes.
19     Q.    Has anyone else lived with you
20 since the accident at the Hyatt up until
21 today?
22     A.    No.  No.
23     Q.    Are you currently employed?
24     A.    Yes.
25     Q.    With whom?

1       A.      The Home Depot.  Well, through a

2    contracting agency, The Proven Method.  I

3    work actually at the Home Depot in IT Supply

4    Chain.

5       Q.      Is that actually at a Home Depot

6    store?

7       A.      No.  It's corporate.

8       Q.      And what do you do for them?

9       A.      Project manager.

10       Q.      And how long have you had that

11    position?

12       A.      I started September 9 or 10,

13    whatever the Monday was.  I can't remember if

14    that was the 9th or the 10th.

15       Q.      Of this year?

16       A.      Yes.

17       Q.      And did you get the job at Home

18    Depot through Proven Method?

19       A.      Yes.  They are a contract agency.

20    They hire on people to work for the Home

21    Depot.

22       Q.      Okay.  And this position that you

23    have with the Home Depot currently, is it

24    full time?

25       A.      Yes.

1       Q.    And full time is 40 hours a week?

2       A.    Yes.

3       Q.    And are you salaried?

4       A.    Yes.

5       Q.    What is your salary?

6       A.    One hundred thousand dollars a

7  year.

8       Q.    Do you have any positions open?

9             And do you have any other jobs at

10  this time?

11      A.    No.

12      Q.    Before, going into your work

13  history a little bit, before this September 9

14  or 10 of 2018 when you got the job at the

15  Home Depot IT, with whom were you employed?

16      A.    I was with AT&T up until January 15

17  of this year.  And I was laid off.  At the

18  time of the accident, that's who I was with

19  as well.

20      Q.    So between January and September

21  you were unemployed?

22      A.    Yes.

23      Q.    Were you doing anything during that

24  time period to make money?

25      A.    Well, no.  I had surgery in March.

1    And I knew I would have rehab, so I did not

2    want to try to get a position until I got

3    through rehab.  And so I waited to start

4    looking until like July or August.

5        Q.    Okay.  Fair enough.  Did you do

6    anything between January and September to

7    earn money, sell crafts, work part time, help

8    anyone out?

9        A.    No.

10       Q.    Were you receiving, between January

11   and September, were you receiving any income

12   from any --

13       A.    I received a severance from AT&T.

14       Q.    Okay.  Was that just a one-time

15   package?

16       A.    Yes.

17       Q.    How much was that?

18       A.    I brought home about 32.  And I

19   used it to pay up bills.

20       Q.    Thirty-two thousand was your

21   severance?

22       A.    Yes.  That's the amount that I

23   brought home.  I can't remember what it was

24   before taxes.

25       Q.    Sure.  Okay.  I understand.  And in

1    January of 2018 when you were laid off from

2    AT&T, what was the reason, just reduction of

3    force?

4         A.    That's what we were told.  I --

5         Q.    You have a different thought?

6         A.    I do.  I missed five and a half

7    months of work.  And my leg was still very

8    disfigured.  It was -- I didn't say it.  It

9    was obvious to them I would go back out again

10   for the surgery.  And I'm sure they got wind

11   of it.

12        Q.    You think they laid you off because

13   of just lack of work because of your injury,

14   being able to come to work?

15        A.    That's just my personal opinion.

16        Q.    I understand.

17        A.    I've had two surgeries after the

18   announcement was made.  I had a surgery in

19   December and one in March.  And I just think

20   that -- there was no indication that I would

21   be laid off before all this happened, but I

22   missed almost six months of work.  So --

23        Q.    Did anyone else to your knowledge

24   get laid off?

25        A.    Yes, several people got laid off.

1    I wasn't the only one.

2        Q.    Was there a particular individual

3    that was responsible for the decision?

4        A.    My manager.

5        Q.    And what was his or her name?

6        A.    Rebecca Smith.

7        Q.    And is she out of Georgia?

8        A.    Yes.

9        Q.    Okay.  And when did you start

10    working for AT&T?

11        A.    December 2, 2014, but I've worked

12    for BellSouth and AT&T off and on since 1987.

13        Q.    Okay.  Your last full-time stint

14    began in December of 2014 and roughly ended

15    in January of '18?

16        A.    Yes.

17        Q.    Did you have one position or many

18    positions in that three-year period?

19        A.    One role.

20        Q.    One role.  What was that?

21        A.    Sales operations lead.  It's

22    basically project manager.

23        Q.    What are the type of things that

24    you would do just in general?

25        A.    I worked on projects when they were

1    enhancing systems.  I worked on the business

2    side of it.  I worked along with IT folks.

3    So we would write user requirements, do

4    testing, do test case scenarios, all of the

5    things that come along with IT projects.  And

6    then we would give them, as the business, we

7    would tell the IT group this is what we need

8    for our customer reps to do their jobs.  And

9    we would just kind of be the middle person

10   between what we needed for customers, I'm

11   sorry, for our customer reps and we worked

12   with IT to get the systems enhanced to do

13   that.

14       Q.    Was this role sort of using

15   information technology to become or hopefully

16   to become more efficient as a business?

17       A.    Yes.

18       Q.    And is it a job that is sedentary?

19   Like were you at a computer most of the day?

20       A.    Yes.  And -- well, you go to a lot

21   of meetings.

22       Q.    But are you doing any manual labor?

23       A.    No.

24       Q.    And during the three years between

25   December '14 and January of '18, what was

```
 1   your salary?  And I'm sure it increased some.
 2        A.    It was 75.  I think I started at 72
 3   and it was 75,000.
 4        Q.    You started at 72 and when you left
 5   it was 75?
 6        A.    Yes.  I believe, yeah.
 7        Q.    And did any of that salary, could
 8   it be bumped up with commission or anything
 9   like that?
10        A.    We got bonuses, but it didn't
11   increase the salary.
12        Q.    Okay.  And bonuses are roughly how
13   much?
14        A.    I think the most that I brought
15   home was the one in '16.  It was about
16   $6,500.
17        Q.    Do you get any bonuses?  It is
18   probably too early to know at Home Depot, but
19   did they bait you with bonuses?
20        A.    No.  I'm a contract employee.  Home
21   Depot wouldn't offer me that.  I am in a
22   contract-to-permanent role.  So, hopefully, I
23   will be going permanent in about two more
24   months after 90 days.
25        Q.    Ninety-day deal?
```

1     A.     Yes.

2     Q.     Okay.  So you're making more money

3   now working temporarily anyway in this

4   probationary phase with Home Depot than you

5   ever made in a year with AT&T?

6     A.     I am, but prior to this job with

7   AT&T I was with Home Depot in pretty much the

8   same operation and I was making 95,000,

9   93,000 before going back to AT&T.  I went

10  back to AT&T because if I got five years I

11  could retire with benefits.  It didn't work

12  out that way.  I only worked three, just a

13  little bit over three.

14    Q.     Okay.  I know this is speculation,

15  but do you think that had anything to do with

16  laying you off, that they didn't want you to

17  trigger your five?

18    A.     I know of several people that were

19  very close to retirement, within a couple

20  years of retirement, that were laid off at

21  the same time.

22    Q.     Okay.  And I'm sure you talked and

23  everyone believes that this is corporate

24  America screwing you out of your tenureship?

25    A.     I don't know that, but several

1    people close to retirement were laid off.

2        Q.    And they felt that might have been

3    one of the reasons?

4        A.    I felt that way.  I don't know

5    exactly what they felt.

6        Q.    Your educational background, just

7    briefly take me through that.

8        A.    I did finish college.  I finished

9    in 2005.  I started with AT&T back in 1987.

10   So I backed off of college.  And through the

11   years I went back, got a few credits here and

12   there.  So I went to Valdosta State, which is

13   my hometown.  Went over to Albany State.

14   Then I went to a fashion college.  And then

15   went -- I was working with AT&T.  I went, I

16   moved back to Valdosta with BellSouth.  And I

17   took a few more credits at Valdosta State.

18   Moved back to Atlanta with BellSouth, it was

19   Southern Bell then, but moved back to Atlanta

20   and took a few courses out of junior college.

21   So it was just all over the place.  Even when

22   I was promoted to South Carolina, I went to

23   Furman University and took a few classes.

24       Q.    How many degrees do you have?

25       A.    I have two.

1    Q.    And what are they in?

2    A.    Business management.  And when I

3  was laid off from AT&T in 2008, I went to

4  Gwinnett Technical and got an early childhood

5  education degree, associate's.

6    Q.    Is business management, is that a

7  BA?

8    A.    Yes.

9    Q.    Do you have any postgraduate work?

10    A.    No.

11    Q.    Or no master's in business?

12    A.    No.

13    Q.    And you seem like you're an

14  information technology lady.

15    A.    I'm a project manager and I happen

16  to work on IT projects.  I'm not a -- I don't

17  have a development or programmer background.

18  I just happen to work on IT projects.  So I

19  just kind of manage, if I'm on a project, I

20  manage what the guys are doing that actually

21  do developing and programming, and just

22  seeing a project from beginning to end.

23  Keeping everybody on track.  Just kind of

24  like the timekeeper.  You're managing the

25  costs, the budget, and those kind of things.

```
 1    You are just managing the project, but I
 2    don't do the actual IT work.
 3        Q.    Right.  You're dealing with the
 4    critical path?
 5        A.    Yeah.
 6        Q.    And making sure everyone is being
 7    as productive as they can in the role that
 8    they have for the overall project?
 9        A.    Right.
10        Q.    Who is your supervisor currently at
11    Home Depot?
12        A.    Tammi, T-A-M-M-I, Miller.
13        Q.    And is she in Atlanta?
14        A.    Yes.
15        Q.    Is this job in Atlanta?
16        A.    Yes.
17        Q.    And I know you mentioned Rebecca
18    Smith.  Was she your supervisor at the time
19    that you were laid off?
20        A.    Yes.
21        Q.    With AT&T?
22        A.    Yes.
23             THE WITNESS:
24             Can we wait a second?
25             MR. MUSGRAVE:
```

```
1              Yes.
2                   (RECESS TAKEN)
3     EXAMINATION BY MR. MUSGRAVE:
4         Q.    And the job at Home Depot that you
5     have currently, that's the only employment
6     that you have right now, correct?
7         A.    Yes.
8         Q.    Going into --
9         A.    Hold on.
10        Q.    Yes.
11        A.    I started a business.  I don't get
12    a salary.
13        Q.    Yes.
14        A.    But I started a home health
15    business in my hometown.  I have an RN and a
16    CNA.
17        Q.    That work for you?
18        A.    Yes.  I'm listed as the
19    administrator, but I'm not making any money
20    to get a salary, so --
21        Q.    Is that because the business is in
22    its infancy?
23        A.    Right.  I'm still working through
24    getting my permanent license.  I have a
25    provisional license now.  So, in speaking of
```

1   that, I started the application in July of
2   '16.  I got the license in April of '17, but
3   because of the injury, I couldn't put any
4   effort into it, but I had to get it going by
5   March of '17.  I'm backing up.  '18.  I had
6   to start it before the year was up.
7       Q.    For your license?
8       A.    Right.  So I had to get it started.
9   I have the bare minimal clients until I get
10  the final permanent license from the State of
11  Georgia.
12      Q.    And how do you get that permanent
13  license?
14      A.    They have to review my policies and
15  procedures, review my operations.  My mom
16  serves as like my assistant admin in south
17  Georgia.  And so they have come out a couple
18  times, reviewed everything.  And I've had a
19  couple of citations, administrative
20  citations, that you have to work there.  It
21  is kind of like a weeding out process to make
22  sure that you're serious about it and that
23  you're able to make the corrections to get to
24  what they deem as, what is the word, in
25  compliance.  That's it.

```
 1        Q.    Okay.  And you're still working
 2   through those issues to get in compliance?
 3        A.    Yes.  Yes.
 4        Q.    And do you have any idea when you
 5   expect to be completely in compliance and
 6   licensed?
 7        A.    I just received a letter from them
 8   that they received my review of what I'm
 9   doing to correct the last issues.  It was
10   four issues.  And I corrected them
11   immediately, sent them off to them, and they
12   said that we will now come back out to review
13   them at the place of business, which is my
14   home in south Georgia where my mom lives.
15        Q.    That's what you're waiting on now,
16   this meeting?
17        A.    Yeah.
18        Q.    Okay.  And does this business have
19   a name?
20        A.    Yes.  Senior Citizens Choice.
21        Q.    And do you own a hundred percent of
22   the business?
23        A.    Yes.
24        Q.    And what does the business do, just
25   take care of senior citizens?
```

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

1     A.    We go into their home and provide
2  services, personal care services, laundry,
3  helping them with anything around the house
4  that they need.  This is for folks that want
5  to live independently, but just need some
6  help.
7     Q.    Assistance.
8     A.    Yes.
9     Q.    And you have an RN and a CNA to
10  assist?
11     A.    Yes.
12     Q.    Do they work as a team?
13     A.    Yes.
14     Q.    And just one RN and one CNA?
15     A.    Right.  I don't want to try to grow
16  the business until we have a permanent
17  license.
18     Q.    That was my next question.  Has the
19  business made any money or can it until it
20  has its license?
21     A.    Well, we can, but I'm just kind of
22  doing it pro bono with the two clients to get
23  through this licensing issue.
24     Q.    Use them as examples, basically,
25  until you get the licensing?

```
 1        A.    Uh-huh.
 2        Q.    You got this temporary license in
 3   April of 2017?
 4        A.    Yes.
 5        Q.    And your mom runs it?
 6        A.    She's the on-site admin person,
 7   yes.  So when the state came out a few weeks
 8   ago, because they don't announce, she was
 9   there, I'm in Atlanta, she's in south
10   Georgia, so she was there to pull out the
11   books for the state.
12        Q.    Okay.  And do you have any other, I
13   don't know if the word is employee -- are you
14   paying the RN and the CNA?
15        A.    Yes.
16        Q.    Are you paying your mother?
17        A.    I pay the mortgage.  I try to, to
18   help her with the mortgage.
19        Q.    Okay.  That's sort of compensation
20   for her?
21        A.    Uh-huh.
22        Q.    Are there any other employees that
23   this business owns that receives any kind of
24   compensation?
25        A.    No.
```

```
 1        Q.    All right.  Regarding any -- you
 2   talked about a prior lawsuit from an auto
 3   accident in 2007.
 4        A.    Yes.
 5        Q.    And that was you were rear-ended in
 6   that accident?
 7        A.    Yeah.
 8        Q.    Did that happen in Georgia?
 9        A.    Yes.
10        Q.    What city?
11        A.    It's Duluth.  It happened not far
12   from my home.
13        Q.    What injuries did you have from
14   that accident?
15        A.    Shoulder and -- I don't remember.
16   Some neck issues and back issues.  I was
17   trying to remember between the two accidents.
18        Q.    Okay.
19        A.    The same thing happened in '04.  I
20   was rear-ended.  This time it totaled my car.
21   The one in '07 was a worse accident than in
22   '04.
23        Q.    You mentioned your shoulder.  Was
24   it your right or your left or both?
25        A.    I have issue with this side.  The
```

```
 1   range of motion is very limited (indicating).
 2        Q.    The right shoulder?
 3        A.    Uh-huh.
 4        Q.    Yes?
 5        A.    Yes.
 6        Q.    Is that from the 2007 accident?
 7        A.    No.  From '04.  Sorry.
 8        Q.    You reinjured that same right
 9   shoulder and neck in the 2007 accident or do
10   I have it wrong?
11        A.    I don't think reinjured it, no.
12        Q.    Well, you mentioned your shoulder
13   as one of the areas of your body that you
14   injured in 2007.  And I was wondering if it
15   was one or the other or both?
16        A.    I really don't recall the -- I've
17   always, just from those two accidents, had
18   the neck and shoulder issues.
19        Q.    All right.  And the back, was that
20   exclusive to the 2007 accident?
21        A.    Yes.
22        Q.    And the 2004 accident, was that in
23   Duluth?
24        A.    No.  That part of town would be
25   considered maybe Atlanta/Decatur.  I can't
```

```
 1   remember, I know exactly where it was, but I
 2   don't know if it is exactly Atlanta or
 3   Decatur.
 4        Q.    And you said that was a rear-end
 5   accident as well?
 6        A.    Yes.
 7        Q.    And that was more shoulder and
 8   neck?
 9        A.    Yes.
10        Q.    In this accident, I know you
11   injured certainly your left knee, right?
12        A.    Yes.
13        Q.    Did you injure anything other than
14   your left leg in the fall at the Hyatt?
15        A.    I mean, I hit my head, I think, at
16   the time that I fell, but it wasn't anything
17   that had lingering effects, I guess.
18        Q.    Did you receive any treatment for
19   any head injuries?
20        A.    No.
21        Q.    So then is it fair to say that your
22   head, you hit your head, and probably had a
23   headache for a couple days or whatever, but
24   your injury was to your left leg?
25        A.    Left leg and ankle.  I have issues
```

```
1    with the ankle.
2         Q.    So in the fall at the Hyatt, did
3    you injure your shoulder at all?
4         A.    No.
5         Q.    Either shoulder?
6         A.    No.
7         Q.    Did you injure your neck at all?
8         A.    No.
9         Q.    Did you injure your back at all?
10        A.    No.
11        Q.    And in the accidents in 2004 and
12   2007 when you were rear-ended, did you
13   sustain any injury to your left leg?
14        A.    No.
15        Q.    Never made any complaints to any of
16   your doctors in those two accidents of any
17   left leg or knee problems?
18        A.    No.
19        Q.    Prior to the accident at the Hyatt,
20   which is March 2, 2017, had you ever treated
21   with any health care provider for any
22   problems with your left lower extremity,
23   meaning your left leg?
24        A.    No.
25        Q.    That would include knee and ankle.
```

```
1        A.    No.
2        Q.    And that would include any doctor
3    or therapist or massage or anything like
4    that.  No?
5        A.    Correct.
6        Q.    Okay.  Do you belong to any health
7    clubs?
8        A.    Yes.
9        Q.    Okay.  Which one?
10        A.    Planet Fitness and the one at the
11    office.
12        Q.    On-site?
13        A.    Yes.
14        Q.    The Planet Fitness, how long have
15    you been a member with that gym?
16        A.    I can't recall.  Maybe a couple of
17    years maybe.  I can't remember the exact
18    date.
19        Q.    Was it before or after this
20    accident at the Hyatt?
21        A.    Before.
22        Q.    Did you ever cancel your membership
23    for a period of time?
24        A.    No.
25        Q.    Did you ever freeze your membership
```

```
 1    for any period of time?
 2        A.    No.
 3        Q.    Is that like ten bucks a month or
 4    12 bucks a month?
 5        A.    Yeah.  And that's probably the
 6    reason why I didn't.
 7        Q.    I understand.  Do you have a, I
 8    don't know how Planet Fitness works, but do
 9    you have a trainer?
10        A.    No.
11        Q.    It is all just whatever Miss
12    Crawford feels like doing?
13        A.    Right.
14        Q.    Currently, in this time frame, fall
15    of 2018, how much do you go to Planet
16    Fitness?
17        A.    I have not been.  I have not been
18    to any gym.
19        Q.    When is the last time you've been
20    to Planet Fitness?
21        A.    I can't recall.  It's been awhile.
22        Q.    Has it been since the accident at
23    the Hyatt?
24        A.    No.  I haven't been since the
25    accident at the Hyatt.
```

 1        Q.    Before the accident at the Hyatt,
 2    were you a member for maybe roughly a year or
 3    six months?
 4        A.    Yes.  At least.
 5        Q.    Something in that range?
 6        A.    Yeah.
 7        Q.    How often would you go then?
 8        A.    Not very much.  I can't tell you
 9    how long, but not very much.
10        Q.    Would there be a particular area of
11    your body that you would work on or were you
12    just looking to get heart healthy?
13        A.    I would do cardio, the treadmill.
14    And I would do some with the arms because it
15    helped relieve, you know, the upper.  And I
16    just wanted tighter arms.
17        Q.    You wanted some guns?
18        A.    Yeah.  And I would do thigh work
19    because I wanted better thighs.
20        Q.    Don't we all.  Okay.  The Planet
21    Fitness location, does it work that once
22    you're a member of Planet Fitness, you can go
23    to any Planet Fitness?
24        A.    If you pay a premium.  I pay $10 to
25    just go to the one closest to my house.  If

```
 1    you pay you can go to all of them, but I just
 2    use it for the one near my house.
 3         Q.    What's the location of the one that
 4    you had exclusive membership to?
 5         A.    It's on Pleasant Hill Road.
 6         Q.    That's good enough.
 7         A.    Peachtree Industrial.  Sorry.
 8         Q.    The road is Peachtree Industrial?
 9         A.    Yes.
10         Q.    Isn't every road Peachtree?
11         A.    Yes.  Quite a few.
12         Q.    And when you go, do you sort of
13    scan in and scan out?
14         A.    Yes.
15         Q.    And other than Planet Fitness and
16    the recently with the job you have with Home
17    Depot, their own gym, any other gyms that
18    you've been a member of in the last two
19    years?
20         A.    No.
21         Q.    Now, I was talking to you about
22    these two car accidents, one in 2004, one in
23    2007.  The 2007 resulted in a lawsuit being
24    filed, correct?
25         A.    Yes.
```

```
1        Q.    And that settled?

2        A.    Yes.

3        Q.    Okay.  The one in 2004, you did not

4    file a lawsuit, is that correct?

5        A.    I did.

6        Q.    Oh, you did?

7        A.    Yes.

8        Q.    Okay.  Did that one settle?

9        A.    Yes.

10       Q.    But you were only deposed in the

11   2007 accident?

12       A.    Right.

13       Q.    All right.  Do you feel that you

14   recovered from any of the injuries that you

15   suffered in either of those two accidents or

16   did you have lingering problems here and

17   there?

18       A.    Yes.  I believe I recovered from

19   them.

20       Q.    Within months or years from the

21   date of the accident?

22       A.    I'd say over a period of years.  It

23   wasn't within months at all, no.

24       Q.    Do you feel that you had any

25   lingering effects from any injuries from
```

```
1    either of these accidents at the time of this
2    accident in March of 2017?
3         A.    No.
4         Q.    Other than those two lawsuits from
5    those two car accidents, 2004 and 2007, have
6    you filed any other lawsuits, excluding this
7    one as well?
8         A.    I did file a lawsuit.  It didn't go
9    any further than just filing.
10        Q.    Okay.  What was that for?
11        A.    When I was with the Home Depot
12   store, I went out after having a
13   hysterectomy, I went out a second time on
14   medical leave.  I was just having a hard time
15   dealing with the hysterectomy, so I went to
16   see a psychologist.  And Home Depot requested
17   the records from my medical doctor and the
18   psychologist.  And when the psychologist sent
19   the notes over, they sent the notes of
20   everything I told the psychologist, which was
21   against HIPAA.  You have to get -- you have
22   to get my express consent to send what I said
23   to the psychologist.  They made a mistake.
24   So I filed a lawsuit against it was Liberty
25   Mutual.  No, no, no.  The psychologist.
```

1      Q.     Who was that?

2      A.     It was a practice.  I can't recall.

3  Yeah.  I can't recall the name of the

4  practice.

5      Q.     Are you under the care currently

6  with any psychiatric or psychologist?

7      A.     I've gone to a psychologist at

8  Kaiser since this happened.  I went back in

9  October.

10     Q.     Since this accident at the Hyatt

11  happened?

12     A.     Yes.  I was having a very hard time

13  dealing with it.

14     Q.     Just coping with it all?

15     A.     Yes.

16     Q.     You seem like a go-getter.

17     A.     I am.

18     Q.     And this accident and the injury

19  has probably confined you probably a little

20  more than you would like.

21     A.     Yes.

22     Q.     And is that one of the things you

23  went to a psychologist to talk about?

24     A.     That, and just the injury.  And at

25  that time my leg was still disfigured.  And

1    being isolated, not being able to do socially

2    the things that I did.  And if I did, it was

3    very limited.  Anywhere I went, I had to make

4    sure there was parking that was close and

5    that I would be able to sit if I got there.

6         Q.    Yeah.

7         A.    I wouldn't be able to stand for

8    long periods of time, still can't.  So it was

9    just -- I felt just isolated and limited in

10   just doing the things that I've always done

11   freely.

12        Q.    And do you recall -- Kaiser, that's

13   the name of the medical facility?

14        A.    Yes.

15        Q.    Do you recall the name of -- is it

16   a psychologist or a psychiatrist?

17        A.    It is.  And I don't recall her

18   name.  I only saw her once.  It is something

19   I can very quickly pull up, but I don't

20   recall her name.

21        Q.    Okay.  And you've seen her once you

22   say?

23        A.    Yes.

24        Q.    And was that in 2017?

25        A.    That was last October.

1      Q.    So 2017 a year ago?

2      A.    Yes.  Yes.

3      Q.    Do you have any appointments

4   currently scheduled with any psychologist or

5   psychiatrist?

6      A.    I just switched over to Blue Cross

7   Blue Shield with the new job.  I will be

8   going to counseling.

9      Q.    What type of things are bothering

10  you?

11     A.    This is still a very hindering

12  injury in terms of what I can do and the

13  things that I can -- places I can go.  And it

14  is something that I try to cope with every

15  day.  So --

16     Q.    But you don't have any scheduled

17  yet?

18     A.    No.  No.

19     Q.    And the lawsuit that you filed

20  against the psychologist that gave your

21  records away, that you said just didn't go

22  anywhere?

23     A.    Right.  The attorney, we didn't

24  follow through.  He didn't follow through, so

25  it was dropped.

```
 1        Q.    So there's three lawsuits before
 2   this one.  This one being four.  Are there
 3   any other lawsuits that you filed that I'm
 4   missing?
 5        A.    The same thing.  Car accident in
 6   19 -- early '90s.  I was hit from behind and
 7   settled.
 8        Q.    Georgia?
 9        A.    Georgia.
10        Q.    Duluth?
11        A.    DeKalb County.  That would have
12   been Chamblee.
13        Q.    Injuries from that accident?
14        A.    Yes.  Now, that was back, lower
15   back.  It was pretty bad.
16        Q.    Anything else?
17        A.    No.
18        Q.    Any injuries to your left lower
19   extremity?
20        A.    No.
21        Q.    Did you ever have any back
22   surgeries?
23        A.    I've had -- yes.  In November of
24   '09 or '10 I had something done with a disc
25   (indicating).
```

```
 1        Q.    You are rubbing your neck.
 2        A.    A disc.
 3        Q.    Spine?
 4        A.    Well, disc, whatever that is, up
 5   here (indicating), yes.  They went in -- I
 6   have a scar here.  They went in through here
 7   to do it (indicating).
 8        Q.    Okay.  So up here, can we agree
 9   that's more of your neck than your back, than
10   your lower back, or no?  Up here, you're
11   pointing above your shoulders?
12        A.    I am.
13        Q.    Just for the record.  I mean, I can
14   clearly see what you are pointing to.  And
15   that's the area above your shoulders in your
16   spine is where you had a fusion?
17        A.    Yes.
18        Q.    That they went in through the front
19   of your neck?
20        A.    Yes.
21        Q.    If I asked you if it was one level
22   or two levels or three levels, would you know
23   what I was asking and be able to answer it?
24        A.    I wouldn't know what that is.
25        Q.    What doctor did that surgery?
```

```
 1        A.    A doctor at Northside Hospital,
 2   but, again, I don't recall that doctor's
 3   name.  It was part -- the practice was
 4   Peachtree Spine.  Peachtree Spine.  I don't
 5   recall.
 6        Q.    Do you believe that that surgery
 7   was necessary because of one of your car
 8   accidents?
 9        A.    After the '07, yes.
10        Q.    And was that the only surgery that
11   you had following the '07 accident?
12        A.    Yes.
13        Q.    Have you had any other spinal
14   surgery other than to your neck area?
15        A.    No.
16        Q.    Have you had any other surgeries,
17   and I know you talked about a hysterectomy
18   and the spinal fusion, other than those two,
19   have you had any other surgeries to your body
20   before this accident at the Hyatt?
21        A.    Yes.
22        Q.    Okay.  What parts?
23        A.    I've had my tonsils removed in '15.
24   In '15.  And in 2001 I had fibroids removed.
25   In 2002 I had cysts, a cyst removed.  In 2006
```

```
 1    I had another cyst removed.  And in 2011, a
 2    hysterectomy.
 3        Q.    All right.  These next couple
 4    questions are personal, but don't take
 5    offense to them.  I ask them of everybody.
 6    Okay?
 7        A.    Okay.
 8        Q.    Ever been convicted of a crime?
 9        A.    No.
10        Q.    Ever been treated for alcohol
11    abuse?
12        A.    No.
13        Q.    Ever been treated for drug abuse?
14        A.    No.
15        Q.    Ever been in the military?
16        A.    No.
17        Q.    All right.  Moving forward to the
18    time of the accident, not necessarily the
19    date.  You are from Georgia.  Were you
20    visiting New Orleans?
21        A.    Yes.
22        Q.    And was it for Mardi Gras?
23        A.    Yes.
24        Q.    The accident happened on March 2?
25        A.    Yes.
```

```
 1        Q.    Do you recall when y'all first
 2   arrived to town?
 3        A.    The Friday before.
 4        Q.    Would you know what day the date of
 5   your accident was?
 6        A.    The date, March 2?
 7        Q.    Yeah.
 8        A.    That was a Thursday morning.
 9   Whatever Thursday morning, the first -- March
10   2.  Thursday, March 2.
11        Q.    And what day is the Friday?
12        A.    The 3rd.  Oh, the Friday before?
13        Q.    The day that you arrived.
14        A.    What do I do?  That would have been
15   Friday, the 24th.  Friday, the 24th.
16        Q.    And were you staying at the Hyatt?
17        A.    Yes.
18        Q.    The entire time?
19        A.    Yes.
20        Q.    And how did you get to New Orleans,
21   fly or drive?
22        A.    My friend Melanie drove.
23        Q.    Is that Melanie Red?
24        A.    Thomas.
25        Q.    It is Melanie Thomas.  It's Mia
```

```
 1    Red?
 2         A.    Yes.
 3         Q.    Sorry.  And you rode with Melanie?
 4         A.    Yes.
 5         Q.    Was there anyone else in ya'll's
 6    vehicle on the way from Atlanta to New
 7    Orleans?
 8         A.    The three of us, Mia, Melanie and
 9    I.
10         Q.    And had you already had
11    reservations at the Hyatt?
12         A.    Yes.
13         Q.    Were you coming in, it may seem
14    like a silly question, but were you coming in
15    for Mardi Gras?
16         A.    Yes.
17         Q.    Was there an event that you had
18    planned to attend or just to be in town for
19    the celebrations?
20         A.    We went to the Zulu Ball on March,
21    I'm sorry, February 24, that night.
22         Q.    Okay.
23         A.    And that was the only planned event
24    other than the parade.
25         Q.    The Zulu parade?
```

```
 1        A.    Yes.  And we had reserved seats at,
 2   what's that building, Gaucher -- it's a big
 3   white building over where the parade passes.
 4   I met the mayor.
 5             MR. VILLAVASO:
 6             Gallier Hall?
 7             THE WITNESS:
 8             Gallier Hall.  I met the mayor of
 9             New Orleans, several people --
10   EXAMINATION BY MR. MUSGRAVE:
11        Q.    So the Zulu ball and the Zulu
12   parade, were those all sort of the only firm
13   commitments on the schedule?
14        A.    Yes.
15        Q.    Everything else was free time?
16        A.    Yes.
17        Q.    Prior to your fall at the Hyatt on
18   March 2, 2017, had you had any -- had you
19   made any complaints to anybody at the Hyatt
20   about any of the conditions of the premises?
21        A.    No.
22        Q.    Do you know if anyone in your party
23   had made any complaints to the Hyatt?
24        A.    None.
25        Q.    Were you meeting up with any other
```

1    people when you got to New Orleans?

2        A.    I knew that several folks that I

3    knew would be here, but we weren't like -- if

4    we ran into each other we did, but we weren't

5    like coming here to meet anybody.  We were --

6    Melanie is from New Orleans, so she kind of

7    had everything drawn out, knew we would be

8    going to the different parades.  She knew

9    everything that we would be doing.

10        Q.    Okay.  Did y'all all stay in one

11    room?

12        A.    Yes.  We had a suite.

13        Q.    And there were no other friends

14    that were coming in from elsewhere to stay at

15    the Hyatt, too?

16        A.    Well, they weren't originally.  Her

17    cousins ended up staying with us a couple

18    nights.

19        Q.    Were her cousins with you at the

20    time of the fall?

21        A.    One of them was.

22        Q.    Which one was that?

23        A.    Billy Watkins.

24        Q.    Is that William Watkins, Jr.?

25        A.    Willie Watkins, yes.  William

1    Watkins.  We call him Billy.

2        Q.    So the accident happened on March

3    2, 2017 at about 2:00 a.m., correct?

4        A.    Yes.

5        Q.    And that day, even though it's

6    clicking right after midnight, you believe

7    that's technically a Thursday?

8        A.    Yes.

9        Q.    So the Wednesday before that, what

10   did y'all do?  What did your day entail that

11   Wednesday?

12       A.    So I got up and went to Ash

13   Wednesday services, is that what you call it,

14   with Melanie because I'd never gone.  And I

15   went up and had the ashes placed on my

16   forehead.

17             And then later that evening Melanie,

18   Mia and I went over to Drago's.  We walked

19   through Harrah's.  That was like, I can't

20   remember, but it wasn't far from Drago's.

21   And that was it.

22             I mean, we didn't drink that day

23   because Melanie told us, she was like, after

24   Tuesday they shut the city down.  Wednesday

25   it is just a chill out day.  We go to Ash

```
 1    Wednesday service.  And we knew we would be
 2    getting up early because she wanted to get
 3    back to Atlanta to go to work that morning at
 4    9:00.
 5         Q.    Go to work on the 2nd?
 6         A.    Yes.  On the 2nd.
 7         Q.    That's optimistic.
 8         A.    She still went.
 9         Q.    She did?
10         A.    It was later, but when we got back
11    to Atlanta, Mia drove me to the hospital and
12    Melanie went to work.
13         Q.    So at Drago's did you have anything
14    alcoholic to drink?
15         A.    I can't remember.  No, no, no.  On
16    Wednesday we didn't have anything to drink.
17         Q.    Did you injure yourself at all
18    during any of the Mardi Gras festivities?
19         A.    No.
20         Q.    And by that I mean either from your
21    own tripping or somebody hitting you or
22    knocking you over or the crowds?
23         A.    No.
24         Q.    Okay.  Before this incident
25    happened, had you had to go to any health
```

```
1    care clinic or hospital in New Orleans for
2    any sort of treatment?
3        A.    No.
4        Q.    So you go eat at Drago's.  And
5    after dinner where did you go?
6        A.    We walked over to Harrah's.  Is
7    that close to Drago's?  We walked over to
8    Harrah's.  And I know we took pictures in
9    front of it.  We walked over to a little
10   boutique with the hats with, what is ya'll's
11   name on it, LaFleur.  I bought a couple hats
12   on some little street, but that was it.
13       Q.    Did you do any gambling?
14       A.    No.  We didn't even -- we went into
15   Harrah's and just kind of walked around and
16   walked back out.
17       Q.    So after you go and you buy a
18   couple hats, where then?
19       A.    Walked back to the car and back to
20   the hotel, I believe.
21       Q.    Okay.  And then do you try to get
22   some sleep before waking up or do you just
23   pull an all-nighter?
24       A.    Yes, because we knew we would be
25   getting up early.  We already said that we
```

```
 1    were leaving at 2:00 a.m.  We left exactly at
 2    2:00 a.m.
 3         Q.    Okay.  So do you recall what time
 4    you got back to the room to get some
 5    shut-eye?
 6         A.    I don't.  It wasn't like late
 7    night.  It was turning dark as we left
 8    Harrah's, so maybe seven, eight, something
 9    like that.
10         Q.    Do you recall how much sleep you
11    got before you woke up to leave?
12         A.    I don't recall how much sleep.
13         Q.    So you're leaving.  Was the goal to
14    leave the room at about 2:00 a.m.?
15         A.    Yes.
16         Q.    Okay.  And then go to the car?
17         A.    Yes.
18         Q.    Which was, what, parked in the
19    garage?
20         A.    Yes.
21         Q.    And then drive straight home?
22         A.    Yes.
23         Q.    So that Melanie could go to work?
24         A.    Yes.
25         Q.    Did you require bellman service
```

```
 1    with your luggage?

 2        A.    Yes.  Yes.

 3        Q.    Do you recall, was it one bellman

 4    or more than one that came?

 5        A.    It was one.  He was walking behind

 6    us.

 7        Q.    Do you recall his name?

 8        A.    I don't.  If I see him, I'll know

 9    exactly who he is though because he helped us

10    coming in.  He helped us when we arrived.

11        Q.    Okay.  Did he have any

12    distinguishing features that you would recall

13    what he looked like?

14        A.    He is probably a little bit older

15    than me.  Tall.  Lighter-complected

16    gentleman.

17        Q.    But no tattoos or anything that

18    you --

19        A.    No, not that I remember seeing.

20        Q.    Okay.  So, what, did he come to the

21    room at 2:00 a.m.?

22        A.    Yes.

23        Q.    Did he put all of your luggage on

24    one of those wheeling dollies?

25        A.    Exactly.
```

1      Q.    And then so tell me what happened
2    then after that.
3      A.    So the Hyatt has the elevators, the
4    clear elevators.  You can see the Dome.  We
5    came down and we were walking around and we
6    got over to where we normally go, which is to
7    the left, and a guy was buffing, so we
8    changed directions.  And I was walking a few
9    steps ahead of everybody.  So we had to go
10   back around the other side of the bar because
11   he was blocking the path on the left side,
12   which would have taken us down to the
13   escalators that go down to the front desk.
14     Q.    The guy buffing, what, the floors?
15     A.    Yeah.
16     Q.    Okay.  And he was taking up the
17   entire lane of travel or path of travel?
18     A.    He was taking up a bit that we
19   weren't going to, if he wasn't taking it up,
20   we weren't going to squeeze by with him
21   buffing.  Yeah.
22     Q.    So you went to the right?
23     A.    Yes (indicating).
24     Q.    And is this on the floor with the 8
25   Block Restaurant, do you know?  Do you

```
 1    recall?
 2         A.    I don't know what it's called.
 3    It's an open like bar area.  What's the 8
 4    Block Restaurant?
 5         Q.    That's just the name of one of the
 6    restaurants there.
 7         A.    Is that the one that has the
 8    seating and you can be right next to the open
 9    area where the bar is?  I don't know what the
10    name of the restaurant is.
11         Q.    Okay.  Fair enough.  Did you ever
12    see a bar or an eating place called
13    Vitascope?  Do you recall seeing that at all
14    while you were there?
15         A.    I don't know the name of it.  Is
16    that the one that you can sit in some chairs
17    and it's open out to the lobby area where the
18    bar is?
19         Q.    There may be more than one of
20    those.
21         A.    Because we went there Tuesday
22    night.
23         Q.    With a lot of the TVs, like a
24    sports kind of a bar?
25         A.    Yes.  Yes.
```

1    Q.    The gentleman that was, what did

2    you say, buffing the floors?

3    A.    Well, at the time he was talking to

4    another young lady, but his equipment was in

5    the middle of the floor.

6    Q.    Okay.  Do you know if the young

7    lady worked with him?

8    A.    I don't know if she worked with

9    him.  She wasn't -- it was clear to me that

10   he was the buffer.  She had on some type of

11   uniform.  He had on some type of uniform.

12   Q.    And do you know her identity?

13   A.    I had never met her before.

14   Q.    And do you know or did you learn

15   after his identity?

16   A.    I don't know.  No.

17   Q.    Did they have on the same uniform?

18   A.    I don't know.  I would hope not.

19   He's a guy, she's a girl.

20   Q.    Well, I don't mean as a guy and a

21   girl type of uniform, but if somebody is

22   wearing like all orange --

23   A.    Colors?  I know they both had on

24   dark colors.

25   Q.    Do you recall seeing any name tags?

```
 1        A.    No.
 2        Q.    Do you recall seeing any wet floor
 3   signs?
 4        A.    There weren't any in our path.
 5        Q.    Do you recall seeing any wet floor
 6   signs anywhere?
 7        A.    There weren't any walking to the
 8   direction of the buffers and there wasn't any
 9   going back when we went around to the right
10   (indicating).
11        Q.    Just so I'm clear, before you fell,
12   do you recall seeing any wet floor signs out?
13        A.    I don't.
14        Q.    Okay.  As you were walking the path
15   towards the buffer, and I know you ultimately
16   took an alternate route, did the gentleman,
17   the buffer, did he say anything to you?
18        A.    No.
19        Q.    Did the lady that he was talking to
20   say anything to you?
21        A.    No.
22        Q.    Did the bellman say anything as you
23   were approaching the area where the buffer
24   was?
25        A.    No.
```

```
 1        Q.    Okay.  And so there's a group of
 2   four of y'all, you, your two lady friends and
 3   this gentleman?
 4        A.    Billy.
 5        Q.    Billy is with you?
 6        A.    Uh-huh.
 7        Q.    Okay.  And what about the bellman?
 8        A.    He was with us, behind us.
 9        Q.    So five?
10        A.    Yes.
11        Q.    And you were leading the pack,
12   basically?
13        A.    I was a few steps ahead of them.
14        Q.    Did you have anything in your
15   hands?
16        A.    Probably my purse and my phone.
17        Q.    Had you just woken up?
18        A.    Probably about 30, 40 minutes
19   before.
20        Q.    Had you had anything to drink
21   before you left the hotel?
22        A.    No.  We were headed hoping to get
23   coffee at some point, yeah.
24        Q.    What type of footwear did you have
25   on?
```

```
 1         A.    It seems like flip-flops or
 2    sneakers.  I think maybe flip-flops.
 3         Q.    And those were your flip-flops?
 4         A.    Yes.
 5         Q.    Had you had any problems with those
 6    flip-flops before?
 7         A.    No.
 8         Q.    Were they broken or stretched out?
 9         A.    No.
10         Q.    And with you leading the pack, you
11    tell me, but was it your decision to take an
12    alternate route because of the buffer that
13    was in front of you?
14         A.    Yeah.  I mean, it wasn't like I was
15    like ten steps ahead.  They were just right
16    behind me.
17         Q.    Yeah.  I know.
18         A.    And I think I remember like we were
19    going the way that we had gone the whole time
20    we were there.  And when you come around, it
21    seems like there is an angle, that's when we
22    saw that the buffer was over there.  It's
23    like the hotel kind of curves because you
24    couldn't see it from -- I don't recall us
25    being able to see it right off of, coming off
```

```
 1    the elevator.  It is kind of like you are
 2    walking and then it's like you go like on an
 3    angle and there it was.
 4         Q.    There what was?
 5         A.    The buffing machine.
 6         Q.    The buffer.  Okay.
 7         A.    So then we decided to walk around
 8    the bar area on the other side.
 9         Q.    Okay.  I know you said there were
10    no wet floor signs that you saw.  Was
11    anything -- did you see any cones?
12         A.    No.
13         Q.    Did you see any tape, caution tape?
14         A.    No.
15         Q.    Was anything marked off or blocked
16    for the path of travel from somebody walking
17    in that area?
18         A.    No.
19         Q.    So is it fair to say that the only
20    thing that you saw associated with any type
21    of floor cleaning would have been the man and
22    the buffer, the machine he was using?
23         A.    Yes.
24         Q.    Okay.  So the path that you
25    ultimately took, was that in a completely
```

```
 1    different direction from where the buffer was
 2    or was it kind of around where you thought
 3    that he was working?  Do you want a piece of
 4    paper?
 5         A.    No, I'm good.  Buffer over here,
 6    bar right here, this is the path we took
 7    (indicating).
 8         Q.    Draw it on there, if you don't
 9    mind.  And can you do a bird's-eye view?
10    Either way.  And label.
11         A.    And then the bar is here
12    (indicating).  These are tables.  Let's say
13    this is an aisle leading down.  Over here is
14    the down escalator at some point over there.
15    And this is like the hallway.  And it might
16    have been kind of like this coming from here
17    (indicating).
18         Q.    Hold on.  Hold on.  So where is the
19    elevator that you are exiting roughly in this
20    diagram?
21         A.    Back here somewhere.  And then you
22    come --
23         Q.    Hold on.  Write elevator in there,
24    if you don't mind.
25         A.    (Witness indicating.)
```

1      Q.    And is this a hallway that you were
2   walking down?
3      A.    You come off the elevator and then
4   you come here (indicating).  You have to step
5   off to the right when you come off the
6   elevators, come to the right, and then you
7   are walking.  And all this area --
8      Q.    Don't draw when you talk.  Keep
9   going.  So you're walking in this direction
10   (indicating)?
11      A.    Yes.
12      Q.    And then are you going to take what
13   would be a left?
14      A.    Yes, because that's the route that
15   takes you over to the down escalator that
16   goes to the desk.  And that's the route we
17   had taken every time.
18      Q.    So you've written "down" by the
19   down escalator?
20      A.    Yes.
21      Q.    Now, just put an X on this diagram,
22   if it is shown in the diagram, where the
23   buffer was at the time you saw it, roughly.
24   I know this isn't to scale.
25      A.    I might have drawn it wrong, but

```
 1    right in here maybe (indicating).
 2         Q.    So you are drawing a circle.  Can
 3    you write "buffer" in there.  Don't write on
 4    here until I tell you.  You can use your pen
 5    to do this, but try not to make any marks.
 6         A.    Got you.
 7         Q.    Just so that I can understand you,
 8    so you are walking down this hallway like
 9    this, you take a bit of a left (indicating).
10         A.    It was an angle.  I can't remember.
11         Q.    An angle to the left do you think?
12         A.    Yes.
13         Q.    And then you see the buffer man and
14    his equipment in the area?
15         A.    Right.
16         Q.    Okay.  And is that when you decided
17    to go right?
18         A.    Yes.
19         Q.    Toward what you labeled as bar and
20    tables?
21         A.    Yes.
22         Q.    Now, you've got two different sort
23    of rectangles, one with bar and one with
24    tables.
25         A.    Yes.
```

1      Q.    Before we begin writing on it, were

2    you cutting between the bar and the tables?

3      A.    Yes.

4      Q.    So this path, I'm not going to

5    write on it either, but right here between

6    the bar and the table is where you were

7    headed?

8      A.    Yes.

9      Q.    With an X this time, roughly in

10   relationship to where the bar is and the

11   tables are, where did you fall?

12     A.    Maybe here (indicating).

13     Q.    All right.  And am I correct that

14   you seeing the buffer, you decided on your

15   own, I'm going to go in a different direction

16   as opposed to him telling you, stop, don't

17   come this way?

18     A.    Correct.

19     Q.    Did the bellman ever offer any

20   direction or instruction as to how you should

21   get to the down escalator because of the

22   buffer in the area?

23     A.    No.

24     Q.    And when you took, when you were

25   taking this sort of alternate path to the

1    point where you ultimately fell, did you have

2    to do any backtracking or were you able to

3    see the buffer in front of you and sort of

4    just angle a different way?

5         A.    Yes.  We were able to see it in

6    front of us and just take the other path.

7         Q.    Now, the tables on this diagram

8    that you have listed as tables, did they also

9    have chairs?

10        A.    Yes.

11        Q.    Were the chairs on the ground or up

12   on the tables?

13        A.    On the tables.

14        Q.    Do you know who put them on the

15   tables?

16        A.    No.

17        Q.    Do you know if they were put up on

18   the tables to allow for cleaning underneath

19   the tables?

20        A.    I don't know.

21        Q.    Okay.  Did you ever see the buffer

22   cleaning in the area of the tables?

23        A.    I did not.

24        Q.    Did anyone ever tell you where he

25   had just been buffing before the point where

1    you saw him?

2        A.    No.

3        Q.    The place that you've marked an X

4    on the diagram as to where you fell, is

5    that -- just from the diagram, I can't tell

6    if you made it to the tables and chairs area

7    or were you approaching it?

8        A.    So I did make it to the tables and

9    chairs area, so -- but I do remember that the

10   bar was to my left.  I wasn't --

11       Q.    All right.  Don't draw.  Just

12   point.

13       A.    I wasn't -- I don't know how to

14   describe it.  I wasn't -- I was sitting

15   outside of like where the actual bar starts

16   or on the floor.

17       Q.    When you fell?

18       A.    Uh-huh.

19       Q.    But as you're walking, you're

20   walking in this direction, if I wrote an

21   arrow (indicating)?

22       A.    Yes.

23       Q.    So this would be the direction you

24   were walking (indicating)?

25       A.    Yes.

```
 1        Q.    That's not a very good arrow.  The
 2   bar is on your right, correct?
 3        A.    Yes.
 4        Q.    But you had passed, according to
 5   your testimony, you had passed the beginning
 6   of the bar before you fell or no?
 7        A.    Okay.  I want to make sure that I'm
 8   distinguishing between bar area and the
 9   actual bar.
10        Q.    Sure.
11        A.    So I believe --
12        Q.    Don't draw.
13        A.    This is, all of this is chairs
14   (indicating) because I fell next to a table
15   with chairs on top of it, right.
16        Q.    Okay.
17        A.    I'm simply pointing out that the
18   bar was here, the end of the bar, the end of
19   the bar was here (indicating).  And I was
20   just to the, what would be the right of the
21   bar.
22        Q.    Or the left of it in the path you
23   were going?
24        A.    The bar would have been to my left.
25        Q.    If you're going this way, the bar
```

```
 1    is to your right (indicating)?
 2        A.    It is, but if I'm on the floor and
 3    the end of the --
 4        Q.    Oh.  You spun around.
 5        A.    I don't know what I did as far as
 6    spinning around, no.  If I'm coming this way
 7    and I'm on the ground, the bar is to my left
 8    when I'm on the floor.  The bar is here
 9    (indicating).
10        Q.    Where you came to rest the bar was
11    on your left?
12        A.    Yes.
13        Q.    But as you were traveling, the bar
14    was on your right?
15        A.    Yes.
16        Q.    Okay.  And can you write -- where
17    you have tables, I think you mentioned there
18    were chairs in that area, too, right?
19        A.    Yes.
20        Q.    Can you just write "and chairs" in
21    that general area.
22        A.    (Witness complies.)
23        Q.    Okay.  Thanks.
24              And at that point, right before you
25    fell, were you still the leader?
```

```
 1          A.     Yes.
 2          Q.     Were you engaged in any
 3   conversation with anyone?
 4          A.     We probably were talking, yeah.
 5          Q.     Do you know if you were looking
 6   behind you to talk to the rest of the group?
 7          A.     No.
 8          Q.     You don't know or you weren't?
 9          A.     I wasn't looking behind me.
10          Q.     Do you recall if you were on your
11   telephone at the time that you fell?
12          A.     On my telephone?  I don't think so.
13   I don't think I would have been talking to
14   anybody at that time.
15          Q.     How about reading anything, like a
16   text or an e-mail?
17          A.     I don't recall.
18          Q.     I take it you do own a cell phone?
19          A.     Yes.
20          Q.     So as you're approaching, your goal
21   is still to get to the down escalator?
22          A.     Yeah.
23          Q.     And this is when you slipped and
24   fell, correct?
25          A.     Yes.
```

```
 1        Q.    In the general area of the X
 2   (indicating)?
 3        A.    Yes.
 4        Q.    Do you know what it was that caused
 5   you to fall?
 6        A.    I don't.  Whatever was on the
 7   floor.  I don't know what it was.
 8        Q.    Can you describe it?
 9        A.    Clear liquid.  I didn't see it
10   before slipping on it.  And I only know it is
11   clear from pictures that I've seen after.
12        Q.    I'm going to show you some of those
13   in a second.
14        A.    Okay.
15        Q.    Did it have an odor?
16        A.    I'm not sure.  Like what kind of
17   odor?
18        Q.    An odor.  I mean, you know, alcohol
19   has an odor, perfume has an odor.  Water may
20   not have any odor.
21        A.    I got you.
22        Q.    Cleaning materials may have an
23   odor.
24        A.    I got you.  I don't recall a
25   distinct odor.
```

1    Q.    Okay.  Was it tacky or sticky?

2    A.    No.

3    Q.    Did you get any of it on your

4    clothing?

5    A.    Yes.

6    Q.    What parts?

7    A.    On the back of my jeans.  On the

8    back of like where I landed kind of in the --

9    Q.    On your bottom?

10    A.    I'm not sure about my bottom.  I

11    remember it being like down the legs.

12    Q.    Did they cut your jeans off of you?

13    A.    They did.

14    Q.    Did you ever get them back after

15    that?

16    A.    No.  They cut off the left leg.

17    And when I got to Atlanta, the hospital there

18    cut off the right leg and discarded them.

19    Q.    So they were jean shorts.

20    A.    They are gone.  And I had just

21    bought them that weekend.

22    Q.    So you never got a chance once

23    everything sort of settled down to look at

24    your pants and see maybe what it was that

25    liquid was?

1          A.     No.
2          Q.     Do you have any idea before you
3    fell how long that liquid had been on the
4    floor?
5          A.     No.
6          Q.     Do you have any idea from where
7    that liquid came?
8          A.     No.
9          Q.     Okay.  Do you know if, considering
10   that you were in the lead and the four people
11   that were also in your group that were behind
12   you, have you ever talked to any of them and
13   asked them if they saw what happened?
14         A.     They saw what happened.
15         Q.     All four of them?
16         A.     Yes.
17         Q.     Okay.  Did any of them give you any
18   piece of information as to what they saw that
19   maybe filled in a gap in your recollection of
20   what happened?
21         A.     They saw what happened.  They
22   described me like kind of, aaaah,
23   (indicating).  And then when I went down it
24   was just yelling or screaming in pain, but
25   they didn't know what I was doing when I

```
 1   slipped with my right leg first.  They didn't
 2   know what was going on exactly until I
 3   actually fell back.
 4        Q.    Do you recall what foot slipped?
 5        A.    The right foot slipped.
 6        Q.    Okay.
 7        A.    And then as I was coming down on
 8   the left foot, I heard the -- I heard it.
 9        Q.    You heard your knee pop?
10        A.    Well, it cracked.  It sounded like
11   a tree limb like breaking.
12        Q.    If you need any time to take a
13   break --
14        A.    I'm good.
15        Q.    Okay.  But if you do, just let me
16   know.
17        A.    I'm good.
18        Q.    So when your right foot slipped,
19   did it slip out in front of you and you came
20   down on your left knee?
21        A.    Yeah.  I slipped like that
22   (indicating).  I slipped with the right leg
23   going up.  And I tried to break the fall
24   coming on the left one because I knew I was
25   going to fall, so I kind of like tried to
```

```
 1    plant my left leg to stop from falling,
 2    actually falling down.
 3         Q.    Did your left knee strike the
 4    ground?
 5         A.    Yeah, because I heard it.  Like
 6    when I came down on it, it snapped.
 7         Q.    You heard it crack?
 8         A.    Uh-huh.
 9         Q.    All right.  The area that you fell,
10    were you walking like between the tables that
11    were set up or was this a what looked like a
12    walkway?
13         A.    No.  The path between the bar and
14    the tables.
15         Q.    And when you hit the ground, as you
16    were slipping and then falling to the ground
17    and coming to rest, did you strike your body
18    on either the bar or a chair or a table?
19         A.    No.
20         Q.    And I know you said you bumped your
21    head, too.  Did you lose consciousness?
22         A.    I don't think I lost consciousness,
23    no.
24         Q.    Okay.  Did you have any blood?
25         A.    No.
```

```
1        Q.    But I think you had some swelling
2    in your left leg?
3        A.    Yeah.
4        Q.    And did somebody immediately call
5    for the paramedics?
6        A.    Yes.
7        Q.    And then I assume other people came
8    on the scene?
9        A.    Yes.
10       Q.    Do you know the names of anyone
11   else, not that you've already identified as
12   being in your group, including the bellman,
13   but any of the other names of people that
14   came on the scene before you were taken to
15   the hospital?
16       A.    No.  There was a nurse that came
17   down and asked me questions like, do you know
18   where you are, just to see my shape.  She
19   said she was on the sixth floor and she heard
20   me scream when it happened.  So she ran down
21   because her sister had just left the room,
22   and so she thought it was her sister.  And
23   she ran up thinking I was her sister.  And
24   then she like looked at me.  She's like, oh,
25   you're not my sister, she's like, but I'm a
```

1    nurse.  Are you okay?  You know, do you know

2    where you are?  She was asking me some

3    questions.  I don't remember everything.  I

4    remember her saying, I'm a nurse.  Are you

5    okay?  Do you know where you are?  What's

6    your name?  I remember that.

7         Q.    Since the accident up until today,

8    and primarily the day of, the morning of the

9    incident, did anyone ever identify for you

10   what that liquid was on the floor?

11        A.    No.

12        Q.    Okay.  Did anyone ever identify how

13   long the liquid had been on the floor?

14        A.    No.

15        Q.    And did anyone ever identify where

16   the liquid may have come from?

17        A.    No.

18        Q.    All right.  And the paramedics

19   finally arrived.  Were you taken by ambulance

20   to University Medical Center?

21        A.    Yes.

22        Q.    And I know they checked you out

23   there and did some x-rays and stuff.  Did you

24   leave that still in the a.m. of March 2?

25        A.    Yes.  I think we left around 5:00

1    a.m.
2        Q.    To go back to Atlanta?
3        A.    Yes.
4        Q.    Now, I have some photographs that
5    I'm going to show you just to maybe help
6    pinpoint this, but do you know if anyone in
7    your group of four, which would include two
8    of the ladies and Billy --
9        A.    Three ladies and me.  Three total.
10       Q.    You didn't take any photographs,
11   correct?
12       A.    Right.
13       Q.    Do you know if the other two
14   ladies, Melanie, Mia and Billy, do you know
15   if they took any photos?
16       A.    Mia.
17       Q.    Mia did?
18       A.    Took the pictures that I have.
19       Q.    All right.  And did she take them
20   while y'all were still there?
21       A.    Yes.
22       Q.    Okay.  Have you seen the
23   photographs that Mia took before?
24       A.    Yes.
25       Q.    Okay.  I'm going to show you this

1    one.  And I'm just going to mark it as

2    Exhibit 1.

3    (Whereupon, the instrument referred to was

4    marked Exhibit 1 for identification.)

5    EXAMINATION BY MR. MUSGRAVE:

6        Q.    Was this one of the pictures Mia

7    took, to your knowledge?

8        A.    Yes.

9        Q.    You've seen this one before?

10       A.    Well, I don't know if that's a

11   picture that she took.  I don't recall that

12   view from the pictures that she took.

13       Q.    Okay.  Do you see yourself in that

14   photograph?

15       A.    That's me (indicating).

16       Q.    Okay.  And who is behind you?

17       A.    Melanie.  She took -- I think Billy

18   took a chair down so she could lean against

19   and she got behind me so that I could rest my

20   back because I was in a -- trying to sit up.

21       Q.    There is a gentleman in the picture

22   at the top left.  Do you know who that is?

23       A.    He was one of the guys that came

24   along.  I think he was security.  And he took

25   notes --

1      Q.     Okay.

2      A.     -- of what happened.  And he is one

3    of the guys, I think it was two guys, and

4    they told us they would provide us with an

5    incident report.

6      Q.     Do you know this person, this

7    gentleman's name?

8      A.     No.

9      Q.     You see the wet floor sign that's

10   out?

11     A.     They put that up after the fact.

12     Q.     And did anyone show you any video

13   surveillance of your accident?

14     A.     No.

15     Q.     Are you able to -- so when you're

16   looking at this picture, Exhibit 1, if you

17   can, with your finger, where was your path of

18   travel?

19     A.     Our elevator is kind of over here

20   (indicating).  You are coming off the

21   elevators back here.  We would have been

22   going that way, but we had to come back

23   around this way.

24     Q.     Okay.  So would you have kind of

25   gone in the path of where this wet floor sign

```
1    is now?
2         A.    That wet floor sign was not there.
3         Q.    No, I understand.  But just to
4    identify --
5         A.    Yes, because that's the open space
6    between the tables and the bar.
7         Q.    Now, do you see the liquid that
8    you've identified on the floor in Exhibit 1?
9         A.    Yes.  Here (indicating).
10        Q.    Can you circle it?
11        A.    (Witness indicating.)
12        Q.    You've made two circles?
13        A.    That's how I did it, yes.
14        Q.    But were there two different
15   puddles or was it one big puddle?
16        A.    I don't know how many puddles there
17   were.
18        Q.    And did the liquid have a color?
19   You said it was clear.  I wrote it down
20   anyway.
21        A.    As far as I remember, it was clear.
22        Q.    Here is another exhibit, number 2.
23   (Whereupon, the instrument referred to was
24   marked Exhibit 2 for identification.)
25   EXAMINATION BY MR. MUSGRAVE:
```

1      Q.    Have you seen this photograph
2   before (indicating)?
3      A.    I believe I've seen this one
4   before.
5      Q.    Does it look like one of the
6   pictures taken by Mia?
7      A.    No.  It would have been Billy
8   because that's Mia (indicating).  He must
9   have used her phone.
10      Q.    Okay.  Mia is the one bending down
11   or no?
12      A.    No.  That's not Mia.  That looks
13   like the girl that was working.  Yeah, that
14   is the girl that was working.  So Mia took
15   that picture if that's the one that came from
16   me.
17      Q.    Does it look like she's in the area
18   cleaning up whatever liquid was on the floor?
19      A.    That's what that looks like, yes.
20      Q.    Right.  And this shows just a
21   bigger, I guess, drawn out photo from Exhibit
22   1 and your path of travel.  Even though that
23   wet floor cone isn't there, that was where
24   you walked?
25      A.    Yeah.

```
 1        Q.    Okay.  Now, the chair that's
 2   knocked over behind you guys, that was --
 3        A.    It's not knocked over.  Billy took
 4   it down --
 5        Q.    For support?
 6        A.    -- so we could lean.  Yeah.
 7   Because one of the guys asked, did you fall
 8   off the chair?  We were like, no.  We took
 9   the chair down after she fell.
10        Q.    Okay.  And there is another
11   gentleman in Exhibit 2, he was not in Exhibit
12   1.  Do you know the identity of this
13   gentleman?
14        A.    I don't, but I remember there being
15   two security guards.  I remember this guy I
16   think maybe because of the glasses and the
17   beard, I remember seeing him.  I knew there
18   was another guy, I just didn't remember what
19   he looked like.
20        Q.    And here is Exhibit 3 I wanted to
21   show you.  Have you seen that photograph
22   before?
23        A.    Yes.
24   (Whereupon, the instrument referred to was
25   marked Exhibit 3 for identification.)
```

1    EXAMINATION BY MR. MUSGRAVE:

2        Q.    Does that look like what we've been

3    describing as the buffer man?  Does that look

4    like the type of machine he was using?

5        A.    But there were some other bigger

6    things sitting over there other than this

7    machine.  It was some other big thing that

8    would have been blocking the path.

9        Q.    A big piece of equipment?

10       A.    Yeah.  It wasn't just that.  I

11   mean, we still would have walked around, but

12   it wasn't just that.  It was some other big,

13   I don't know if it was a cart or something

14   else, but it was big in the path of where we

15   had gone the whole time we were there.

16       Q.    That you were avoiding this time?

17       A.    Yes.

18       Q.    Did it look like, this big thing,

19   did it look like a piece of cleaning

20   equipment, machinery?

21       A.    Yes.  Yes.

22       Q.    In other words, it wasn't a

23   blockade, it was actually a cleaning piece of

24   equipment?

25       A.    Yes.

1      Q.    These next pictures are close to
2  the same, except for -- hold on a second.  I
3  want to label this one as Exhibit 4.
4  (Whereupon, the instrument referred to was
5  marked Exhibit 4 for identification.)
6  EXAMINATION BY MR. MUSGRAVE:
7      Q.    And just ask you if this is a
8  picture of the flip flops that you had on
9  (indicating)?
10     A.    Yeah.
11     Q.    Now, I've got five other
12  photographs here and they kind of all show
13  the same thing.  So I just want you to pick
14  out the best one, or two or three, that show,
15  if any of them, sort of the liquid that was
16  on the ground.  And you can take a look at
17  them.  If none of them show it, fine.  If
18  there's one that shows it the best for you,
19  that's the one I want you to show me.
20     A.    I would say that one because you
21  can see where my flip flop mark came off into
22  it (indicating).  I can't really see on
23  these.
24     Q.    Okay.
25     A.    I can't distinguish between -- that

```
 1   might be, but I can't distinguish between the
 2   liquid.  This might be the same picture or a
 3   different view because that looks like it
 4   might be the flip flop mark.  And then down
 5   here (indicating).
 6       Q.    I've labeled 5 as the first one you
 7   talked about and I'll label 6 as the second
 8   one you talked about.
 9   (Whereupon, the instruments referred to were
10   marked Exhibit 5 and Exhibit 6 for
11   identification.)
12   EXAMINATION BY MR. MUSGRAVE:
13       Q.    I want you to circle on Exhibit 6
14   primarily the mark that you feel that your
15   flip flop left on the floor after you fell.
16   I see it, but I want you to point it out.
17       A.    It looks like this might be one and
18   this might be one (indicating).
19       Q.    All right.  And on Exhibit 5, is
20   that the same mark that you are referring to?
21       A.    Here and here (indicating).  Maybe
22   here (indicating).
23             MR. VILLAVASO:
24             A little better pen might
25             because --
```

```
1    EXAMINATION BY MR. MUSGRAVE:
2         Q.    Just circle that.
3               Have you been back to the Hyatt
4    since this accident?
5         A.    Yes.
6         Q.    Okay.  For what purpose?
7         A.    I just wanted to walk through.
8         Q.    When was that?
9         A.    I walked through yesterday.
10        Q.    Okay.  Was that the first time
11   you've been back?
12        A.    Yes.
13        Q.    Did it look roughly the same as
14   opposed to the chairs probably being down,
15   but the area, the layout, the same?
16        A.    It did.
17        Q.    Did you talk to anyone while you
18   were there?
19        A.    No.
20        Q.    Did you see anything there that
21   would give you any answers to unknown
22   questions about how you fell or what you fell
23   on or anything like that that was there?
24        A.    No.
25        Q.    After you left that day and went to
```

1    the hospital and then ultimately went home to
2    Georgia, did you ever speak with anyone?  Did
3    anyone from the Hyatt call you and talk to
4    you about the accident?
5         A.    No.
6         Q.    Did you call them and leave any
7    messages or anything.
8         A.    No.
9         Q.    When you were gone, that was it, no
10   more communication?
11        A.    We left the hospital.  We did go
12   back.  I think we had to go back to get our
13   bags because we didn't get them when we left
14   to go to the hospital is the reason we went
15   back because I remember them giving me a
16   pillow and a blanket for the ride back.
17        Q.    The Hyatt did?
18        A.    Yes.
19        Q.    And did the three ladies that came
20   together all go back together?
21        A.    It was the three of us, yes, we
22   did.
23        Q.    Billy went separately?
24        A.    Yes.
25        Q.    Are you aware of anyone else

```
 1   slipping and falling in that general area at
 2   the Hyatt around the time that you did?
 3        A.    I'm not aware.
 4        Q.    Are you aware of anyone else making
 5   any complaints to the Hyatt about any
 6   conditions of the floors around the time that
 7   you fell?
 8        A.    I'm not.
 9        Q.    Okay.  And do the pictures that are
10   attached or identified, anyway, do they
11   accurately represent the lighting in the area
12   at the time of the fall?
13        A.    These pictures?  I can't
14   distinguish if what you see here is the
15   lighting that was there at the time.
16        Q.    Did you feel that there was enough
17   lighting to be able to maneuver where you
18   wanted to go?
19        A.    Yeah.  We'd been there for several
20   days.  And there was -- I don't think there
21   was ever an issue with the lighting.
22        Q.    Okay.
23        A.    Even in the late night hours, it
24   was not an issue with the lighting.
25        Q.    Did anyone in your group yell out
```

1    any warning immediately before you fell?

2        A.    No.

3        Q.    Did anyone in your group say

4    anything about them having any slip and fall

5    issues with the floors at the Hyatt?

6        A.    No.

7        Q.    Okay.  So you get back to -- well,

8    do you know -- I think this might be one of

9    the cleaning ladies identified as I think

10   it's Ariane Burnette.  Does that name at all

11   sound familiar to you?

12       A.    I think that's probably the girl in

13   the picture.  I remember her having like a

14   funny kind of name.

15       Q.    That was, what, bent over sort of

16   trying --

17       A.    She was the only female other than

18   that nurse that was there that night.

19       Q.    Okay.  So you get back to Atlanta.

20       A.    Yes.

21       Q.    Well, before I get there, UMC where

22   you went, did they put you in any kind of a

23   brace or a cast?

24       A.    Yeah, they did.  They did.  They

25   put me in like a big brace that came up to

1    probably my thigh, I think.  And they gave me

2    morphine for the ride because I said, well,

3    should I catch a flight back.  And they were

4    like, no, you can't catch a flight, but as

5    soon as you get back to Atlanta you've got to

6    have surgery.

7         Q.    So you get back to Atlanta.  You

8    immediately go to the doctors in Atlanta.

9         A.    The emergency room.

10         Q.    And they ultimately performed the

11    surgery on your knee replacement I think it

12    was?

13         A.    I went to the hospital closest to

14    my house, Gwinnett Medical, but they are not

15    affiliated with Kaiser, which was my carrier.

16    So they said you can either get back in the

17    car and drive over to Northside Hospital or

18    we can send an ambulance, but I had been in

19    the car for several hours.  The morphine was

20    starting to wear off.  I asked them if I

21    could wait on the ambulance.  So they sent an

22    ambulance like much later that night,

23    probably like 1:00 a.m., took me over to

24    Northside Hospital, but they had treated me

25    with morphine and pain --

1      Q.    To make you comfortable?

2      A.    Yes.

3      Q.    So we click over to March 3.

4      A.    Yes.  That Friday, yeah.

5      Q.    And the ambulance transported you

6  over to Northside?

7      A.    Yes.

8      Q.    And while you were at Northside, is

9  that where you had the surgical procedure?

10     A.    Yes.  On the Saturday.  So that was

11  the 4th.  They couldn't get me scheduled for

12  Friday.

13     Q.    And that was to your left leg?

14     A.    Yes.

15     Q.    What type of surgery was that, do

16  you recall?

17     A.    She put metal in my leg to correct

18  the injury.  It was right at the tibial

19  plateau.  The doctor did mention to me that

20  that was a really bad area for an injury of

21  that sort.  And the x-rays, it just looks

22  like a zigzag, but it was to fix the injury

23  at the time.

24     Q.    I have some of your medical

25  records, but because you're in Georgia,

```
 1    they're not the easiest to get, so I don't
 2    have them all just yet.
 3         A.    Yeah.
 4         Q.    But the surgery I know you had on
 5    the 4th of March.  Did you have another
 6    surgery on your knee?
 7         A.    Yes.
 8         Q.    And that was like March 22 or
 9    something?
10         A.    Of this year.
11         Q.    Of this year?
12         A.    Before that one.
13         Q.    Yeah.
14         A.    In December of '17 they removed
15    the -- because the leg was still deformed, so
16    they removed it.  Well, leading up to that, a
17    doctor said that we would need to remove
18    that.
19         Q.    Remove what, the hardware?
20         A.    The hardware.  And you will
21    probably -- no, no.  You will need to get
22    total knee replacement to correct the
23    position, the deformity, and to stabilize the
24    knee better.
25              So I had a surgery December, I think
```

```
 1    it was December 22 of '17, to remove the

 2    hardware.  Then he wanted to wait a few

 3    months to let that heal to go in with the

 4    knee replacement.

 5         Q.    And was that about March 22 of '18?

 6         A.    Yes.

 7         Q.    So, all in all, you've mentioned

 8    three procedures, the March 4 at Northside

 9    where they put in the hardware to try to

10    stabilize it and December of that same year

11    of '17 they removed the hardware.

12         A.    Yes.

13         Q.    And then after your knee calmed

14    down probably from swelling a little bit, in

15    March of '18 they did a total knee

16    replacement?

17         A.    Yes.

18         Q.    Did you injure your left knee or

19    leg in any other fashion after this accident

20    at the Hyatt?

21         A.    No.

22         Q.    During your recovery, did you ever

23    fall or trip or injure it?

24         A.    No.

25         Q.    And so the total knee replacement
```

1    on March 22, 2018, was that the last surgical
2    procedure to your leg?
3        A.    Yes.
4        Q.    Did you have any treatment to any
5    other parts of your body as a result of the
6    fall at the Hyatt in March of 2017?
7        A.    I went to see an ankle specialist
8    because the ankle, that was before they took
9    out the hardware because it literally was the
10   top part of my leg was going in.  My leg was,
11   the bottom part was kind of out this way, and
12   the ankle was another direction (indicating).
13            So it was like -- so it was hard to
14   maneuver with the ankle being kind of
15   dislocated or whatever.  So I went to her to
16   just see what kind of support I could get or
17   whatever.  And she just ended up, you know,
18   putting me on like a -- she gave me an ankle
19   brace to wear.  I couldn't wear it with
20   shoes.  So, I mean, while I was at home I
21   could wear it around, but it still -- this is
22   part of the ongoing -- the ankle is still not
23   very strong and it keeps me from having a
24   stride without a limp because it's still, you
25   know, just strengthening up.  And I don't

1    know if that will get better over time, but

2    right now it's just not very strong.

3        Q.    Do you find seven months after your

4    knee replacement surgery that your ankle is

5    getting better?

6        A.    I'm not able to walk without a

7    limp.  And it's -- the knee still hurts and

8    the ankle still hurts if I just, you know,

9    try to walk without the limp.

10       Q.    Do you still wear an ankle brace?

11       A.    Around the house I wear it, yeah.

12       Q.    What about to work?

13       A.    No.  I wear a -- there's a Tommie

14   Copper ankle sleeve that I put on for

15   support.

16       Q.    Do you wear high heels at work?

17       A.    Not now.

18       Q.    You like high heels?

19       A.    I do.

20       Q.    Have you worn high heels since this

21   accident?

22       A.    No.

23       Q.    Is that one of the goals?

24       A.    That's -- yeah, because I think

25   that once I'm able to wear heels again I will

1   be back a hundred.

2       Q.    Do you like to dance?

3       A.    I do.  I can't, but I do like to.

4       Q.    Have you danced since the accident?

5       A.    Not dance for dancing.  Bobbing my

6   head or sitting around.  A little bit, but

7   not a lot.

8       Q.    A little bit what, a little bit of

9   dancing?

10      A.    Just swinging or swaying.  I can't

11  really dance, not anything that involves like

12  moving my feet.

13      Q.    Can you floss?

14      A.    Floss?

15      Q.    Have you been to any weddings since

16  the accident where you've danced?

17      A.    Weddings?  I don't think I've been

18  to a wedding.  I can't recall.  I really want

19  to think about that because --

20      Q.    Or a party of any sort.

21      A.    Yes.

22      Q.    You have?

23      A.    Not that I danced, but I've been to

24  them.

25      Q.    You didn't dance at any of those

1    parties out on the dance floor?

2        A.    Not dance for dancing, no.

3        Q.    Just kind of bobbing and swaying?

4        A.    Yes.

5        Q.    On your feet bobbing and swaying or

6    sitting bobbing and swaying?

7        A.    It would have been sitting.

8        Q.    And I think it was a lady you saw

9    for your ankle.  Did you see her just that

10   one time?

11       A.    Yes.

12       Q.    Have you seen anyone else for any

13   ankle problems?

14       A.    I mean, I talked to my doctor

15   about, the doctor that did the second and the

16   third surgery, about it, you know.  He just

17   says that perhaps it will get better over

18   time, but there's nothing else that will be

19   done to treat it there.  Maybe in rehab,

20   because I am going to continue rehab, I can,

21   you know, get more emphasis on that part of

22   the leg.

23       Q.    Has anyone, has any of your

24   doctors, recommended any sort of surgical

25   procedure to your ankle?

```
 1        A.    No.
 2        Q.    And as far as your left knee and
 3    your left knee replacement, at least from
 4    what they tell you, are your doctors
 5    satisfied with your progress seven months
 6    down the line?
 7        A.    Yeah.  It's just he has just really
 8    emphasized that it will never be the same and
 9    there will be -- like kneeling, kneeling, he
10    says, you won't be able to kneel with this
11    injury, with this knee.
12             I find it difficult to squat.  I've
13    -- even toilets that sit low, that's an
14    issue.  I always try to go to a handicap if
15    it's available.
16             In my home I've had two toilets
17    replaced that sit higher, the one in my
18    master and the one in my guest on the main
19    floor, which is where I if I'm downstairs.
20    So just a lot of limitations that weren't
21    there before.
22        Q.    Can you still negotiate stairs?
23        A.    I have to because I live in a
24    three-story townhome, but it was months
25    before I could even walk on my own.  I would
```

1    have to take one step at a time, left foot,
2    right foot, on the step, left foot.
3              I've just within probably the past
4    couple of months, August time frame, just
5    been able to take regular steps.
6        Q.    Alternate your feet up the stairs?
7        A.    Yes.
8        Q.    So that's progress?
9        A.    That is.
10       Q.    Okay.  And can you do that without
11   holding on to a handrail?
12       A.    No.
13       Q.    You hold on to the handrail?
14       A.    Yes.  And lean over a little bit.
15       Q.    Are you ever required to use any
16   kind of walking aid or device?
17       A.    I have.  I use the walker and a
18   cane for a great deal, a long time.
19       Q.    Did you say used as in past tense?
20       A.    Yes.  I came off of the cane --
21   after the March surgery of this year, I used
22   the cane perhaps about two months and then I
23   stopped.  I'm just very determined to try to
24   get back to normalcy.
25       Q.    Good for you.

```
 1        A.    I have to.
 2        Q.    So as of roughly May you've been
 3   able to move around without any walking
 4   device?
 5        A.    Right.  But I keep it in my car
 6   because, you know, friends that have
 7   injuries, sports injuries, they always keep
 8   an aid in your car.  You just never know.
 9        Q.    So if I asked you the doctors that
10   you are under care for right now for your
11   left lower extremity, who would you name?
12        A.    Dr. Robinson.  I can't remember his
13   first name.
14        Q.    Yeah.  Anyone else?
15        A.    Is it Andre?
16        Dr. Tucker did the original surgery,
17   Jennifer Tucker.  I can't remember Dr.
18   Robinson's first name.
19        Q.    But is Dr. Robinson who you
20   consider your current treating physician?
21        A.    Yes.  Well, I've switched
22   insurances.  He's with Kaiser.  And I'm now
23   on Blue Cross Blue Shield.  So I don't know.
24   I'll have to pay out of pocket to go to my
25   next appointment with Dr. Robinson because
```

```
 1    I'm no longer with Kaiser.
 2         Q.    Do you know if Dr. Robinson is on
 3    Blue Cross Blue Shield?
 4         A.    No.  He works with Kaiser.  I think
 5    they have to work just for Kaiser.
 6         Q.    Okay.  So you may be switching
 7    orthopedists?
 8         A.    Yes.
 9         Q.    Okay.  But for the last several
10    months, it was Dr. Robinson?
11         A.    Robinson, yes.
12         Q.    If I wanted to talk to a doctor and
13    say tell me about Miss Crawford's injury and
14    her future outcome, you think it would be Dr.
15    Robinson who would be able to give the best
16    opinion about that?
17         A.    Yes.
18         Q.    Has he recommended any future
19    procedures to your left knee?  If I asked you
20    this, I apologize.  I know I asked about the
21    ankle.
22         A.    Not outside of physical therapy,
23    no.
24         Q.    And are you compliant with physical
25    therapy?
```

```
 1        A.    Yes.
 2        Q.    And you still undergo therapy
 3   currently?
 4        A.    I've got to now start seeing other
 5   doctors so I can get it prescribed.  I used
 6   all but three visits of Kaiser, so I was
 7   trying to spread it out because I knew I have
 8   to do a lot on my own.  I want it spread out.
 9   And then that's what --
10        Q.    With Home Depot?
11        A.    Yes.
12        Q.    So you might have to regroup some
13   of your health care?
14        A.    Yes.
15        Q.    But you find like therapy is
16   helping?  Yeah?
17        A.    Yes.
18        Q.    And, I mean, so far, and you tell
19   me if I'm wrong, but so far it seems with the
20   stairs, as an example, that you are getting
21   better.  Would you agree with that or no?
22        A.    I just think that some of the
23   limitations, I don't know if I'll ever be
24   able to get better.  I mean, I played
25   basketball.  I've had twisted ankles and
```

```
1    stuff.  I'm 53, so I know with age it is
2    going to take a little bit longer, but I
3    would just think that I would be able to
4    squat or bend my leg back or walk in the
5    grass without worrying about -- I went to a
6    funeral at home a couple weekends ago and
7    just walking across the cemetery, I hit a
8    small hole and it was hell.  I mean, it is
9    excruciating when that happens.
10           Like if I go to even this bathroom
11   right here with the low toilet without a
12   bar on the side -- y'all need to get a bar, a
13   handicap bar -- you don't have any support.
14   You don't.  You have to balance yourself to
15   sit.  And then when you sit, like at
16   work when I'm not able to get in the
17   handicap, I have to balance to sit.  My legs
18   have to be back and then it is pain sitting
19   down.  And then I have to regroup to get up.
20   It is just simple things like that that --
21       Q.    But here is what I'm saying.  I'm
22   not suggesting you are back to normal.  What
23   I'm just asking is as time goes on, are you
24   continuing to remain optimistic?  Because
25   even though it's a slower grind than you want
```

```
 1    it to be, things are getting a little better
 2    day by day?  Is that a fair assessment?
 3         A.    I worked to get back to normalcy.
 4         Q.    Yeah, sure.
 5         A.    I can't say day by day it gets
 6    better.  I've seen progress.  I would say the
 7    steps was a big progress, but I've had to
 8    work and just force myself to do it.  Like
 9    even with my niece and nephew, I'm like, hey,
10    y'all, look at this, I'm able to take a
11    couple steps.  I work on it, but the doctor
12    already said you can't kneel again.  I can't
13    even get down on my knees.  If I have to get
14    something off of the floor, I've got to find
15    a way to go down on my right leg, lay down to
16    get it.
17              The other day at work I had to plug
18    in my docking station.  Nobody was around.  I
19    had to get down.  It's just a hard process.
20         Q.    And I get all of that.  I get you
21    are not where you want to be.
22         A.    Yes.
23         Q.    I'm just trying to figure out, do
24    you feel, even though it may be slower than
25    you want to be, you are still progressing?
```

1      A.    I'm hoping so.  I can't -- with the
2  type of limitations that I have, sometimes it
3  gets discouraging to believe that it's
4  getting better.
5      Q.    But the recent example would be the
6  stairs where that's progress?
7      A.    Yes.
8      Q.    You admit that would be progress?
9      A.    Yes.
10     Q.    And are you required to wear any
11  kind of a knee brace or knee support?
12     A.    No, I mean, not now.  I did then.
13  And on some days if the pain is a little
14  rough I will put it on, but I try not to
15  because I'm trying to just get back to
16  normalcy.  So I have three types of knee
17  braces.
18     Q.    Okay.  You don't use any crutches,
19  right?
20     A.    No.
21     Q.    What about medications?
22     A.    Yes.
23     Q.    Are you on, what, pain medication?
24     A.    Yes.
25     Q.    Is that primarily for the knee or

```
 1   is it the ankle or is it both?
 2        A.    It's primarily for the knee.
 3        Q.    It is?
 4        A.    Uh-huh.
 5        Q.    And how often?  Is that an
 6   as-needed medication?
 7        A.    As needed.
 8        Q.    And what are your needs typically
 9   for that?
10        A.    I take some type of pain medicine
11   maybe three times a week.
12        Q.    And it's just, I mean, it could be
13   weather, it could be the way you slept, it
14   could be just anything, what you did that
15   day.  Whenever you feel the need, it's there
16   to comfort you, to relieve you a little bit?
17        A.    Yeah.  I mean, the plane ride over,
18   just being in the airplane and getting off,
19   the leg stiffens a lot.  So easing that out
20   with a few steps.  And sometimes it doesn't
21   just ease out.  It's just stiff.  It stays
22   stiff.
23             When I'm sitting at the office, if I
24   get up after a couple of hours I'm going to
25   walk with a limp.  It's like, I mean, it's
```

```
1   going to be like dragging the leg almost
2   because it is just --
3       Q.   Before you kick it into gear a
4   little bit?
5       A.   Yes.
6       Q.   You are not a Medicare recipient,
7   correct?
8       A.   No.
9       Q.   Let me ask it another way.  Do you
10  get any Medicare benefits?
11      A.   No.
12      Q.   Do you get any Medicaid benefits?
13      A.   No.
14      Q.   A name that was listed in one of
15  the records that I read, a Dr. Mavish Morris?
16      A.   I believe that's a therapist.
17      Q.   That's a psychologist?
18      A.   A psychologist.
19      Q.   Way back in the day that you --
20      A.   October of last year.
21      Q.   Oh, October of last year.  Okay.
22  It's got behavioral and counseling services.
23      A.   Yes.  That's the doctor at Kaiser.
24  That is her name.
25      Q.   Okay.  Let me just ask you in
```

```
1    general before I pass you along and let
2    someone else ask some questions.  In terms of
3    activities that Miss Crawford wants to do, is
4    there anything that you did before this
5    accident that you absolutely cannot do now?
6    Now, my second question will be what you are
7    limited to doing, but the first question is
8    is there anything in absolution that you did
9    before and you just cannot do now because of
10   your left leg?
11        A.    I can't run.  I can't jog.  I can't
12   run up and down the stairs in my house, and I
13   did that all the time.
14        Q.    As exercise or just because you're
15   active?
16        A.    Just do it.  I mean, that's how I
17   -- because, I mean, coming off of the garage
18   there are some steps and then going up to the
19   main level there are steps.  So I just ran
20   them because you get there quicker.  And I
21   did that all the time.  I run up and down the
22   steps.  I can't do that.  I can't jog.  I
23   can't run.
24        Q.    Bike?
25        A.    No.  I don't bike, but I know that
```

```
 1    the way my leg can't bend back, I can't bike
 2    right now.
 3         Q.    And do you walk on a treadmill?
 4         A.    Yes.
 5         Q.    Is that therapy or is that just
 6    your own exercise therapy program?
 7         A.    It is therapy.  And I have a
 8    treadmill in my garage that I use.
 9         Q.    What else?  Is there anything else
10    besides running and, you know, quickly going
11    up the steps?
12         A.    I mean, I'm going to embarrass
13    myself.  There are things I can't do
14    intimacy-wise that I can't do at the time
15    right now.
16         Q.    Anything else?
17         A.    Anything that requires standing for
18    a long period of time.  Anything that
19    requires walking in an area that I don't know
20    for a distance, I can't do.  I require
21    wheelchair assistance at the Atlanta Airport
22    and the New Orleans Airport.
23              Walking and standing, I can't stand
24    and bear weight on this leg.
25         Q.    Your right leg?
```

```
 1        A.    Right.
 2        Q.    Say correct, I think, because it
 3   will get confused.
 4        A.    Correct.  The left leg.
 5        Q.    Right.  I mean, correct.
 6        A.    So I tend to stand with the right
 7   leg locked and --
 8        Q.    Don't do that.
 9        A.    I mean, it's survival.  I have to
10   do what I have to do to stand if I'm in a
11   situation where I have to stand.
12             There was a fire drill at my old job
13   back in like November of last year.  I could
14   not participate in it because I can't walk
15   down the stairs.  I couldn't walk down the
16   stairs at the time.
17             I don't think that I could walk down
18   two flights, three flights, right now in a
19   fire drill.  So I would always have to make
20   arrangements.  I made arrangements with
21   security to come down before it started.
22        Q.    All right.  The last question or
23   questions, but in this area.  What are your
24   hobbies?  What do you do for fun?
25        A.    I shoot around or more so then than
```

```
 1    now I shoot around with my nephew with
 2    basketball.  I go to his practices, go to his
 3    games, shoot around with him.
 4            I do a lot of social things with my
 5    sorority.
 6        Q.    Which is what?
 7        A.    Delta Sigma Theta.
 8            We had our, my chapter, had an
 9    inaugural run this year.  I couldn't
10    participate in it.  It is something like a 5k
11    walk/run.  I would have done that.  I'm not
12    into like biking or photography or anything
13    like that.
14        Q.    Are you in any clubs?
15        A.    Any clubs?  Am I in any clubs?
16        Q.    Book club or gardening club?
17        A.    No.
18        Q.    Church club?
19        A.    You know, we have a farm in south
20    Georgia and I can't pick up pecans.  I mean,
21    that is something that I could do.
22            MR. VILLAVASO:
23            I'm going to let you continue.  I
24            will just step out for a second.
25            THE WITNESS:
```

```
 1                I can't do that.  We have
 2                grapevines.  I just can't just do
 3                the things on the farm that I used
 4                to be able to do.
 5      EXAMINATION BY MR. MUSGRAVE:
 6           Q.    Do you ride any horses?
 7           A.    No.  We don't have horses.
 8           Q.    So no other hobbies other than
 9      shoot around that you were talking about with
10      your nieces and nephews, I guess?
11           A.    My nephew, yes.
12           Q.    Anything else hobby-wise, like
13      things you do on the weekend or in your
14      leisure time?
15           A.    Not that I can think of right now.
16           Q.    Do you have a boyfriend?
17           A.    Yeah.  I mean, he might not know
18      it, but yeah.
19           Q.    What's his name?
20           A.    What's his name?
21           Q.    Yes.
22           A.    I'd rather not share that.
23           Q.    I know, but when you file a lawsuit
24      you kind of open yourself up to this.
25           A.    Well, I wouldn't say I have a
```

1      steady boyfriend then.
2           Q.    What's your man friend's name that
3      we've been referring to that hasn't been
4      identified yet?
5           A.    Jay.
6           Q.    What is Jay's last name?
7                 I mean, this is when you file a
8      lawsuit, these things open up.  I'm not going
9      to pester Jay, but I just want to know Jay's
10     last name.
11          A.    Johnson.
12          Q.    Jay Johnson.  And he's in Atlanta?
13          A.    Not from Atlanta, no.
14          Q.    I mean, he lives in Atlanta?
15          A.    Yes.
16          Q.    Okay.  And Jay is J-A-Y?
17          A.    Yes.
18          Q.    Not like J period?
19          A.    Yes.
20                MR. MUSGRAVE:
21                All right, Miss Crawford.  Thank
22                you for your time.  I'll pass you
23                along.
24     EXAMINATION BY MR. FERRAND:
25          Q.    Miss Crawford, I'll be brief.  I'll

1    just have a few questions.  We met earlier.

2    My name is Brad Ferrand.  I represent one of

3    the defendants, The Service Companies, in

4    this lawsuit.

5            The bar area where you fell, and I

6    saw in the pictures, it looked like it was

7    just you and your party, you know, in the

8    photos.  Was the bar area, were there any

9    other people there right before you fell?

10       A.    The guy that's buffing and the

11   young lady.

12       Q.    Okay.  But nobody else?  The bar

13   was closed?

14       A.    Yes.  It was closed.

15       Q.    It was closed.  Okay.

16            The other night that you and your

17   party stayed at the Hyatt, had y'all had some

18   late nights when y'all got in a little late?

19       A.    Yes.

20       Q.    Okay.  Like around maybe 2:00 a.m.,

21   maybe around that time?

22       A.    We got in late just about every

23   night.  Tuesday not so late.  We actually sat

24   in that bar that kind of opens out into the

25   open bar area.

1    Q.    Yes.

2    A.    Wednesday night, not late at all.

3    Q.    Okay.  On the nights that you all

4  got back to the hotel late -- and when I say

5  late, are we talking like 2:00 a.m., around

6  maybe the time you fell on that Wednesday

7  night, I'm sorry, on that Thursday early

8  morning?

9    A.    Yeah.  There were some nights I

10  believe that we got in very late, yeah.

11    Q.    And when you all would get in,

12  would you pass by that bar area to go to --

13    A.    Yes.  We took the same path every

14  single time.

15    Q.    And on those other nights when you

16  all got in late, was that bar area closed

17  down as well or was it hopping, did it have

18  some action?

19    A.    At different times, yeah, there

20  were still people there.  There might have

21  been a couple times that it was completely

22  closed like it was.

23    Q.    Okay.  And on those other nights,

24  did you observe any type of like buffer man

25  or anybody buffing the floors?

```
 1        A.    No.  Just that one night.
 2        Q.    Just that one night.  Okay.  So
 3   that one night where you fell, you had
 4   testified earlier that -- I'm going to call
 5   him the buffer man, if that's okay.
 6        A.    Okay.
 7        Q.    He wasn't operating the buffing
 8   machine at all when you and your party were
 9   walking?
10        A.    No.  He and the young lady were
11   talking.
12        Q.    They were talking.
13        A.    Uh-huh.
14        Q.    Okay.  Did you hear the machine
15   operating or running at all?
16        A.    No, not at that moment.  No.  I
17   didn't hear it.  If it was running, I didn't
18   hear it.
19        Q.    And you didn't hear it prior to
20   your fall?
21        A.    No.
22        Q.    How was the floor condition, if you
23   can recall, from the elevator to the area
24   right before you had to turn into the bar
25   area?  Was it fine?  Did you notice anything
```

1    wrong with the floor?
2         A.    I didn't notice anything wrong.  It
3    was as it had been the previous five or six
4    days.
5         Q.    Okay.
6         A.    You know, it is marble.  It is a
7    very pretty floor, shiny floor.  No other
8    issues with the floor.
9         Q.    Okay.  Did you have any or do you
10   have any evidence or knowledge to suggest
11   that the man buffing the floor had buffed the
12   floor --
13        A.    In that area?
14        Q.    -- in that area prior?
15        A.    In that area, no, I don't know.
16        Q.    Do you have any knowledge to
17   suggest that the man buffing or the buffing
18   man who was there at the time that you fell
19   had already buffed the area where you fell?
20        A.    I don't know.
21        Q.    Okay.  If you wanted to continue
22   along the normal path, let's say, would it
23   have been physically possible for you to?  I
24   know you testified earlier that there was a
25   piece of machinery that was kind of blocking

1    we'll call it the walkway or the path, but if

2    you wanted to, could you have continued

3    around that piece of machinery or was your

4    only option to go in that bar area?

5        A.    I don't think we could have gotten

6    past it without -- I don't think we could

7    have gotten past it.  And then the bellhop

8    definitely wouldn't have been able to get

9    past it.

10       Q.    Right.  I understand the bellhop

11   might not have been able to, but you

12   physically, could you have gotten past that,

13   that area, and walked the normal route?

14       A.    Perhaps.  I don't know if I could

15   have squeezed through or if I could have

16   still gotten by.  I just know when I saw that

17   big thing, whatever that big machine was, I

18   just went around the other way.

19       Q.    So that was basically, you know, in

20   your mind, that triggered, hey, look, I can't

21   go this way, I'm going to go more towards the

22   bar area?

23       A.    Yes.  Yes.

24       Q.    Okay.  And you said earlier that

25   you guys got back to the hotel when the sun

```
 1    was going down.  Does that sound about right

 2    or it was basically dark?

 3         A.    I know that when we were in front

 4    of Harrah's it was starting to get dark.

 5         Q.    Okay.  And when you guys got back

 6    to the hotel and were walking to the

 7    elevators along this way by that bar area,

 8    was the bar open?  Did they have people

 9    sitting out by the bar, do you remember?

10         A.    Possibly.  I don't recall.

11         Q.    Okay.  That's fine.  Did you see

12    any other liquid on the floor, either by the

13    bar area or between the elevator and where

14    the buffing man was?

15         A.    I didn't.

16         Q.    Okay.  Either before your fall that

17    evening or right after your fall?

18         A.    I didn't.

19         Q.    Okay.  The buffing man's uniform,

20    you said it was dark.  And in the pictures it

21    looks like it was dark.  Did you see anything

22    else written on his uniform, like the name of

23    his company or anything like that?

24         A.    I didn't.  I didn't.

25               MR. FERRAND:
```

```
1              I think that's all the questions I
2              have.  Thank you.
3              MR. MUSGRAVE:
4              I'm done.
5    EXAMINATION BY MR. VILLAVASO:
6         Q.    I do have one thing I would like to
7    ask.  Okay.  There was a gentleman with a
8    buffer, correct?
9         A.    Yes.
10        Q.    I'm going to refer to him as the
11   buffer man or the buffer guy.
12        A.    Yes.
13        Q.    And outside of your party, there
14   was one female, correct, only?
15        A.    Yes.
16        Q.    In that location on the scene?
17        A.    Yes.
18        Q.    This is the one I'm looking for
19   (indicating).  I thought that was one person.
20              There is a female in Exhibit 2 that
21   is leaning over which appears to be wiping
22   the floor, correct?
23        A.    Yes.
24        Q.    And is that the only other female
25   that you saw on the scene?
```

```
 1        A.    It is.
 2        Q.    Okay.  Was there any -- at any
 3   point did you learn or did you hear from
 4   yourself any conversation between the lady in
 5   Exhibit 2 and Mr. Buffer Man?
 6        A.    Yes.
 7        Q.    Okay.  And what was that
 8   conversation?
 9        A.    Either Melanie or Mia said she's
10   over there fussing with him saying something
11   like, I told you to put that sign out.  And
12   then, I told you you should have put that
13   sign up.
14        Q.    Okay.  So either Mia or Melanie
15   told you that, correct?
16        A.    Correct.
17              MR. VILLAVASO:
18              No further questions.  I'm done.
19              MR. MUSGRAVE:
20              All right.  Thank you, Miss
21              Crawford.
22              I don't know if you want to read
23              and sign or whatever, but Branden
24              can talk to you about that.
25              (OFF THE RECORD)
```

1            MR. VILLAVASO:

2            We're okay.  And we're not going to

3            waive it this time.  We will let

4            her read it and sign it.

5

6

7

8        (Whereupon, the deposition was

9    concluded at this time.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

WITNESS CERTIFICATE

    I, **MILLICENT CRAWFORD,** do hereby
certify that the foregoing testimony was
given by me, and that the transcription of
said testimony, with corrections and/or
changes, if any, is true and correct as given
by me on the aforementioned date.


_____        _____
DATE SIGNED            WITNESS' SIGNATURE


_____ Signed with corrections as noted.

_____ Signed with no corrections noted.


DATE TAKEN: October 16, 2018

1                    <u>REPORTER'S CERTIFICATE</u>

2          I, MARGARET MCKENZIE, Certified Court
   Reporter, in and for the State of Louisiana,
3   as the officer before whom this testimony was
   taken, do hereby certify that **MILLICENT**
4   **CRAWFORD**, after having been first duly sworn
   by me upon authority of R. S. 37:2554, did
5   testify as hereinabove set forth in the
   foregoing 120 pages; that this testimony was
6   reported by me in the stenotype reporting
   method, was prepared and transcribed by me or
7   under my personal direction and supervision,
   and is a true and correct transcript, to the
8   best of my ability and understanding; that
   the transcript has been prepared in
9   compliance with transcript format guidelines
   required by statute or by rules of the board;
10   that I have acted in compliance with the
   prohibition on contractual relationships, as
11   defined by Louisiana Code of Civil Procedure
   Article 1434, and in rules and advisory
12   opinions of the board; that I am not related
   to counsel or to the parties herein, nor am I
13   otherwise interested in the outcome of this
   matter.

14

15

16        MARGARET MCKENZIE, CCR, RPR, RMR, CRR
         CERTIFIED COURT REPORTER
17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 31:24
**$6,500** [1] - 15:16

## '

**'04** [3] - 25:19, 25:22, 26:7
**'07** [3] - 25:21, 40:9, 40:11
**'09** [1] - 38:24
**'10** [1] - 38:24
**'14** [1] - 14:25
**'15** [2] - 40:23, 40:24
**'16** [2] - 15:15, 21:2
**'17** [5] - 21:2, 21:5, 89:14, 90:1, 90:11
**'18** [5] - 13:15, 14:25, 21:5, 90:5, 90:15
**'90s** [1] - 38:6

## 1

**1** [6] - 75:2, 75:4, 76:16, 77:8, 78:22, 79:12
**1**................................
  [1] - 3:19
**10** [2] - 9:12, 10:14
**10:00** [1] - 1:14
**10th** [1] - 9:14
**11** [1] - 6:3
**12** [2] - 8:9, 30:4
**120** [1] - 121:5
**1434** [1] - 121:11
**15** [1] - 10:16
**1515** [1] - 1:23
**16** [1] - 120:20
**16th** [1] - 1:14
**19** [1] - 38:6
**1965** [1] - 7:15
**1987** [2] - 13:12, 17:9
**1:00** [1] - 87:23

## 2

**2** [16] - 2:5, 5:14, 13:11, 28:20, 41:24, 42:6, 42:10, 44:18, 46:3, 73:24, 77:22, 77:24, 79:11, 117:20, 118:5
**2**................................
  [1] - 3:20
**2001** [1] - 40:24
**2002** [1] - 40:25
**2004** [6] - 6:1, 26:22, 28:11, 32:22, 33:3, 34:5
**2005** [1] - 17:9
**2006** [1] - 40:25
**2007** [12] - 6:1, 6:2, 25:3, 26:6, 26:9, 26:14, 26:20, 28:12, 32:23, 33:11, 34:5
**2008** [1] - 18:3
**2011** [1] - 41:1
**2014** [2] - 13:11, 13:14
**2016** [1] - 8:14
**2017** [9] - 5:14, 24:3, 28:20, 34:2, 36:24, 37:1, 44:18, 46:3, 91:6
**2018** [6] - 1:14, 10:14, 12:1, 30:15, 91:1, 120:20
**22** [4] - 89:8, 90:1, 90:5, 91:1
**2380** [1] - 1:23
**24** [1] - 43:21
**24th** [2] - 42:15
**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** [1] - 7:19
**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** [1] - 7:17
**2:00** [7] - 46:3, 49:1, 49:2, 49:14, 50:21, 111:20, 112:5
**2:18-CV-3847** [1] - 1:4
**2nd** [2] - 47:5, 47:6

## 3

**3** [3] - 79:20, 79:25, 88:3
**3**................................
  [1] - 3:21
**30** [1] - 55:18
**30096** [3] - 1:13, 5:3, 7:13
**3139** [2] - 1:12, 5:2, 7:10
**32** [1] - 11:18
**37:2554** [1] - 121:4
**3rd** [1] - 42:12

## 4

**4** [3] - 81:3, 81:5, 90:8
**4**................................
  [1] - 3:22
**40** [2] - 10:1, 55:18
**406** [1] - 2:5
**4671** [1] - 7:18
**4th** [2] - 88:11, 89:5

## 5

**5** [4] - 3:6, 82:6, 82:10, 82:19
**5**................................
  [1] - 3:23
**53** [1] - 100:1
**5:00** [1] - 73:25
**5k** [1] - 108:10

## 6

**6** [4] - 7:15, 82:7, 82:10, 82:13
**6**................................
  [1] - 3:24
**631** [2] - 1:13, 1:19

## 7

**70112** [1] - 1:23
**70130** [1] - 1:19
**70433** [1] - 2:6
**72** [2] - 15:2, 15:4
**75** [3] - 3:19, 15:2, 15:5
**75,000** [1] - 15:3
**77** [1] - 3:20
**79** [1] - 3:21

## 8

**8** [2] - 51:24, 52:3
**81** [1] - 3:22
**82** [2] - 3:23, 3:24

## 9

**9** [2] - 9:12, 10:13
**90** [1] - 15:24
**93,000** [1] - 16:9
**95,000** [1] - 16:8
**9:00** [1] - 47:4
**9th** [1] - 9:14

## A

**a.m** [1] - 1:14, 46:3, 49:1, 49:2, 49:14, 50:21, 73:24, 74:1, 87:23, 111:20, 112:5
**aaaah** [1] - 69:22
**ability** [1] - 121:8
**able** [24] - 12:14, 21:23, 36:1, 36:5, 36:7, 39:23, 56:25, 62:2, 62:5, 76:15, 85:17, 92:6, 92:25, 95:10, 96:5, 97:3, 98:15, 99:24, 100:3, 100:16, 101:10, 109:4, 115:8, 115:11
**above-mentioned** [1] - 5:4
**absolutely** [1] - 105:5
**absolution** [1] - 105:8
**abuse** [2] - 41:11, 41:13
**accident** [41] - 5:13, 8:17, 8:20, 10:18, 25:3, 25:6, 25:14, 25:21, 26:6, 26:9, 26:20, 26:22, 27:5, 27:10, 28:19, 29:20, 30:22, 30:25, 31:1, 33:11, 33:21, 34:2, 35:10, 35:18, 38:5, 38:13, 40:11, 40:20, 41:18, 41:24, 42:5, 46:2, 73:7, 76:13, 83:4, 84:4, 90:19, 92:21, 93:4, 93:16, 105:5
**accidents** [10] - 5:24, 25:17, 26:17, 28:11, 28:16, 32:22, 33:15, 34:1, 34:5, 40:8
**accordance** [1] - 4:7
**according** [1] - 64:4
**accurately** [1] - 85:11
**acted** [1] - 121:10
**ACTION** [1] - 1:4
**action** [1] - 112:18
**active** [1] - 105:15
**activities** [1] - 105:3
**actual** [3] - 19:2, 63:15, 64:9
**address** [1] - 7:9
**admin** [2] - 21:16, 24:6
**administering** [1] - 4:25
**administrative** [1] - 21:19
**administrator** [1] - 20:19
**admit** [1] - 102:8
**advised** [1] - 5:15
**advisory** [1] - 121:11
**affiliated** [1] - 87:15
**aforementioned** [2] - 4:4, 120:9
**age** [1] - 100:1
**agency** [2] - 9:2, 9:19
**ago** [4] - 6:3, 24:8, 37:1, 100:6
**agree** [2] - 39:8, 99:21
**agreed** [1] - 4:2
**ahead** [3] - 51:9, 55:13, 56:15
**aid** [2] - 96:16, 97:8
**airplane** [1] - 103:18
**Airport** [2] - 106:21, 106:22
**aisle** [1] - 58:13
**Albany** [1] - 17:13
**alcohol** [2] - 41:10, 67:18
**alcoholic** [1] - 47:14
**all-nighter** [1] - 48:23
**allow** [1] - 62:18
**almost** [2] - 12:22, 104:1
**alternate** [3] - 54:16, 56:12, 61:25
**Alternate** [1] - 96:6
**ambulance** [6] - 73:19, 87:18, 87:21, 87:22, 88:5
**America** [1] - 16:24
**amount** [1] - 11:22
**AND** [1] - 1:8
**Andre** [1] - 97:15
**angle** [5] - 56:21, 57:3, 60:10, 60:11, 62:4
**ankle** [18] - 27:25, 28:1, 28:25, 91:7, 91:8, 91:12, 91:14, 91:18, 91:22, 92:4, 92:8, 92:10, 92:14, 94:9, 94:13, 94:25, 98:21, 103:1
**ankles** [1] - 99:25
**announce** [1] - 24:8
**announcement** [1] - 12:18
**answer** [4] - 4:15, 6:22, 39:23
**answers** [3] - 5:16, 6:9, 83:21
**anyway** [4] - 6:25, 16:3, 77:20, 85:10
**apologize** [1] - 98:20
**APPEARANCES** [2] - 1:16, 2:1
**application** [1] - 21:1
**appointment** [1] - 97:25
**appointments** [1] - 37:3
**approaching** [3] - 54:23, 63:7, 66:20
**April** [2] - 21:2, 24:3
**area** [43] - 31:10, 39:15, 40:14, 52:3,

52:9, 52:17, 54:23, 57:8, 57:17, 59:7, 60:14, 61:22, 62:22, 63:6, 63:9, 64:8, 65:18, 65:21, 67:1, 71:9, 78:17, 83:15, 85:1, 85:11, 88:20, 106:19, 107:23, 111:5, 111:8, 111:25, 112:12, 112:16, 113:23, 113:25, 114:13, 114:14, 114:15, 114:19, 115:4, 115:13, 115:22, 116:7, 116:13
**areas** [1] - 26:13
**ARES** [1] - 1:7
**Ariane** [1] - 86:10
**arms** [2] - 31:14, 31:16
**arrangements** [2] - 107:20
**arrived** [4] - 42:2, 42:13, 50:10, 73:19
**arrow** [2] - 63:21, 64:1
**Article** [1] - 121:11
**as-needed** [1] - 103:6
**Ash** [2] - 46:12, 46:25
**ashes** [1] - 46:15
**assessment** [1] - 101:2
**assist** [1] - 23:10
**assistance** [1] - 106:21
**Assistance** [1] - 23:7
**assistant** [1] - 21:16
**associate's** [1] - 18:5
**associated** [1] - 57:20
**assume** [1] - 72:7
**AT&T** [13] - 10:16, 11:13, 12:2, 13:10, 13:12, 16:5, 16:7, 16:9, 16:10, 17:9, 17:15, 18:3, 19:21
**Atlanta** [19] - 17:18, 17:19, 19:13, 19:15, 24:9, 27:2, 43:6, 47:3, 47:11, 68:17, 74:2, 86:19, 87:5, 87:7, 87:8, 106:21, 110:12, 110:13, 110:14
**Atlanta/Decatur** [1] - 26:25
**attached** [1] - 85:10
**attend** [1] - 43:18
**attorney** [1] - 37:23
**Attorney** [3] - 1:20, 1:24, 2:6
**August** [2] - 11:4, 96:4

**authority** [1] - 121:4
**auto** [1] - 25:2
**available** [1] - 95:15
**Avenue** [2] - 1:13, 1:19
**avoiding** [1] - 80:16
**aware** [3] - 84:25, 85:3, 85:4
**awhile** [1] - 30:21

**B**

**BA** [1] - 18:7
**backed** [1] - 17:10
**background** [3] - 7:8, 17:6, 18:17
**backing** [1] - 21:5
**backtracking** [1] - 62:2
**bad** [2] - 38:15, 88:20
**bags** [1] - 84:13
**bait** [1] - 15:19
**balance** [2] - 100:14, 100:17
**Ball** [1] - 43:20
**ball** [1] - 44:11
**bar** [50] - 51:10, 52:3, 52:9, 52:12, 52:18, 52:24, 57:8, 58:6, 58:11, 60:19, 60:23, 61:2, 61:6, 61:10, 63:10, 63:15, 64:2, 64:6, 64:8, 64:9, 64:18, 64:19, 64:21, 64:24, 64:25, 65:7, 65:8, 65:10, 65:13, 71:13, 71:18, 77:6, 100:12, 100:13, 111:5, 111:8, 111:12, 111:24, 111:25, 112:12, 112:16, 113:24, 115:4, 115:22, 116:7, 116:8, 116:9, 116:13
**bare** [1] - 21:9
**basketball** [2] - 99:25, 108:2
**bathroom** [1] - 100:10
**bear** [1] - 106:24
**beard** [1] - 79:17
**become** [2] - 14:15, 14:16
**began** [1] - 13:14
**begin** [1] - 61:1
**beginning** [2] - 18:22, 64:5
**behavioral** [1] - 104:22

**behind** [10] - 38:6, 50:5, 55:8, 56:16, 66:6, 66:9, 69:11, 75:16, 75:19, 79:2
**believes** [1] - 16:23
**Bell** [1] - 17:19
**bellhop** [2] - 115:7, 115:10
**bellman** [6] - 49:25, 50:3, 54:22, 55:7, 61:19, 72:12
**BellSouth** [3] - 13:12, 17:16, 17:18
**belong** [1] - 29:6
**bend** [2] - 100:4, 106:1
**bending** [1] - 78:10
**benefits** [3] - 16:11, 104:10, 104:12
**bent** [1] - 86:15
**best** [4] - 81:14, 81:18, 98:15, 121:8
**better** [11] - 31:19, 82:24, 89:24, 92:1, 92:5, 94:17, 99:21, 99:24, 101:1, 101:6, 102:4
**between** [17] - 4:3, 10:20, 11:6, 11:10, 14:10, 14:24, 25:17, 61:2, 61:5, 64:8, 71:10, 71:13, 77:6, 81:25, 82:1, 116:13, 118:4
**big** [11] - 44:2, 77:15, 80:7, 80:9, 80:12, 80:14, 80:18, 86:25, 101:7, 115:17
**bigger** [2] - 78:21, 80:5
**Bike** [1] - 105:24
**bike** [2] - 105:25, 106:1
**biking** [1] - 108:12
**bills** [1] - 11:19
**Billy** [10] - 45:23, 46:1, 55:4, 55:5, 74:8, 74:14, 75:17, 78:7, 79:3, 84:23
**bird's** [1] - 58:9
**bird's-eye** [1] - 58:9
**birth** [1] - 7:15
**bit** [12] - 10:13, 16:13, 50:14, 51:18, 60:9, 90:14, 93:6, 93:8, 96:14, 100:2, 103:16, 104:4
**blanket** [1] - 84:16
**Block** [2] - 51:25, 52:4
**blockade** [1] - 80:23

**blocked** [1] - 57:15
**blocking** [3] - 51:11, 80:8, 114:25
**blood** [1] - 71:24
**Blue** [6] - 37:6, 37:7, 97:23, 98:3
**board** [2] - 121:9, 121:12
**Bobbing** [1] - 93:5
**bobbing** [3] - 94:3, 94:5, 94:6
**body** [5] - 26:13, 31:11, 40:19, 71:17, 91:5
**BOLLINGER** [1] - 2:4
**bono** [1] - 23:22
**bonuses** [4] - 15:10, 15:12, 15:17, 15:19
**Book** [1] - 108:16
**books** [1] - 24:11
**bothering** [1] - 37:9
**bottom** [3] - 68:9, 68:10, 91:11
**bought** [2] - 48:11, 68:21
**boutique** [1] - 48:10
**boyfriend** [2] - 109:16, 110:1
**brace** [5] - 86:23, 86:25, 91:19, 92:10, 102:11
**braces** [1] - 102:17
**Brad** [2] - 2:5, 111:2
**Branden** [3] - 1:13, 1:18, 118:23
**break** [2] - 70:13, 70:23
**breaking** [1] - 70:11
**brief** [1] - 110:25
**briefly** [1] - 17:7
**broken** [1] - 56:8
**brought** [3] - 11:18, 11:23, 15:14
**BROWN** [1] - 1:6
**bucks** [2] - 30:3, 30:4
**budget** [1] - 18:25
**buffed** [2] - 114:11, 114:19
**buffer** [22] - 53:10, 54:15, 54:17, 54:23, 56:12, 56:22, 57:6, 57:22, 58:1, 59:23, 60:3, 60:13, 61:14, 61:22, 62:3, 62:21, 80:3, 112:24, 113:5, 117:8, 117:11
**Buffer** [2] - 58:5, 118:5
**buffers** [1] - 54:8

**buffing** [14] - 51:7, 51:14, 51:21, 53:2, 57:5, 62:25, 111:10, 112:25, 113:7, 114:11, 114:17, 116:14, 116:19
**building** [2] - 44:2, 44:3
**bumped** [2] - 15:8, 71:20
**Burnette** [1] - 86:10
**Business** [1] - 18:2
**business** [15] - 14:1, 14:6, 14:16, 18:6, 18:11, 20:11, 20:15, 20:21, 22:13, 22:18, 22:22, 22:24, 23:16, 23:19, 24:23
**buy** [1] - 48:17
**BY** [14] - 2:10, 3:4, 5:6, 20:3, 44:10, 75:5, 77:25, 80:1, 81:6, 82:12, 83:1, 109:5, 110:24, 117:5

**C**

**calmed** [1] - 90:13
**cancel** [1] - 29:22
**cane** [3] - 96:18, 96:20, 96:22
**cannot** [2] - 105:5, 105:9
**car** [11] - 5:23, 25:20, 32:22, 34:5, 40:7, 48:19, 49:16, 87:17, 87:19, 97:5, 97:8
**Car** [1] - 38:5
**cardio** [1] - 31:13
**care** [7] - 22:25, 23:2, 28:21, 35:5, 48:1, 97:10, 99:13
**Carolina** [1] - 17:22
**carrier** [1] - 87:15
**cart** [1] - 80:13
**case** [2] - 5:11, 14:4
**cast** [1] - 86:23
**catch** [2] - 87:3, 87:4
**caused** [1] - 67:4
**caution** [1] - 57:13
**CCR** [2] - 2:11, 121:16
**celebrations** [1] - 43:19
**cell** [1] - 66:18
**cemetery** [1] - 100:7
**Center** [1] - 73:20
**certainly** [1] - 27:11
**CERTIFICATE** [1] - 120:1, 121:1

**certification** [1] - 4:11
**Certified** [3] - 2:12, 4:22, 121:2
**CERTIFIED** [1] - 121:16
**certify** [2] - 120:5, 121:3
**Chain** [1] - 9:4
**chair** [5] - 71:18, 75:18, 79:1, 79:8, 79:9
**chairs** [10] - 52:16, 62:9, 62:11, 63:6, 63:9, 64:13, 64:15, 65:18, 65:20, 83:14
**Chamblee** [1] - 38:12
**chance** [1] - 68:22
**changed** [1] - 51:8
**changes** [1] - 120:8
**chapter** [1] - 108:8
**Charles** [2] - 1:13, 1:19
**checked** [1] - 73:22
**childhood** [1] - 18:4
**children** [1] - 8:7
**chill** [1] - 46:25
**Choice** [1] - 22:20
**Church** [1] - 108:18
**circle** [4] - 60:2, 77:10, 82:13, 83:2
**circles** [1] - 77:12
**citations** [2] - 21:19, 21:20
**Citizens** [1] - 22:20
**citizens** [1] - 22:25
**city** [2] - 25:10, 46:24
**Civil** [2] - 4:6, 121:11
**CIVIL** [1] - 1:4
**classes** [1] - 17:23
**cleaning** [7] - 57:21, 62:18, 62:22, 78:18, 80:19, 80:23, 86:9
**Cleaning** [1] - 67:22
**clear** [6] - 51:4, 53:9, 54:11, 67:11, 77:19, 77:21
**Clear** [1] - 67:9
**clearly** [1] - 39:14
**click** [1] - 88:3
**clicking** [1] - 46:6
**clients** [2] - 21:9, 23:22
**clinic** [1] - 48:1
**close** [5] - 16:19, 17:1, 36:4, 48:7, 81:1
**closed** [5] - 111:13, 111:14, 111:15, 112:16, 112:22
**closest** [2] - 31:25,

87:13
**clothing** [1] - 68:4
**club** [3] - 108:16, 108:18
**clubs** [4] - 29:7, 108:14, 108:15
**CMR** [1] - 2:11
**CNA** [4] - 20:16, 23:9, 23:14, 24:14
**Code** [1] - 121:11
**coffee** [1] - 55:23
**college** [4] - 17:8, 17:10, 17:14, 17:20
**color** [1] - 77:18
**Colors** [1] - 53:23
**colors** [1] - 53:24
**comfort** [1] - 103:16
**comfortable** [1] - 88:1
**coming** [13] - 43:13, 43:14, 45:5, 45:14, 50:10, 56:25, 58:16, 65:6, 70:7, 70:24, 71:17, 76:20, 105:17
**commission** [1] - 15:8
**commitments** [1] - 44:13
**communication** [1] - 84:10
**Companies** [2] - 2:7, 111:3
**COMPANY** [1] - 1:9
**company** [1] - 116:23
**compensation** [2] - 24:19, 24:24
**complaints** [4] - 28:15, 44:19, 44:23, 85:5
**complected** [1] - 50:15
**completely** [4] - 6:21, 22:5, 57:25, 112:21
**compliance** [5] - 21:25, 22:2, 22:5, 121:9, 121:10
**compliant** [1] - 98:24
**complies** [1] - 65:22
**computer** [1] - 14:19
**concluded** [1] - 119:9
**condition** [1] - 113:22
**conditions** [2] - 44:20, 85:6
**cone** [1] - 78:23
**cones** [1] - 57:11
**confined** [1] - 35:19
**confused** [1] - 107:3
**consciousness** [2] - 71:21, 71:22
**consent** [1] - 34:22
**consider** [1] - 97:20

**considered** [1] - 26:25
**considering** [1] - 69:9
**continue** [3] - 94:20, 108:23, 114:21
**continued** [2] - 2:1, 115:2
**continuing** [1] - 100:24
**contract** [3] - 9:19, 15:20, 15:22
**contract-to-permanent** [1] - 15:22
**contracting** [1] - 9:2
**contractual** [1] - 121:10
**conversation** [3] - 66:3, 118:4, 118:8
**conversational** [1] - 6:20
**convicted** [1] - 41:8
**cope** [1] - 37:14
**coping** [1] - 35:14
**Copper** [1] - 92:14
**corporate** [2] - 9:7, 16:23
**CORPORATION** [1] - 1:7
**Corporation** [1] - 5:11
**correct** [21] - 7:12, 20:6, 22:9, 32:24, 33:4, 46:3, 61:13, 64:2, 66:24, 74:11, 88:17, 89:22, 104:7, 107:2, 107:5, 117:8, 117:14, 117:22, 118:15, 120:8, 121:7
**Correct** [4] - 29:5, 61:18, 107:4, 118:16
**corrected** [1] - 22:10
**corrections** [4] - 21:23, 120:7, 120:16, 120:17
**costs** [1] - 18:25
**counsel** [2] - 4:3, 121:12
**counseling** [2] - 37:8, 104:22
**County** [1] - 38:11
**couple** [14] - 16:19, 21:17, 21:19, 27:23, 29:16, 41:3, 45:17, 48:11, 48:18, 96:4, 100:6, 101:11, 103:24, 112:21
**courses** [1] - 17:20
**court** [2] - 5:4, 6:10
**COURT** [2] - 1:1, 121:16

**Court** [3] - 2:12, 4:22, 121:2
**cousins** [2] - 45:17, 45:19
**Covington** [1] - 2:6
**crack** [1] - 71:7
**cracked** [1] - 70:10
**crafts** [1] - 11:7
**Crawford** [7] - 5:7, 7:3, 30:12, 105:3, 110:21, 110:25, 118:21
**CRAWFORD** [5] - 1:4, 1:12, 5:1, 120:4, 121:4
**Crawford's** [1] - 98:13
**credits** [2] - 17:11, 17:17
**crime** [1] - 41:8
**critical** [1] - 19:4
**Cross** [3] - 37:6, 97:23, 98:3
**crowds** [1] - 47:22
**CRR** [2] - 2:11, 121:16
**crutches** [1] - 102:18
**current** [1] - 97:20
**curves** [1] - 56:23
**customer** [2] - 14:8, 14:11
**customers** [1] - 14:10
**cut** [3] - 68:12, 68:16, 68:18
**cutting** [1] - 61:2
**cyst** [2] - 40:25, 41:1
**cysts** [1] - 40:25

**D**

**dance** [6] - 93:2, 93:5, 93:11, 93:25, 94:1, 94:2
**danced** [3] - 93:4, 93:16, 93:23
**dancing** [3] - 93:5, 93:9, 94:2
**DANIEL** [1] - 1:8
**dark** [6] - 49:7, 53:24, 116:2, 116:4, 116:20, 116:21
**DATE** [2] - 120:12, 120:20
**date** [7] - 7:15, 29:18, 33:21, 41:19, 42:4, 42:6, 120:9
**days** [5] - 15:24, 27:23, 85:20, 102:13, 114:4
**deal** [2] - 15:25, 96:18
**dealing** [3] - 19:3,

34:15, 35:13
**Decatur** [1] - 27:3
**December** [8] - 12:19, 13:11, 13:14, 14:25, 89:14, 89:25, 90:1, 90:10
**decided** [3] - 57:7, 60:16, 61:14
**decision** [2] - 13:3, 56:11
**deem** [1] - 21:24
**Defendant** [1] - 2:6
**defendants** [2] - 5:10, 111:3
**Defendants** [1] - 1:24
**defined** [1] - 121:11
**definitely** [1] - 115:8
**deformed** [1] - 89:15
**deformity** [1] - 89:23
**degree** [1] - 18:5
**degrees** [1] - 17:24
**DeKalb** [1] - 38:11
**Delta** [1] - 108:7
**deposed** [1] - 33:10
**Deposition** [1] - 1:12
**deposition** [4] - 4:4, 4:16, 5:18, 119:8
**Depot** [17] - 9:1, 9:3, 9:5, 9:18, 9:21, 9:23, 10:15, 15:18, 15:21, 16:4, 16:7, 19:11, 20:4, 32:17, 34:11, 34:16, 99:10
**describe** [2] - 63:14, 67:8
**described** [1] - 69:22
**describing** [1] - 80:3
**desk** [2] - 51:13, 59:16
**determined** [1] - 96:23
**developing** [1] - 18:21
**development** [1] - 18:17
**device** [2] - 96:16, 97:4
**diagram** [6] - 58:20, 59:21, 59:22, 62:7, 63:4, 63:5
**different** [9] - 12:5, 45:8, 58:1, 60:22, 61:15, 62:4, 77:14, 82:3, 112:19
**difficult** [2] - 6:24, 95:12
**dinner** [1] - 48:5
**direction** [9] - 54:8, 58:1, 59:9, 61:15, 61:20, 63:20, 63:23, 91:12, 121:7
**directions** [1] - 51:8

disc [3] - 38:24, 39:2, 39:4
discarded [1] - 68:18
discouraging [1] - 102:3
disfigured [2] - 12:8, 35:25
dislocated [1] - 91:15
distance [1] - 106:20
distinct [1] - 67:25
distinguish [3] - 81:25, 82:1, 85:14
distinguishing [2] - 50:12, 64:8
DISTRICT [2] - 1:1, 1:1
docking [1] - 101:18
doctor [11] - 29:2, 34:17, 39:25, 40:1, 88:19, 89:17, 94:14, 94:15, 98:12, 101:11, 104:23
doctor's [1] - 40:2
doctors [6] - 28:16, 87:8, 94:24, 95:4, 97:9, 99:5
dollars [1] - 10:6
dollies [1] - 50:24
Dome [1] - 51:4
done [6] - 36:10, 38:24, 94:19, 108:11, 117:4, 118:18
down [46] - 6:10, 6:22, 46:24, 51:5, 51:12, 51:13, 58:13, 58:14, 59:2, 59:15, 59:18, 59:19, 60:8, 61:21, 66:21, 68:11, 68:23, 69:23, 70:7, 70:20, 71:2, 71:6, 72:17, 72:20, 75:18, 77:19, 78:10, 79:4, 79:9, 82:4, 83:14, 90:14, 95:6, 100:19, 101:13, 101:15, 101:19, 105:12, 105:21, 107:15, 107:17, 107:21, 112:17, 116:1
downstairs [1] - 95:19
Dr [9] - 97:12, 97:16, 97:17, 97:19, 97:25, 98:2, 98:10, 98:14, 104:15
dragging [1] - 104:1
Drago's [5] - 46:18, 46:20, 47:13, 48:4, 48:7
Draw [1] - 58:8
draw [3] - 59:8, 63:11, 64:12
drawing [1] - 60:2
drawn [3] - 45:7, 59:25, 78:21
drill [2] - 107:12, 107:19
drink [4] - 46:22, 47:14, 47:16, 55:20
drive [3] - 42:21, 49:21, 87:17
dropped [1] - 37:25
drove [2] - 42:22, 47:11
drug [1] - 41:13
Duluth [6] - 1:12, 5:2, 7:11, 25:11, 26:23, 38:10
duly [2] - 5:3, 121:4
During [1] - 90:22
during [6] - 10:23, 14:24, 47:18

E

e-mail [1] - 66:16
early [6] - 15:18, 18:4, 38:6, 47:2, 48:25, 112:7
earn [1] - 11:7
ease [1] - 103:21
easiest [1] - 89:1
easing [1] - 103:19
EASTERN [1] - 1:1
eat [1] - 48:4
eating [1] - 52:12
education [1] - 18:5
educational [1] - 17:6
effects [2] - 27:17, 33:25
efficient [1] - 14:16
effort [1] - 21:4
eight [1] - 49:8
Either [4] - 28:5, 58:10, 116:16, 118:9
either [8] - 33:15, 34:1, 47:20, 61:5, 71:18, 87:16, 116:12, 118:14
elevator [7] - 57:1, 58:19, 58:23, 59:3, 76:19, 113:23, 116:13
elevators [5] - 51:3, 51:4, 59:6, 76:21, 116:7
Eleven [1] - 8:9
elsewhere [1] - 45:14
embarrass [1] - 106:12

emergency [1] - 87:9
emphasis [1] - 94:21
emphasized [1] - 95:8
employed [2] - 8:23, 10:15
employee [2] - 15:20, 24:13
employees [1] - 24:22
employment [1] - 22:5
end [6] - 7:18, 18:22, 27:4, 64:18, 65:3
ended [6] - 13:14, 25:5, 25:20, 28:12, 45:17, 91:17
engaged [1] - 66:2
enhanced [1] - 14:12
enhancing [1] - 14:1
entail [1] - 46:10
entire [2] - 42:18, 51:17
equipment [5] - 53:4, 60:14, 80:9, 80:20, 80:24
escalator [5] - 58:14, 59:15, 59:19, 61:21, 66:21
escalators [1] - 51:13
Esquire [3] - 1:18, 1:22, 2:5
evening [2] - 46:17, 116:17
event [2] - 43:17, 43:23
evidence [2] - 4:18, 114:10
exact [1] - 29:17
Exactly [1] - 50:25
exactly [6] - 17:5, 27:1, 27:2, 49:1, 50:9, 70:2
EXAMINATION [13] - 3:4, 5:6, 20:3, 44:10, 75:5, 77:25, 80:1, 81:6, 82:12, 83:1, 109:5, 110:24, 117:5
example [2] - 99:20, 102:5
examples [1] - 23:24
except [1] - 81:2
excluding [1] - 34:6
exclusive [2] - 26:20, 32:4
excruciating [1] - 100:9
exercise [2] - 105:14, 106:6
exhibit [1] - 77:22
Exhibit [24] - 3:19, 3:20, 3:21, 3:22,

3:23, 3:24, 75:2, 75:4, 76:16, 77:8, 77:24, 78:21, 79:11, 79:20, 79:25, 81:3, 81:5, 82:10, 82:13, 82:19, 117:20, 118:5
EXHIBITS [1] - 3:17
exiting [1] - 58:19
expect [1] - 22:5
express [1] - 34:22
extremity [3] - 28:22, 38:19, 97:11
eye [2] - 49:5, 58:9

F

facility [1] - 36:13
fact [1] - 76:11
Fair [2] - 11:5, 52:11
fair [3] - 27:21, 57:19, 101:2
fall [17] - 27:14, 28:2, 30:14, 44:17, 45:20, 61:11, 67:5, 70:23, 70:25, 79:7, 85:12, 86:4, 90:23, 91:6, 113:20, 116:16, 116:17
falling [4] - 71:1, 71:2, 71:16, 85:1
familiar [1] - 86:11
far [7] - 25:11, 46:20, 65:5, 77:21, 95:2, 99:18, 99:19
farm [2] - 108:19, 109:3
fashion [2] - 17:14, 90:19
features [1] - 50:12
February [1] - 43:21
Federal [1] - 4:5
feet [3] - 93:12, 94:5, 96:6
fell [25] - 27:16, 54:11, 62:1, 63:4, 63:17, 64:6, 64:14, 65:25, 66:11, 66:24, 69:3, 70:3, 71:9, 79:9, 82:15, 83:22, 85:7, 86:1, 111:5, 111:9, 112:6, 113:3, 114:18, 114:19
felt [4] - 17:2, 17:4, 17:5, 36:9
female [4] - 86:17, 117:14, 117:20, 117:24
Ferrand [2] - 2:5, 111:2

FERRAND [2] - 110:24, 116:25
FERRAND.................
...........110 [1] - 3:8
festivities [1] - 47:18
few [11] - 17:11, 17:17, 17:20, 17:23, 24:7, 32:11, 51:8, 55:13, 90:2, 103:20, 111:1
fibroids [1] - 40:24
figure [1] - 101:23
file [4] - 33:4, 34:8, 109:23, 110:7
filed [5] - 32:24, 34:6, 34:24, 37:19, 38:3
filing [2] - 4:11, 34:9
filled [1] - 69:19
final [1] - 21:10
finally [1] - 73:19
fine [3] - 81:17, 113:25, 116:11
finger [1] - 76:17
finish [2] - 6:21, 17:8
finished [1] - 17:8
fire [2] - 107:12, 107:19
firm [1] - 44:12
first [10] - 5:3, 42:1, 42:9, 70:1, 82:6, 83:10, 97:13, 97:18, 105:7, 121:4
Fitness [9] - 29:10, 29:14, 30:8, 30:16, 30:20, 31:21, 31:22, 31:23, 32:15
five [6] - 12:6, 16:10, 16:17, 55:9, 81:11, 114:3
fix [1] - 88:22
flight [2] - 87:3, 87:4
flights [2] - 107:18
flip [8] - 56:1, 56:2, 56:3, 56:6, 81:8, 81:21, 82:4, 82:15
flip-flops [4] - 56:1, 56:2, 56:3, 56:6
floor [34] - 51:24, 53:5, 54:2, 54:5, 54:12, 57:10, 57:21, 63:16, 65:2, 65:8, 67:7, 69:4, 72:19, 73:10, 73:13, 76:9, 76:25, 77:2, 77:8, 78:18, 78:23, 82:15, 94:1, 95:19, 101:14, 113:22, 114:1, 114:7, 114:8, 114:11, 114:12, 116:12, 117:22
floors [5] - 51:14,

53:2, 85:6, 86:5, 112:25

**flop** [3] - 81:21, 82:4, 82:15
**flops** [5] - 56:1, 56:2, 56:3, 56:6, 81:8
**Florida** [1] - 2:5
**floss** [1] - 93:13
**Floss** [1] - 93:14
**fly** [1] - 42:21
**folks** [3] - 14:2, 23:4, 45:2
**follow** [2] - 37:24
**following** [1] - 40:11
**follows** [1] - 5:5
**foot** [7] - 70:4, 70:5, 70:8, 70:18, 96:1, 96:2
**footwear** [1] - 55:24
**force** [2] - 12:3, 101:8
**foregoing** [2] - 120:5, 121:5
**forehead** [1] - 46:16
**form** [1] - 4:14
**formalities** [2] - 4:8, 4:10
**format** [1] - 121:9
**forth** [1] - 121:5
**forward** [1] - 41:17
**four** [6] - 22:10, 38:2, 55:2, 69:10, 69:15, 74:7
**frame** [2] - 30:14, 96:4
**free** [1] - 44:15
**freely** [1] - 36:11
**freeze** [1] - 29:25
**Friday** [7] - 42:3, 42:11, 42:12, 42:15, 88:4, 88:12
**friend** [1] - 42:22
**friend's** [1] - 110:2
**friends** [3] - 45:13, 55:2, 97:6
**front** [8] - 39:18, 48:9, 51:13, 56:13, 62:3, 62:6, 70:19, 116:3
**full** [4] - 7:2, 9:24, 10:1, 13:13
**full-time** [1] - 13:13
**fun** [1] - 107:24
**funeral** [1] - 100:6
**funny** [1] - 86:14
**Furman** [1] - 17:23
**fusion** [2] - 39:16, 40:18
**fussing** [1] - 118:10
**future** [2] - 98:14, 98:18

**G**

**Gallier** [2] - 44:6, 44:8
**gambling** [1] - 48:13
**games** [1] - 108:3
**gap** [1] - 69:19
**garage** [3] - 49:19, 105:17, 106:8
**gardening** [1] - 108:16
**Gaucher** [1] - 44:2
**gear** [1] - 104:3
**general** [5] - 13:24, 65:21, 67:1, 85:1, 105:1
**gentleman** [8] - 50:16, 53:1, 54:16, 55:3, 75:21, 79:11, 79:13, 117:7
**gentleman's** [1] - 76:7
**Georgia** [15] - 1:12, 5:2, 7:11, 13:7, 21:11, 21:17, 22:14, 24:10, 25:8, 38:8, 38:9, 41:19, 84:2, 88:25, 108:20
**getter** [1] - 35:16
**girl** [5] - 53:19, 53:21, 78:13, 78:14, 86:12
**given** [3] - 5:18, 120:6, 120:8
**glasses** [1] - 79:16
**go-getter** [1] - 35:16
**goal** [2] - 49:13, 66:20
**goals** [1] - 92:23
**grapevines** [1] - 109:2
**Gras** [3] - 41:22, 43:15, 47:18
**grass** [1] - 100:5
**great** [1] - 96:18
**grind** [1] - 100:25
**ground** [7] - 6:25, 62:11, 65:7, 71:4, 71:15, 71:16, 81:16
**GROUP** [1] - 1:7
**group** [8] - 14:7, 55:1, 66:6, 69:11, 72:12, 74:7, 85:25, 86:3
**grow** [1] - 23:15
**guards** [1] - 79:15
**guess** [3] - 27:17, 78:21, 109:10
**guest** [1] - 95:18
**guidelines** [1] - 121:9
**guns** [1] - 31:17
**guy** [8] - 51:7, 51:14, 53:19, 53:20, 79:15, 79:18, 111:10, 117:11
**guys** [8] - 18:20,

75:23, 76:3, 79:2, 79:7, 115:25, 116:5
**Gwinnett** [2] - 18:4, 87:14
**gym** [3] - 29:15, 30:18, 32:17
**gyms** [1] - 32:17

**H**

**half** [1] - 12:6
**Hall** [2] - 44:6, 44:8
**hallway** [3] - 58:15, 59:1, 60:8
**handicap** [3] - 95:14, 100:13, 100:17
**handrail** [2] - 96:11, 96:13
**hands** [1] - 55:15
**hard** [4] - 34:14, 35:12, 91:13, 101:19
**hardware** [6] - 89:19, 89:20, 90:2, 90:9, 90:11, 91:9
**Harrah's** [6] - 46:19, 48:6, 48:8, 48:15, 49:8, 116:4
**hats** [3] - 48:10, 48:11, 48:18
**head** [7] - 6:11, 27:15, 27:19, 27:22, 71:21, 93:6
**headache** [1] - 27:23
**headed** [2] - 55:22, 61:7
**heal** [1] - 90:3
**health** [5] - 20:14, 28:21, 29:6, 47:25, 99:13
**healthy** [1] - 31:12
**hear** [5] - 113:14, 113:17, 113:18, 113:19, 118:3
**heard** [6] - 70:8, 70:9, 71:5, 71:7, 72:19
**heart** [1] - 31:12
**Heather** [1] - 8:5
**heels** [4] - 92:16, 92:18, 92:20, 92:25
**hell** [1] - 100:8
**help** [4] - 11:7, 23:6, 24:18, 74:5
**helped** [3] - 31:15, 50:9, 50:10
**helping** [2] - 23:3, 99:16
**hereby** [4] - 4:5, 4:15, 120:4, 121:3
**herein** [1] - 121:12

**hereinabove** [1] - 121:5
**hereto** [1] - 4:3
**high** [3] - 92:16, 92:18, 92:20
**higher** [1] - 95:17
**Hill** [5] - 1:12, 5:2, 7:10, 7:23, 32:5
**hindering** [1] - 37:11
**HIPAA** [1] - 34:21
**hire** [1] - 9:20
**history** [1] - 10:13
**hit** [5] - 27:15, 27:22, 38:6, 71:15, 100:7
**hitting** [1] - 47:21
**hobbies** [2] - 107:24, 109:8
**hobby** [1] - 109:12
**hobby-wise** [1] - 109:12
**hold** [2] - 81:2, 96:13
**Hold** [4] - 20:9, 58:18, 58:23
**holding** [1] - 96:11
**hole** [1] - 100:8
**home** [12] - 11:18, 11:23, 15:15, 20:14, 22:14, 23:1, 25:12, 49:21, 84:1, 91:20, 95:16, 100:6
**Home** [17] - 9:1, 9:3, 9:5, 9:17, 9:20, 9:23, 10:15, 15:18, 15:20, 16:4, 16:7, 19:11, 20:4, 32:16, 34:11, 34:16, 99:10
**hometown** [2] - 17:13, 20:15
**hope** [1] - 53:18
**hopefully** [2] - 14:15, 15:22
**hoping** [2] - 55:22, 102:1
**hopping** [1] - 112:17
**horses** [2] - 109:6, 109:7
**Hospital** [2] - 40:1, 87:17, 87:24
**hospital** [9] - 47:11, 48:1, 68:17, 72:15, 84:1, 84:11, 84:14, 87:13
**hotel** [6] - 48:20, 55:21, 56:23, 112:4, 115:25, 116:6
**hours** [4] - 10:1, 85:23, 87:19, 103:24
**house** [7] - 7:23, 23:3, 31:25, 32:2, 87:14,

92:11, 105:12
**huhs** [1] - 6:12
**hundred** [3] - 10:6, 22:21, 93:1
**hurts** [2] - 92:7, 92:8
**husband** [1] - 8:1
**husband's** [1] - 8:4
**HYATT** [1] - 1:7, 1:8
**Hyatt** [30] - 5:11, 5:12, 5:14, 8:17, 8:20, 27:14, 28:2, 28:19, 29:20, 30:23, 30:25, 31:1, 35:10, 40:20, 42:16, 43:11, 44:17, 44:19, 44:23, 45:15, 51:3, 83:3, 84:3, 84:17, 85:2, 85:5, 86:5, 90:20, 91:6, 111:17
**hysterectomy** [4] - 34:13, 34:15, 40:17, 41:2

**I**

**idea** [4] - 6:22, 22:4, 69:2, 69:6
**identification** [5] - 75:4, 77:24, 79:25, 81:5, 82:11
**identified** [5] - 72:11, 77:8, 85:10, 86:9, 110:4
**identify** [4] - 73:9, 73:12, 73:15, 77:4
**identity** [3] - 53:12, 53:15, 79:12
**Ill** [1] - 1:9
**immediately** [4] - 22:11, 72:4, 86:1, 87:8
**inaugural** [1] - 108:9
**Inc** [1] - 2:7
**incident** [3] - 47:24, 73:9, 76:5
**include** [3] - 28:25, 29:2, 74:7
**including** [1] - 72:12
**income** [1] - 11:11
**increase** [1] - 15:11
**increased** [1] - 15:1
**independently** [1] - 23:5
**indicating** [11] - 39:5, 58:25, 59:10, 63:21, 63:24, 64:14, 65:1, 67:2, 77:11, 78:2, 81:9
**indicating)** [27] - 26:1,

38:25, 39:7, 51:23, 54:10, 58:7, 58:12, 58:17, 59:4, 60:1, 60:9, 61:12, 64:19, 65:9, 69:23, 70:22, 75:15, 76:20, 77:9, 78:8, 81:22, 82:5, 82:18, 82:21, 82:22, 91:12, 117:19

**indication** [1] - 12:20

**individual** [1] - 13:2

**Industrial** [2] - 32:7, 32:8

**infancy** [1] - 20:22

**information** [4] - 7:9, 14:15, 18:14, 69:18

**injure** [7] - 27:13, 28:3, 28:7, 28:9, 47:17, 90:18, 90:23

**injured** [2] - 26:14, 27:11

**Injuries** [1] - 38:13

**injuries** [8] - 6:8, 25:13, 27:19, 33:14, 33:25, 38:18, 97:7

**injury** [12] - 12:13, 21:3, 27:24, 28:13, 35:18, 35:24, 37:12, 88:18, 88:20, 88:22, 95:11, 98:13

**instruction** [1] - 61:20

**instrument** [4] - 75:3, 77:23, 79:24, 81:4

**instruments** [1] - 82:9

**INSURANCE** [1] - 1:9

**insurances** [1] - 97:22

**interested** [1] - 121:13

**interrogatory** [1] - 7:10

**intimacy** [1] - 106:14

**intimacy-wise** [1] - 106:14

**involves** [1] - 93:11

**isolated** [2] - 36:1, 36:9

**issue** [5] - 23:23, 25:25, 85:21, 85:24, 95:14

**issues** [9] - 22:2, 22:9, 22:10, 25:16, 26:18, 27:25, 86:5, 114:8

**IT** [9] - 9:3, 10:15, 14:2, 14:5, 14:7, 14:12, 18:16, 18:18, 19:2

### J

**January** [7] - 10:16,

---

10:20, 11:6, 11:10, 12:1, 13:15, 14:25

**Jay** [4] - 110:5, 110:9, 110:12, 110:16

**JAY** [1] - 110:16

**Jay's** [2] - 110:6, 110:9

**jean** [1] - 68:19

**jeans** [2] - 68:7, 68:12

**Jennifer** [1] - 97:17

**job** [9] - 9:17, 10:14, 14:18, 16:6, 19:15, 20:4, 32:16, 37:7, 107:12

**jobs** [2] - 10:9, 14:8

**jog** [2] - 105:11, 105:22

**Johnson** [2] - 110:11, 110:12

**JOLIVETTE** [1] - 1:6

**Jr** [1] - 45:24

**JUDGE** [2] - 1:6, 1:8

**July** [2] - 11:4, 21:1

**June** [1] - 7:15

**junior** [1] - 17:20

### K

**Kaiser** [9] - 35:8, 36:12, 87:15, 97:22, 98:1, 98:4, 98:5, 99:6, 104:23

**Keep** [1] - 59:8

**keep** [2] - 97:5, 97:7

**Keeping** [1] - 18:23

**keeps** [1] - 91:23

**kick** [1] - 104:3

**kids** [1] - 8:2

**kind** [32] - 14:9, 18:19, 18:23, 18:25, 21:21, 23:21, 24:23, 45:6, 48:15, 52:24, 56:23, 57:1, 58:2, 58:16, 67:16, 68:8, 69:22, 70:25, 76:19, 76:24, 81:12, 86:14, 86:22, 91:11, 91:14, 91:16, 94:3, 96:16, 102:11, 109:24, 111:24, 114:25

**knee** [26] - 27:11, 28:17, 28:25, 70:9, 70:20, 71:3, 87:11, 89:6, 89:22, 89:24, 90:4, 90:13, 90:15, 90:18, 90:25, 92:4, 92:7, 95:2, 95:3, 95:11, 98:19, 102:11, 102:16,

---

102:25, 103:2

**kneel** [2] - 95:10, 101:12

**kneeling** [2] - 95:9

**knees** [1] - 101:13

**knocked** [2] - 79:2, 79:3

**knocking** [1] - 47:22

**knowledge** [4] - 12:23, 75:7, 114:10, 114:16

**KNOWLES** [1] - 1:9

### L

**label** [3] - 58:10, 81:3, 82:7

**labeled** [2] - 60:19, 82:6

**labor** [1] - 14:22

**lack** [1] - 12:13

**ladies** [5] - 74:8, 74:9, 74:14, 84:19, 86:9

**lady** [9] - 18:14, 53:4, 53:7, 54:19, 55:2, 94:8, 111:11, 113:10, 118:4

**LaFleur** [1] - 48:11

**laid** [10] - 10:17, 12:1, 12:12, 12:21, 12:24, 12:25, 16:20, 17:1, 18:3, 19:19

**landed** [1] - 68:8

**lane** [1] - 51:17

**last** [13] - 13:13, 22:9, 30:19, 32:18, 36:25, 91:1, 98:9, 104:20, 104:21, 107:13, 107:22, 110:6, 110:10

**late** [11] - 49:6, 85:23, 111:18, 111:22, 111:23, 112:2, 112:4, 112:5, 112:10, 112:16

**laundry** [1] - 23:2

**Law** [1] - 1:13

**law** [1] - 4:7

**LAW** [1] - 1:18

**lawsuit** [7] - 25:2, 32:23, 33:4, 34:8, 34:24, 37:19, 109:23, 110:8, 111:4

**lawsuits** [4] - 34:4, 34:6, 38:1, 38:3

**lay** [1] - 101:15

**laying** [1] - 16:16

**layout** [1] - 83:15

**lead** [2] - 13:21, 69:10

---

**leader** [1] - 65:25

**leading** [4] - 55:11, 56:10, 58:13, 89:16

**lean** [3] - 75:18, 79:6, 96:14

**leaning** [1] - 117:21

**learn** [2] - 53:14, 118:3

**least** [2] - 31:4, 95:3

**leave** [5] - 34:14, 49:11, 49:14, 73:24, 84:6

**leaving** [2] - 49:1, 49:13

**Left** [1] - 27:25

**left** [47] - 15:4, 25:24, 27:11, 27:14, 27:24, 28:13, 28:17, 28:22, 28:23, 38:18, 49:1, 49:7, 51:7, 51:11, 55:21, 59:13, 60:9, 60:11, 63:10, 64:22, 64:24, 65:7, 65:11, 68:16, 70:8, 70:20, 70:24, 71:1, 71:3, 72:2, 72:21, 73:25, 75:22, 82:15, 83:25, 84:11, 84:13, 88:13, 90:18, 95:2, 95:3, 96:1, 96:2, 97:11, 98:19, 105:10, 107:4

**leg** [32] - 12:7, 27:14, 27:24, 27:25, 28:13, 28:17, 28:23, 35:25, 68:16, 68:18, 70:1, 70:22, 71:1, 72:2, 88:13, 88:17, 89:15, 90:19, 91:2, 91:10, 94:22, 100:4, 101:15, 103:19, 104:1, 105:10, 106:1, 106:24, 106:25, 107:4, 107:7

**legs** [2] - 68:11, 100:17

**leisure** [1] - 109:14

**letter** [1] - 22:7

**level** [2] - 39:21, 105:19

**levels** [2] - 39:22

**Liberty** [1] - 34:24

**license** [9] - 20:24, 20:25, 21:2, 21:7, 21:10, 21:13, 23:17, 23:20, 24:2

**licensed** [1] - 22:6

**licensing** [2] - 23:23, 23:25

**Lighter** [1] - 50:15

**Lighter-complected**

---

[1] - 50:15

**lighting** [5] - 85:11, 85:15, 85:17, 85:21, 85:24

**limb** [1] - 70:11

**limitations** [3] - 95:20, 99:23, 102:2

**limited** [4] - 26:1, 36:3, 36:9, 105:7

**limp** [4] - 91:24, 92:7, 92:9, 103:25

**LINDNER** [1] - 1:18

**line** [1] - 95:6

**lingering** [3] - 27:17, 33:16, 33:25

**liquid** [13] - 67:9, 68:25, 69:3, 69:7, 73:10, 73:13, 73:16, 77:7, 77:18, 78:18, 81:15, 82:2, 116:12

**listed** [3] - 20:18, 62:8, 104:14

**literally** [1] - 91:9

**live** [5] - 7:22, 8:12, 8:15, 23:5, 95:23

**lived** [2] - 8:10, 8:19

**lives** [2] - 22:14, 110:14

**living** [1] - 8:16

**LLC** [3] - 1:7, 1:8, 2:4

**lobby** [1] - 52:17

**location** [3] - 31:24, 32:3, 117:16

**locked** [1] - 107:7

**look** [11] - 68:23, 78:5, 78:17, 80:2, 80:3, 80:18, 80:19, 81:16, 83:13, 101:10, 115:20

**looked** [5] - 50:13, 71:11, 72:24, 79:19, 111:6

**looking** [6] - 11:4, 31:12, 66:5, 66:9, 76:16, 117:18

**looks** [6] - 78:12, 78:19, 82:3, 82:17, 88:21, 116:21

**lose** [1] - 71:21

**lost** [1] - 71:22

**LOUISIANA** [2] - 1:1, 1:8

**Louisiana** [6] - 1:14, 1:19, 1:23, 2:6, 4:24, 5:12, 121:2, 121:11

**low** [2] - 95:13, 100:11

**lower** [5] - 28:22, 38:14, 38:18, 39:10, 97:11

**luggage** [2] - 50:1,

50:23

## M

**M-O-B-L-E-Y** [1] - 8:6
**machine** [7] - 57:5, 57:22, 80:4, 80:7, 113:8, 113:14, 115:17
**machinery** [3] - 80:20, 114:25, 115:3
**MAGISTRATE** [1] - 1:8
**mail** [1] - 66:16
**main** [2] - 95:18, 105:19
**Man** [1] - 118:5
**man** [11] - 57:21, 60:13, 80:3, 110:2, 112:24, 113:5, 114:11, 114:17, 114:18, 116:14, 117:11
**man's** [1] - 116:19
**manage** [2] - 18:19, 18:20
**management** [2] - 18:2, 18:6
**MANAGEMENT** [1] - 1:7
**manager** [4] - 9:9, 13:4, 13:22, 18:15
**managing** [2] - 18:24, 19:1
**maneuver** [2] - 85:17, 91:14
**manual** [1] - 14:22
**marble** [1] - 114:6
**March** [23] - 5:14, 10:25, 12:19, 21:5, 28:20, 34:2, 41:24, 42:6, 42:9, 42:10, 43:20, 44:18, 46:2, 73:24, 88:3, 89:5, 89:8, 90:5, 90:8, 90:15, 91:1, 91:6, 96:21
**Mardi** [3] - 41:22, 43:15, 47:18
**MARGARET** [4] - 2:11, 4:22, 121:2, 121:16
**mark** [5] - 75:1, 81:21, 82:4, 82:14, 82:20
**marked** [7] - 57:15, 63:3, 75:4, 77:24, 79:25, 81:5, 82:10
**marks** [1] - 60:5
**Marone** [1] - 8:5
**MARONE** [1] - 8:5
**married** [1] - 7:4

**massage** [1] - 29:3
**master** [1] - 95:18
**master's** [1] - 18:11
**materials** [1] - 67:22
**matter** [1] - 121:13
**Mavish** [1] - 104:15
**mayor** [2] - 44:4, 44:8
**MCKENZIE** [4] - 2:11, 4:22, 121:2, 121:16
**McLACHLAN** [1] - 1:22
**mean** [26] - 27:15, 39:13, 46:22, 47:20, 53:20, 56:14, 67:18, 80:11, 91:20, 94:14, 99:18, 99:24, 100:8, 102:12, 103:12, 103:17, 103:25, 105:16, 105:17, 106:12, 107:5, 107:9, 108:20, 109:17, 110:7, 110:14
**meaning** [1] - 28:23
**Medicaid** [1] - 104:12
**medical** [4] - 34:14, 34:17, 36:13, 88:24
**Medical** [2] - 73:20, 87:14
**Medicare** [2] - 104:6, 104:10
**medication** [2] - 102:23, 103:6
**medications** [1] - 102:21
**medicine** [1] - 103:10
**meet** [3] - 6:5, 6:6, 45:5
**meeting** [2] - 22:16, 44:25
**meetings** [1] - 14:21
**Melanie** [15] - 42:22, 42:23, 42:25, 43:3, 43:8, 45:6, 46:14, 46:17, 46:23, 47:12, 49:23, 74:14, 75:17, 118:9, 118:14
**member** [4] - 29:15, 31:2, 31:22, 32:18
**membership** [3] - 29:22, 29:25, 32:4
**mention** [1] - 88:19
**mentioned** [6] - 5:4, 19:17, 25:23, 26:12, 65:17, 90:7
**messages** [1] - 84:7
**met** [6] - 5:9, 6:5, 44:4, 44:8, 53:13, 111:1
**metal** [1] - 88:17
**Method** [2] - 9:2, 9:18

**method** [1] - 121:6
**Mia** [16] - 42:25, 43:8, 46:18, 47:11, 74:14, 74:16, 74:17, 74:23, 75:6, 78:6, 78:8, 78:10, 78:12, 78:14, 118:9, 118:14
**middle** [2] - 14:9, 53:5
**midnight** [1] - 46:6
**might** [14] - 17:2, 58:15, 59:25, 82:1, 82:2, 82:4, 82:17, 82:18, 82:24, 86:8, 99:12, 109:17, 112:20, 115:11
**military** [1] - 41:15
**Miller** [1] - 19:12
**Millicent** [1] - 7:3
**MILLICENT** [5] - 1:4, 1:12, 5:1, 120:4, 121:3
**mind** [3] - 58:9, 58:24, 115:20
**minimal** [1] - 21:9
**minutes** [1] - 55:18
**Miss** [7] - 5:7, 30:11, 98:13, 105:3, 110:21, 110:25, 118:20
**missed** [2] - 12:6, 12:22
**missing** [1] - 38:4
**mistake** [1] - 34:23
**Mobley** [2] - 8:6
**mom** [3] - 21:15, 22:14, 24:5
**moment** [1] - 113:16
**Monday** [1] - 9:13
**money** [5] - 10:24, 11:7, 16:2, 20:19, 23:19
**month** [2] - 30:3, 30:4
**months** [13] - 12:7, 12:22, 15:24, 31:3, 33:20, 33:23, 90:3, 92:3, 95:5, 95:24, 96:4, 96:22, 98:10
**morning** [6] - 5:7, 42:8, 42:9, 47:3, 73:8, 112:8
**morphine** [3] - 87:2, 87:19, 87:25
**Morris** [1] - 104:15
**mortgage** [2] - 24:17, 24:18
**most** [2] - 14:19, 15:14
**mother** [1] - 24:16
**motion** [1] - 26:1

**move** [1] - 97:3
**moved** [4] - 8:14, 17:16, 17:19
**Moved** [1] - 17:18
**moving** [1] - 93:12
**Moving** [1] - 41:17
**MR** [26] - 3:6, 3:8, 3:10, 3:12, 5:6, 19:25, 20:3, 44:5, 44:10, 75:5, 77:25, 80:1, 81:6, 82:12, 82:23, 83:1, 108:22, 109:5, 110:20, 110:24, 116:25, 117:3, 117:5, 118:17, 118:19, 119:1
**MUSGRAVE** [15] - 1:22, 5:6, 19:25, 20:3, 44:10, 75:5, 77:25, 80:1, 81:6, 82:12, 83:1, 109:5, 110:20, 117:3, 118:19
**Musgrave** [2] - 1:22, 5:10
**MUSGRAVE..............
.............** [2] - 3:6, 3:10
**must** [1] - 78:8
**Mutual** [1] - 34:25

## N

**name** [33] - 5:9, 7:2, 8:4, 13:5, 22:19, 35:3, 36:13, 36:15, 36:18, 36:20, 40:3, 48:11, 50:7, 52:5, 52:10, 52:15, 53:25, 73:6, 76:7, 86:10, 86:14, 97:11, 97:13, 97:18, 104:14, 104:24, 109:19, 109:20, 110:2, 110:6, 110:10, 111:2, 116:22
**names** [2] - 72:10, 72:13
**NANNETTE** [1] - 1:6
**near** [1] - 32:2
**necessarily** [1] - 41:18
**necessary** [1] - 40:7
**neck** [9] - 25:16, 26:9, 26:18, 27:8, 28:7, 39:1, 39:9, 39:19, 40:14
**need** [8] - 14:7, 23:4, 23:5, 70:12, 89:17,

89:21, 100:12, 103:15
**needed** [3] - 14:10, 103:6, 103:7
**needs** [1] - 103:8
**negotiate** [1] - 95:22
**nephew** [3] - 101:9, 108:1, 109:11
**nephews** [1] - 109:10
**Never** [1] - 28:15
**never** [5] - 46:14, 53:13, 68:22, 95:8, 97:8
**New** [11] - 1:13, 1:19, 1:23, 41:20, 42:20, 43:6, 44:9, 45:1, 45:6, 48:1, 106:22
**new** [1] - 37:7
**next** [6] - 23:18, 41:3, 52:8, 64:14, 81:1, 97:25
**NICHOLAS** [1] - 1:18
**niece** [1] - 101:9
**nieces** [1] - 109:10
**night** [13] - 43:21, 49:7, 52:22, 85:23, 86:18, 87:22, 111:16, 111:23, 112:2, 112:7, 113:1, 113:2, 113:3
**nighter** [1] - 48:23
**nights** [6] - 45:18, 111:18, 112:3, 112:9, 112:15, 112:23
**Ninety** [1] - 15:25
**Ninety-day** [1] - 15:25
**NO** [1] - 1:4
**Nobody** [1] - 101:18
**nobody** [1] - 111:12
**None** [1] - 44:24
**none** [1] - 81:17
**normal** [3] - 100:22, 114:22, 115:13
**normalcy** [1] - 96:24, 101:3, 102:16
**normally** [1] - 51:6
**North** [1] - 2:5
**Northside** [6] - 40:1, 87:17, 87:24, 88:6, 88:8, 90:8
**noted** [2] - 120:16, 120:17
**notes** [3] - 34:19, 75:25
**nothing** [1] - 94:18
**notice** [2] - 113:25, 114:2
**November** [2] - 38:23,

107:13
**number** [1] - 77:22
**nurse** [4] - 72:16,
73:1, 73:4, 86:18

## O

**oath** [1] - 4:25
**objections** [1] - 4:13
**observe** [1] - 112:24
**obvious** [1] - 12:9
**October** [6] - 1:14,
35:9, 36:25, 104:20,
104:21, 120:20
**odor** [8] - 67:15,
67:17, 67:18, 67:19,
67:20, 67:23, 67:25
**OF** [2] - 1:1, 1:18
**OFF** [1] - 118:25
**offense** [1] - 41:5
**offer** [2] - 15:21, 61:19
**OFFICE** [1] - 1:18
**office** [2] - 29:11,
103:23
**officer** [1] - 121:3
**Offices** [1] - 1:13
**officiated** [1] - 4:24
**often** [2] - 31:7, 103:5
**old** [2] - 8:7, 107:12
**older** [1] - 50:14
**Olivia** [1] - 7:3
**On-site** [1] - 29:12
**on-site** [1] - 24:6
**Once** [1] - 5:22
**once** [5] - 31:21,
36:18, 36:21, 68:22,
92:25
**One** [4] - 10:6, 13:19,
13:20, 45:21
**one** [76] - 5:23, 11:14,
12:19, 13:1, 13:17,
15:15, 17:3, 23:14,
25:21, 26:13, 26:15,
29:9, 29:10, 31:25,
32:2, 32:3, 32:22,
33:3, 33:8, 34:7,
35:22, 38:2, 39:21,
40:7, 45:10, 45:22,
50:3, 50:4, 50:5,
50:24, 52:5, 52:7,
52:16, 52:19, 60:23,
70:24, 75:1, 75:6,
75:9, 75:23, 76:2,
77:15, 78:3, 78:5,
78:10, 78:15, 79:7,
81:3, 81:14, 81:18,
81:19, 81:20, 82:6,
82:8, 82:17, 82:18,
86:8, 89:12, 92:23,

94:10, 95:17, 95:18,
96:1, 104:14, 111:2,
113:1, 113:2, 113:3,
117:6, 117:14,
117:18, 117:19
**one-time** [1] - 11:14
**ongoing** [1] - 91:22
**open** [9] - 10:8, 52:3,
52:8, 52:17, 77:5,
109:24, 110:8,
111:25, 116:8
**opens** [1] - 111:24
**operating** [2] - 113:7,
113:15
**operation** [1] - 16:8
**operations** [2] - 13:21,
21:15
**opinion** [2] - 12:15,
98:16
**opinions** [1] - 121:12
**opportunity** [1] - 6:4
**opposed** [2] - 61:16,
83:14
**optimistic** [2] - 47:7,
100:24
**option** [1] - 115:4
**orange** [1] - 53:22
**original** [1] - 97:16
**originally** [1] - 45:16
**Orleans** [12] - 1:14,
1:19, 1:23, 4:23,
41:20, 42:20, 43:7,
44:9, 45:1, 45:6,
48:1, 106:22
**orthopedists** [1] -
98:7
**otherwise** [1] - 121:13
**outcome** [2] - 98:14,
121:13
**outside** [3] - 63:15,
98:22, 117:13
**overall** [1] - 19:8
**own** [8] - 22:21, 32:17,
47:21, 61:15, 66:18,
95:25, 99:8, 106:6
**owns** [1] - 24:23

## P

**pack** [2] - 55:11, 56:10
**package** [1] - 11:15
**pages** [1] - 121:5
**pain** [6] - 69:24, 87:25,
100:18, 102:13,
102:23, 103:10
**pants** [1] - 68:24
**paper** [1] - 58:4
**parade** [4] - 43:24,
43:25, 44:3, 44:12

**parades** [1] - 45:8
**paramedics** [2] - 72:5,
73:18
**Parish** [1] - 4:23
**parked** [1] - 49:18
**parking** [1] - 36:4
**part** [8] - 4:17, 11:7,
26:24, 40:3, 91:10,
91:11, 91:22, 94:21
**participate** [2] -
107:14, 108:10
**particular** [1] - 13:2,
31:10
**parties** [3] - 4:3, 94:1,
121:12
**parts** [3] - 40:22, 68:6,
91:5
**party** [6] - 44:22,
93:20, 111:7,
111:17, 113:8,
117:13
**pass** [1] - 105:1,
110:22, 112:12
**passed** [2] - 64:4, 64:5
**passes** [1] - 44:3
**past** [6] - 96:3, 96:19,
115:6, 115:7, 115:9,
115:12
**path** [21] - 19:4, 51:11,
51:17, 54:4, 54:14,
57:16, 57:24, 58:6,
61:4, 61:25, 62:6,
64:22, 71:13, 76:17,
76:25, 78:22, 80:8,
80:14, 112:13,
114:22, 115:1
**pay** [6] - 11:19, 24:17,
31:24, 32:1, 97:24
**paying** [2] - 24:14,
24:16
**Peachtree** [5] - 32:7,
32:8, 32:10, 40:4
**pecans** [1] - 108:20
**pen** [2] - 60:4, 82:24
**PENN** [1] - 1:22
**people** [13] - 6:23,
9:20, 12:25, 16:18,
17:1, 44:9, 45:1,
69:10, 72:7, 72:13,
111:9, 112:20, 116:8
**percent** [1] - 22:21
**performed** [1] - 87:10
**perfume** [1] - 67:19
**Perhaps** [1] - 115:14
**perhaps** [2] - 94:17,
96:22
**period** [7] - 10:24,
13:18, 29:23, 30:1,
33:22, 106:18,
110:18

**periods** [1] - 36:8
**permanent** [6] - 15:22,
15:23, 20:24, 21:10,
21:12, 23:16
**person** [4] - 14:9,
24:6, 76:6, 117:19
**personal** [4] - 12:15,
23:2, 41:4, 121:7
**pester** [1] - 110:9
**phase** [1] - 16:4
**phone** [3] - 55:16,
66:18, 78:9
**photo** [1] - 78:21
**photograph** [3] -
75:14, 78:1, 79:21
**photographs** [4] -
74:4, 74:10, 74:23,
81:12
**photography** [1] -
108:12
**photos** [2] - 74:15,
111:8
**physical** [2] - 98:22,
98:24
**physically** [2] -
114:23, 115:12
**physician** [1] - 97:20
**pick** [2] - 81:13,
108:20
**picture** [7] - 75:11,
75:21, 76:16, 78:15,
81:8, 82:2, 86:13
**pictures** [11] - 48:8,
67:11, 74:18, 75:6,
75:12, 78:6, 81:1,
85:9, 85:13, 111:6,
116:20
**piece** [7] - 58:3, 69:18,
80:9, 80:19, 80:23,
114:25, 115:3
**pillow** [1] - 84:16
**pinpoint** [1] - 74:6
**Pittard** [4] - 1:12, 5:2,
7:10, 7:23
**place** [4] - 17:21,
22:13, 52:12, 63:3
**placed** [1] - 46:15
**places** [1] - 37:13
**Plaintiff** [1] - 1:20
**plane** [1] - 103:17
**Planet** [9] - 29:10,
29:14, 30:8, 30:15,
30:20, 31:20, 31:22,
31:23, 32:15
**planned** [2] - 43:18,
43:23
**plant** [1] - 71:1
**plateau** [1] - 88:19
**play** [1] - 6:11

**played** [1] - 99:24
**Pleasant** [1] - 32:5
**plug** [1] - 101:17
**pocket** [1] - 97:24
**point** [8] - 55:23,
58:14, 62:1, 62:25,
63:12, 65:24, 82:16,
118:3
**Point** [4] - 1:12, 5:2,
7:11, 7:23
**pointing** [3] - 39:11,
39:14, 64:17
**policies** [1] - 21:14
**pop** [1] - 70:9
**position** [5] - 9:11,
9:22, 11:2, 13:17,
89:23
**positions** [1] - 10:8,
13:18
**possible** [1] - 114:23
**Possibly** [1] - 116:10
**postgraduate** [1] -
18:9
**Poydras** [1] - 1:23
**practice** [3] - 35:2,
35:4, 40:3
**practices** [1] - 108:2
**premises** [1] - 44:20
**premium** [1] - 31:24
**prepared** [2] - 121:6,
121:8
**prescribed** [1] - 99:5
**pretty** [3] - 16:7,
38:15, 114:7
**previous** [1] - 114:3
**primarily** [4] - 73:8,
82:14, 102:25, 103:2
**pro** [1] - 23:22
**probationary** [1] -
16:4
**problems** [5] - 28:17,
28:22, 33:16, 56:5,
94:13
**Procedure** [2] - 4:6,
121:11
**procedure** [2] - 88:9,
91:2, 94:25
**procedures** [3] -
21:15, 90:8, 98:19
**process** [3] - 5:16,
21:21, 101:19
**productive** [1] - 19:7
**program** [1] - 106:6
**programmer** [1] -
18:17
**programming** [1] -
18:21
**progress** [6] - 95:5,
96:8, 101:6, 101:7,

102:6, 102:8
**progressing** [1] -
101:25
**prohibition** [1] -
121:10
**Project** [1] - 9:9
**project** [6] - 13:22,
18:15, 18:19, 18:22,
19:1, 19:8
**projects** [4] - 13:25,
14:5, 18:16, 18:18
**promoted** [1] - 17:22
**Proven** [2] - 9:2, 9:18
**provide** [2] - 23:1,
76:4
**provider** [1] - 28:21
**provisional** [1] - 20:25
**psychiatric** [1] - 35:6
**psychiatrist** [2] -
36:16, 37:5
**psychologist** [14] -
34:16, 34:18, 34:20,
34:23, 34:25, 35:6,
35:7, 35:23, 36:16,
37:4, 37:20, 104:17,
104:18
**puddle** [1] - 77:15
**puddles** [2] - 77:15,
77:16
**pull** [3] - 24:10, 36:19,
48:23
**purpose** [1] - 83:6
**purposes** [1] - 4:6
**purse** [1] - 55:16
**put** [14] - 21:3, 50:23,
59:21, 62:14, 62:17,
76:11, 86:22, 86:25,
88:17, 90:9, 92:14,
102:14, 118:11,
118:12
**putting** [1] - 91:18

### Q

**questions** [12] - 5:13,
5:16, 6:7, 41:4,
72:17, 73:3, 83:22,
105:2, 107:23,
111:1, 117:1, 118:18
**quicker** [1] - 105:20
**quickly** [2] - 36:19,
106:10
**Quite** [1] - 32:11

### R

**ran** [4] - 45:4, 72:20,
72:23, 105:19

**range** [2] - 26:1, 31:5
**rather** [1] - 109:22
**rays** [2] - 73:23, 88:21
**read** [3] - 104:15,
118:22, 119:4
**reading** [2] - 4:8,
66:15
**really** [6] - 26:16,
81:22, 88:20, 93:11,
93:18, 95:7
**rear** [4] - 25:5, 25:20,
27:4, 28:12
**rear-end** [1] - 27:4
**rear-ended** [3] - 25:5,
25:20, 28:12
**reason** [3] - 12:2,
30:6, 84:14
**reasons** [1] - 17:3
**Rebecca** [2] - 13:6,
19:17
**receive** [1] - 27:18
**received** [3] - 11:13,
22:7, 22:8
**receives** [1] - 24:23
**receiving** [2] - 11:10,
11:11
**recent** [1] - 102:5
**recently** [1] - 32:16
**RECESS** [1] - 20:2
**recipient** [1] - 104:6
**recollection** [1] -
69:19
**recommended** [2] -
94:24, 98:18
**RECORD** [1] - 118:25
**record** [1] - 39:13
**records** [4] - 34:17,
37:21, 88:25, 104:15
**recovered** [2] - 33:14,
33:18
**recovery** [1] - 90:22
**rectangles** [1] - 60:23
**Red** [2] - 42:23, 43:1
**reduction** [1] - 12:2
**refer** [1] - 117:10
**referred** [5] - 75:3,
77:23, 79:24, 81:4,
82:9
**referring** [2] - 82:20,
110:3
**Regarding** [1] - 25:1
**regroup** [2] - 99:12,
100:19
**regular** [1] - 96:5
**rehab** [4] - 11:1, 11:3,
94:19, 94:20
**reinjured** [2] - 26:8,
26:11
**related** [1] - 121:12

**relationship** [1] -
61:10
**relationships** [1] -
121:10
**relieve** [2] - 31:15,
103:16
**remain** [1] - 100:24
**remember** [26] - 9:13,
11:23, 25:15, 25:17,
27:1, 29:17, 46:20,
47:15, 50:19, 56:18,
60:10, 63:9, 68:11,
73:3, 73:4, 73:6,
77:21, 79:14, 79:15,
79:17, 79:18, 84:15,
86:13, 97:12, 97:17,
116:9
**remove** [2] - 89:17,
90:1
**Remove** [1] - 89:19
**removed** [7] - 40:23,
40:24, 40:25, 41:1,
89:14, 89:16, 90:11
**repeat** [1] - 6:16
**rephrase** [1] - 6:16
**replaced** [1] - 95:17
**replacement** [7] -
87:11, 89:22, 90:4,
90:16, 90:25, 92:4,
95:3
**report** [1] - 76:5
**REPORTED** [1] - 2:10
**reported** [1] - 121:6
**REPORTER** [1] -
121:16
**reporter** [2] - 5:4, 6:10
**Reporter** [3] - 2:12,
4:23, 121:2
**REPORTER'S** [1] -
121:1
**reporting** [1] - 121:6
**represent** [3] - 5:10,
85:11, 111:2
**reps** [2] - 14:8, 14:11
**requested** [1] - 34:16
**require** [2] - 49:25,
106:20
**required** [3] - 96:15,
102:10, 121:9
**requirements** [1] -
14:3
**requires** [2] - 106:17,
106:19
**reservations** [1] -
43:11
**reserved** [2] - 4:16,
44:1
**responses** [1] - 7:10
**responsible** [1] - 13:3

**responsiveness** [1] -
4:15
**rest** [4] - 65:10, 66:6,
71:17, 75:19
**Restaurant** [2] -
51:25, 52:4
**restaurant** [1] - 52:10
**restaurants** [1] - 52:6
**result** [1] - 91:5
**resulted** [1] - 32:23
**retire** [1] - 16:11
**retirement** [3] - 16:19,
16:20, 17:1
**review** [4] - 21:14,
21:15, 22:8, 22:12
**reviewed** [1] - 21:18
**ride** [4] - 84:16, 87:2,
103:17, 109:6
**RMR** [1] - 121:16
**RN** [4] - 20:15, 23:9,
23:14, 24:14
**Road** [1] - 32:5
**road** [2] - 32:8, 32:10
**Robinson** [7] - 97:12,
97:19, 97:25, 98:2,
98:10, 98:11, 98:15
**Robinson's** [1] - 97:18
**rode** [1] - 43:3
**role** [5] - 13:19, 13:20,
14:14, 15:22, 19:7
**room** [6] - 45:11, 49:4,
49:14, 50:21, 72:21,
87:9
**rough** [1] - 102:14
**roughly** [8] - 13:14,
15:12, 31:2, 58:19,
59:23, 61:9, 83:13,
97:2
**route** [5] - 54:16,
56:12, 59:14, 59:16,
115:13
**RPR** [2] - 2:11, 121:16
**rubbing** [1] - 39:1
**rules** [3] - 7:1, 121:9,
121:11
**Rules** [1] - 4:5
**run** [5] - 105:11,
105:12, 105:21,
105:23, 108:9
**running** [3] - 106:10,
113:15, 113:17
**runs** [1] - 24:5

### S

**salaried** [1] - 10:3
**salary** [6] - 10:5, 15:1,
15:7, 15:11, 20:12,
20:20

**Sales** [1] - 13:21
**sat** [1] - 111:23
**satisfied** [1] - 95:5
**Saturday** [1] - 88:10
**save** [1] - 4:13
**saw** [14] - 36:18,
56:22, 57:10, 57:20,
59:23, 63:1, 69:13,
69:14, 69:18, 69:21,
94:8, 111:6, 115:16,
117:25
**scale** [1] - 59:24
**scan** [2] - 32:13
**scar** [1] - 39:6
**scenarios** [1] - 14:4
**scene** [4] - 72:8,
72:14, 117:16,
117:25
**schedule** [1] - 44:13
**scheduled** [3] - 37:4,
37:16, 88:11
**scream** [1] - 72:20
**screaming** [1] - 69:24
**screwing** [1] - 16:24
**sealing** [1] - 4:10
**seating** [1] - 52:8
**seats** [1] - 44:1
**second** [8] - 19:24,
34:13, 67:13, 81:2,
82:7, 94:15, 105:6,
108:24
**security** [3] - 75:24,
79:15, 107:21
**sedentary** [1] - 14:18
**see** [29] - 34:16, 39:14,
50:8, 51:4, 52:12,
56:24, 56:25, 57:11,
57:13, 60:13, 62:3,
62:5, 62:21, 67:9,
68:24, 72:18, 75:13,
76:9, 77:7, 81:21,
81:22, 82:16, 83:20,
85:14, 91:7, 91:16,
94:9, 116:11, 116:21
**seeing** [10] - 18:22,
50:19, 52:13, 53:25,
54:2, 54:5, 54:12,
61:14, 79:17, 99:4
**seem** [3] - 18:13,
35:16, 43:13
**sell** [1] - 11:7
**send** [2] - 34:22, 87:18
**Senior** [1] - 22:20
**senior** [1] - 22:25
**sent** [4] - 22:11, 34:18,
34:19, 87:21
**separately** [1] - 84:23
**September** [5] - 9:12,
10:13, 10:20, 11:6,

11:11
**serious** [1] - 21:22
**serves** [1] - 21:16
**Service** [2] - 2:7, 111:3
**service** [2] - 47:1, 49:25
**services** [4] - 23:2, 46:13, 104:22
**set** [2] - 71:11, 121:5
**settle** [1] - 33:8
**settled** [3] - 33:1, 38:7, 68:23
**seven** [3] - 49:8, 92:3, 95:5
**several** [8] - 12:25, 16:18, 16:25, 44:9, 45:2, 85:19, 87:19, 98:9
**severance** [2] - 11:13, 11:21
**shape** [1] - 72:18
**share** [1] - 109:22
**Shield** [3] - 37:7, 97:23, 98:3
**shiny** [1] - 114:7
**shoes** [1] - 91:20
**shoot** [4] - 107:25, 108:1, 108:3, 109:9
**shorts** [1] - 68:19
**Shoulder** [1] - 25:15
**shoulder** [8] - 25:23, 26:2, 26:9, 26:12, 26:18, 27:7, 28:3, 28:5
**shoulders** [2] - 39:11, 39:15
**show** [9] - 67:12, 74:5, 74:25, 76:12, 79:21, 81:12, 81:14, 81:17, 81:19
**shown** [1] - 59:22
**shows** [2] - 78:20, 81:18
**shut** [2] - 46:24, 49:5
**shut-eye** [1] - 49:5
**side** [6] - 14:2, 25:25, 51:10, 51:11, 57:8, 100:12
**Sigma** [1] - 108:7
**sign** [7] - 76:9, 76:25, 77:2, 118:11, 118:13, 118:23, 119:4
**SIGNATURE** [1] - 120:12
**SIGNED** [1] - 120:12
**Signed** [2] - 120:16, 120:17

**signing** [1] - 4:9
**signs** [4] - 54:3, 54:6, 54:12, 57:10
**silly** [1] - 43:14
**simple** [1] - 100:20
**simply** [1] - 64:17
**single** [1] - 112:14
**sister** [6] - 8:1, 8:3, 72:21, 72:22, 72:23, 72:25
**sit** [8] - 36:5, 52:16, 75:20, 95:13, 95:17, 100:15, 100:17
**site** [2] - 24:6, 29:12
**sitting** [8] - 63:14, 80:6, 93:6, 94:6, 94:7, 100:18, 103:23, 116:9
**situation** [1] - 107:11
**six** [3] - 12:22, 31:3, 114:3
**sixth** [1] - 72:19
**sleep** [3] - 48:22, 49:10, 49:12
**sleeve** [1] - 92:14
**slept** [1] - 103:13
**slip** [2] - 70:19, 86:4
**slipped** [7] - 66:23, 70:1, 70:4, 70:5, 70:18, 70:21, 70:22
**slipping** [3] - 67:10, 71:16, 85:1
**slower** [2] - 100:25, 101:24
**small** [1] - 100:8
**Smith** [2] - 13:6, 19:18
**snapped** [1] - 71:6
**sneakers** [1] - 56:2
**social** [1] - 108:4
**Social** [1] - 7:17
**socially** [1] - 36:1
**someone** [1] - 105:2
**sometimes** [3] - 6:20, 102:2, 103:20
**somewhere** [1] - 58:21
**soon** [1] - 87:5
**sorority** [1] - 108:5
**Sorry** [3] - 26:7, 32:7, 43:3
**sorry** [4] - 8:13, 14:11, 43:21, 112:7
**sort** [15] - 5:16, 14:14, 24:19, 32:12, 44:12, 48:2, 60:22, 61:25, 62:3, 68:23, 81:15, 86:15, 88:21, 93:20, 94:24
**sought** [1] - 4:17

**sound** [2] - 86:11, 116:1
**sounded** [1] - 70:10
**South** [1] - 17:22
**south** [4] - 21:16, 22:14, 24:9, 108:19
**Southern** [1] - 17:19
**space** [1] - 77:5
**speaking** [1] - 20:25
**specialist** [1] - 91:7
**specifically** [2] - 4:9, 4:11
**speculation** [1] - 16:14
**spinal** [2] - 40:13, 40:18
**Spine** [3] - 39:3, 40:4
**spine** [1] - 39:16
**spinning** [1] - 65:6
**sports** [2] - 52:24, 97:7
**spread** [2] - 99:7, 99:8
**spun** [1] - 65:4
**squat** [2] - 95:12, 100:4
**squeeze** [1] - 51:20
**squeezed** [1] - 115:15
**St** [4] - 1:13, 1:19, 1:23, 2:5
**stabilize** [2] - 89:23, 90:10
**stairs** [7] - 95:22, 96:6, 99:20, 102:6, 105:12, 107:15, 107:16
**stand** [5] - 36:7, 106:23, 107:6, 107:10, 107:11
**standing** [2] - 106:17, 106:23
**start** [4] - 11:3, 13:9, 21:6, 99:4
**started** [9] - 9:12, 15:2, 15:4, 17:9, 20:11, 20:14, 21:1, 21:8, 107:21
**starting** [2] - 87:20, 116:4
**starts** [1] - 63:15
**state** [2] - 24:7, 24:11
**State** [6] - 4:24, 17:12, 17:13, 17:17, 21:10, 121:2
**STATES** [1] - 1:1
**station** [1] - 101:18
**statute** [1] - 121:9
**stay** [2] - 45:10, 45:14
**stayed** [1] - 111:17
**staying** [2] - 42:16,

45:17
**stays** [1] - 103:21
**steady** [1] - 110:1
**stenotype** [1] - 121:6
**step** [4] - 59:4, 96:1, 96:2, 108:24
**steps** [11] - 51:9, 55:13, 56:15, 96:5, 101:7, 101:11, 103:20, 105:18, 105:19, 105:22, 106:11
**sticky** [1] - 68:1
**stiff** [2] - 103:21, 103:22
**stiffens** [1] - 103:19
**still** [24] - 12:7, 20:23, 22:1, 35:25, 36:8, 37:11, 47:8, 65:25, 66:21, 73:24, 74:20, 80:11, 89:15, 91:21, 91:22, 91:24, 92:7, 92:8, 92:10, 95:22, 99:2, 101:25, 112:20, 115:16
**stint** [1] - 13:13
**stipulated** [1] - 4:2
**stop** [2] - 61:16, 71:1
**stopped** [1] - 96:23
**store** [2] - 9:6, 34:12
**story** [1] - 95:24
**straight** [1] - 49:21
**street** [1] - 48:12
**strengthening** [1] - 91:25
**stretched** [1] - 56:8
**stride** [1] - 91:24
**strike** [2] - 71:3, 71:17
**strong** [2] - 91:23, 92:2
**stuff** [2] - 73:23, 100:1
**suffered** [1] - 33:15
**suggest** [2] - 114:10, 114:17
**suggesting** [1] - 100:22
**Suite** [2] - 1:23, 2:5
**suite** [1] - 45:12
**sun** [1] - 115:25
**supervision** [1] - 121:7
**supervisor** [2] - 19:10, 19:18
**Supply** [1] - 9:3
**support** [5] - 79:5, 91:16, 92:15, 100:13, 102:11
**surgeries** [4] - 12:17, 38:22, 40:16, 40:19

**surgery** [17] - 10:25, 12:10, 12:18, 39:25, 40:6, 40:10, 40:14, 87:6, 87:11, 88:15, 89:4, 89:6, 89:25, 92:4, 94:16, 96:21, 97:16
**surgical** [3] - 88:9, 91:1, 94:24
**surveillance** [1] - 76:13
**survival** [1] - 107:9
**sustain** [1] - 28:13
**swaying** [4] - 93:10, 94:3, 94:5, 94:6
**swelling** [2] - 72:1, 90:14
**swinging** [1] - 93:10
**switched** [2] - 37:6, 97:21
**switching** [1] - 98:6
**sworn** [2] - 5:3, 121:4
**systems** [2] - 14:1, 14:12

## T

**table** [3] - 61:6, 64:14, 71:18
**tables** [19] - 58:12, 60:20, 60:24, 61:2, 61:11, 62:7, 62:8, 62:12, 62:13, 62:15, 62:18, 62:19, 62:22, 63:6, 63:8, 65:17, 71:10, 71:14, 77:6
**tacky** [1] - 68:1
**tags** [1] - 53:25
**TAKEN** [1] - 20:2, 120:20
**Tall** [1] - 50:15
**Tammi** [1] - 19:12
**TAMMI** [1] - 19:12
**tape** [1] - 57:13
**tattoos** [1] - 50:17
**taxes** [1] - 11:24
**team** [1] - 23:12
**Technical** [1] - 18:4
**technically** [1] - 46:7
**technology** [2] - 14:15, 18:14
**telephone** [2] - 66:11, 66:12
**temporarily** [1] - 16:3
**temporary** [1] - 24:2
**ten** [2] - 30:3, 56:15
**tend** [1] - 107:6
**tense** [1] - 96:19
**tenureship** [1] - 16:24

**terms** [1] - 37:12, 105:2
**test** [1] - 14:4
**testified** [2] - 113:4, 114:24
**testify** [2] - 5:5, 121:5
**testimony** [6] - 6:23, 64:5, 120:5, 120:7, 121:3, 121:5
**testing** [1] - 14:4
**text** [1] - 66:16
**THE** [4] - 19:23, 44:7, 108:25, 118:25
**therapist** [2] - 29:3, 104:16
**therapy** [7] - 98:22, 98:25, 99:2, 99:15, 106:5, 106:6, 106:7
**thereof** [1] - 4:17
**Theta** [1] - 108:7
**thigh** [2] - 31:18, 87:1
**thighs** [1] - 31:19
**thinking** [1] - 72:23
**third** [1] - 94:16
**Thirty** [1] - 11:20
**Thirty-two** [1] - 11:20
**Thomas** [2] - 42:24, 42:25
**thousand** [2] - 10:6, 11:20
**Three** [2] - 74:9
**three** [16] - 13:18, 14:24, 16:12, 16:13, 38:1, 39:22, 43:8, 81:14, 84:19, 84:21, 90:8, 95:24, 99:6, 102:16, 103:11, 107:18
**three-story** [1] - 95:24
**three-year** [1] - 13:18
**Thursday** [5] - 42:8, 42:9, 42:10, 46:7, 112:7
**tibial** [1] - 88:18
**tighter** [1] - 31:16
**timekeeper** [1] - 18:24
**today** [4] - 5:13, 6:8, 8:21, 73:7
**Todd** [2] - 1:22, 5:9
**together** [2] - 84:20
**toilet** [1] - 100:11
**toilets** [2] - 95:13, 95:16
**Tommie** [1] - 92:13
**tonsils** [1] - 40:23
**took** [22] - 17:17, 17:20, 17:23, 48:8, 54:16, 57:25, 58:6, 61:24, 74:15, 74:23,

75:7, 75:11, 75:12, 75:17, 75:18, 75:24, 78:14, 79:3, 79:8, 87:23, 91:8, 112:13
**Took** [1] - 74:18
**top** [3] - 64:15, 75:22, 91:10
**total** [4] - 74:9, 89:22, 90:15, 90:25
**totaled** [1] - 25:20
**Toward** [1] - 60:19
**towards** [2] - 54:15, 115:21
**town** [3] - 26:24, 42:2, 43:18
**townhome** [1] - 95:24
**track** [1] - 18:23
**trainer** [1] - 30:9
**transcribed** [1] - 121:6
**transcript** [3] - 121:7, 121:8, 121:9
**transcription** [1] - 120:6
**transported** [1] - 88:5
**transposed** [1] - 7:20
**travel** [5] - 51:17, 57:16, 76:18, 78:22
**traveling** [1] - 65:13
**TREADAWAY** [1] - 2:4
**treadmill** [3] - 31:13, 106:3, 106:8
**treat** [1] - 94:19
**treated** [4] - 28:20, 41:10, 41:13, 87:24
**treating** [1] - 97:20
**treatment** [3] - 27:18, 48:2, 91:4
**tree** [1] - 70:11
**tried** [2] - 70:23, 70:25
**trigger** [1] - 16:17
**triggered** [1] - 115:20
**trip** [1] - 90:23
**tripping** [1] - 47:21
**true** [2] - 120:8, 121:7
**try** [12] - 6:9, 11:2, 23:15, 24:17, 37:14, 48:21, 60:5, 90:9, 92:9, 95:14, 96:23, 102:14
**Try** [2] - 6:12, 6:20
**trying** [6] - 25:17, 75:20, 86:16, 99:7, 101:23, 102:15
**Tucker** [2] - 97:16, 97:17
**Tuesday** [4] - 1:14, 46:24, 52:21, 111:23
**turn** [1] - 113:24
**turning** [1] - 49:7

**TVs** [1] - 52:23
**twisted** [1] - 99:25
**two** [30] - 6:23, 8:1, 8:7, 11:20, 12:17, 15:23, 17:25, 23:22, 25:17, 26:17, 28:16, 32:18, 32:22, 33:15, 34:4, 34:5, 39:22, 40:18, 55:2, 60:22, 74:7, 74:13, 76:3, 77:12, 77:14, 79:15, 81:14, 95:16, 96:22, 107:18
**type** [12] - 13:23, 37:9, 53:10, 53:11, 53:21, 55:24, 57:20, 80:4, 88:15, 102:2, 103:10, 112:24
**types** [1] - 102:16
**typically** [1] - 103:8

**U**

**uh-huhs** [1] - 6:12
**uh-uhs** [1] - 6:12
**uhs** [1] - 6:12
**ultimately** [5] - 54:15, 57:25, 62:1, 84:1, 87:10
**UMC** [1] - 86:21
**under** [4] - 4:5, 35:5, 97:10, 121:7
**undergo** [1] - 99:2
**underneath** [1] - 62:18
**unemployed** [1] - 10:21
**uniform** [6] - 53:11, 53:17, 53:21, 116:19, 116:22
**UNITED** [1] - 1:1
**University** [2] - 17:23, 73:20
**unknown** [1] - 83:21
**up** [46] - 8:15, 8:20, 10:16, 11:19, 15:8, 21:5, 21:6, 36:19, 39:4, 39:8, 44:25, 45:17, 46:12, 46:15, 47:2, 48:22, 48:25, 49:11, 51:16, 51:18, 51:19, 55:17, 62:11, 62:17, 70:23, 71:11, 72:23, 73:7, 75:20, 76:11, 78:18, 86:25, 89:16, 91:17, 91:25, 96:6, 100:19, 103:24, 105:12, 105:18, 105:21,

106:11, 108:20, 109:24, 110:8, 118:13
**Up** [1] - 39:10
**upper** [1] - 31:15
**user** [1] - 14:3

**V**

**Valdosta** [3] - 17:12, 17:16, 17:17
**vehicle** [1] - 43:6
**verbally** [1] - 6:9
**VERSUS** [1] - 1:5
**video** [1] - 76:12
**view** [3] - 58:9, 75:12, 82:3
**Villavaso** [2] - 1:13, 1:18
**VILLAVASO** [6] - 44:5, 82:23, 108:22, 117:5, 118:17, 119:1
**VILLAVASO.............. .............** [1] - 3:12
**visiting** [1] - 41:20
**visits** [1] - 99:6
**Vitascope** [1] - 52:13

**W**

**wait** [3] - 19:24, 87:21, 90:2
**waited** [1] - 11:3
**waiting** [1] - 22:15
**waive** [1] - 119:3
**waived** [2] - 4:9, 4:12
**waking** [1] - 48:22
**walk** [11] - 57:7, 83:7, 92:6, 92:9, 95:25, 100:4, 103:25, 106:3, 107:14, 107:15, 107:17
**walk/run** [1] - 108:11
**Walked** [1] - 48:19
**walked** [10] - 46:18, 48:6, 48:7, 48:9, 48:15, 48:16, 78:24, 80:11, 83:9, 115:13
**walker** [1] - 96:17
**Walking** [1] - 106:23
**walking** [21] - 50:5, 51:5, 51:8, 54:7, 54:14, 57:2, 57:16, 59:2, 59:7, 59:9, 60:8, 63:19, 63:20, 63:24, 71:10, 96:16, 97:3, 100:7, 106:19, 113:9, 116:6

**walkway** [2] - 71:12, 115:1
**wants** [1] - 105:3
**warning** [1] - 86:1
**Water** [1] - 67:19
**Watkins** [4] - 45:23, 45:24, 45:25, 46:1
**wear** [10] - 87:20, 91:19, 91:21, 92:10, 92:11, 92:13, 92:16, 92:25, 102:10
**wearing** [1] - 53:22
**weather** [1] - 103:13
**wedding** [1] - 93:18
**weddings** [1] - 93:15
**Weddings** [1] - 93:17
**Wednesday** [8] - 46:9, 46:11, 46:13, 46:24, 47:1, 47:16, 112:2, 112:6
**weeding** [1] - 21:21
**week** [2] - 10:1, 103:11
**weekend** [2] - 68:21, 109:13
**weekends** [1] - 100:6
**weeks** [1] - 24:7
**weight** [1] - 106:24
**WESTERN** [1] - 1:8
**wet** [8] - 54:2, 54:5, 54:12, 57:10, 76:9, 76:25, 77:2, 78:23
**wheelchair** [1] - 106:21
**wheeling** [1] - 50:24
**white** [1] - 44:3
**whole** [2] - 56:19, 80:15
**William** [2] - 45:24, 45:25
**Willie** [1] - 45:25
**wind** [1] - 12:10
**wiping** [1] - 117:21
**wise** [2] - 106:14, 109:12
**witness** [2] - 4:4, 4:25
**WITNESS** [4] - 19:23, 44:7, 108:25, 120:1
**Witness** [3] - 58:25, 65:22, 77:11
**WITNESS'** [1] - 120:12
**woke** [1] - 49:11
**woken** [1] - 55:17
**wondering** [1] - 26:14
**word** [2] - 21:24, 24:13
**words** [2] - 6:13, 80:22
**works** [2] - 30:8, 98:4

**WORLD** [1] - 1:8
**worn** [1] - 92:20
**worrying** [1] - 100:5
**worse** [1] - 25:21
**Write** [1] - 58:23
**write** [6] - 14:3, 60:3,
    61:5, 65:16, 65:20
**writing** [1] - 61:1
**written** [2] - 59:18,
    116:22
**wrote** [2] - 63:20,
    77:19

## X

**x-rays** [2] - 73:23,
    88:21

## Y

**y'all** [9] - 42:1, 45:10,
    46:10, 55:2, 74:20,
    100:12, 101:10,
    111:17, 111:18
**ya'll's** [2] - 43:5, 48:10
**year** [16] - 9:15, 10:7,
    10:17, 13:18, 16:5,
    21:6, 31:2, 37:1,
    89:10, 89:11, 90:10,
    96:21, 104:20,
    104:21, 107:13,
    108:9
**years** [9] - 6:3, 14:24,
    16:10, 16:20, 17:11,
    29:17, 32:19, 33:20,
    33:22
**yell** [1] - 85:25
**yelling** [1] - 69:24
**yesterday** [1] - 83:9
**young** [4] - 53:4, 53:6,
    111:11, 113:10
**yourself** [6] - 6:7,
    47:17, 75:13,
    100:14, 109:24,
    118:4

## Z

**zigzag** [1] - 88:22
**Zulu** [4] - 43:20,
    43:25, 44:11