```
 1                          EXAMINATION INDEX

 2

 3

 4   BYRON J. GRANT

 5   EXAMINATION BY MR. LINDNER          3

 6   EXAMINATION BY MRS. DETILIEU       52

 7   EXAMINATION BY MR. FERRAND         57

 8

 9

10

11

12

13

14                            EXHIBIT INDEX

15

16   EXHIBIT A  SUBPOENA

17   EXHIBIT B  INCIDENT REPORT

18   EXHIBIT C  DRIVER'S LICENSE

19   EXHIBIT D  PICTURE

20   EXHIBIT E  PICTURE

21

22

23

24

25
```

```
 1                          STIPULATION

 2

 3

 4                It is duly stipulated and

 5      agreed by and between counsel for the various

 6      parties hereto that the deposition of

 7      BYRON J. GRANT may be taken for discovery

 8      and all other purposes in accordance with the

 9      provisions of the Louisiana Code of Civil procedure, at

10      the time and place hereinabove recited;

11                   That all formalities are hereby

12      specifically waived;

13                   That all objections, save objections as to

14      the form of the questions and the responsiveness of the

15      answers are reserved until such time as this

16      deposition, or any part hereof, is used or sought to be

17      used in evidence at the time of the trial of this

18      matter.

19

20                ******************************

21

22           Leah J. Glass, Certified Shorthand Reporter in

23      and for the State of Louisiana officiated in

24      administering the oath to the abovenamed witness.

25
```

1                    **BYRON JOHN GRANT**

2                    1833 FRANCE STREET

3              NEW ORLEANS, LOUISIANA  70127

4     after having been duly sworn by the reporter testified

5     as follows:

6     EXAMINATION BY MR. LINDNER:

7     Q    Good morning Mr. Grant, my name is Nick Lindner, I

8     represent a lady in a lawsuit called Millicent Crawford

9     and the lawsuit is against the Hyatt Corporation and a

10    company called The Service Companies, Inc.

11         You were probably a little bit surprised to

12    receive a subpoena.

13    A    I don't know what it was for, that's why I came.

14    Q    So basically this a lawsuit that you are not a

15    defendant in, but we believe that you may have some

16    information that's relevant to the case.  Briefly,

17    we'll get into this a lot more, it involved a lady who

18    slipped on a liquid at the Hyatt Hotel in 2017 and we

19    were told you were in the area where that happened.

20         Have you ever been to a deposition before?

21    A    No.

22    Q    Basically I'm going to ask you questions, the

23    other lawyers will follow me and ask you questions.

24    Afterward the court reporter here is making a record

25    and taking down everything anyone in the room says.

```
1          So I'm going to ask you a lot of questions, some
2     of them will be yes/no questions it is just important
3     to answer yes, no, not just nodding your head or doing
4     things that we can't get down on the recording, make
5     sense?
6     A     Yes.
7     Q     Hopefully this won't take too long and we'll get
8     you out of here.  When you got your subpoena a little
9     check came with it for about 50 dollars, 45 dollars?
10    A     Yeah, I ain't want to cash it.
11    Q     So that's your money, you can cash it, that's a
12    fee for you being here.  It's 40 dollars, and then the
13    rest is calculated as the mileage that it took you to
14    get here today.  So that's your money for you to cash,
15    nobody is going to come after you for that.
16          So could you state your full name?
17    A     Byron John Grant.
18    Q     Do you have a driver's license or ID on you?
19    A     Yes.  You want to see it?
20    Q     Yeah, if I can see it and I'll take a picture of
21    it and we'll print that out and put a -- attach a copy
22    to the deposition when we're finished.
23          How old are you?
24    A     32 tomorrow.
25    Q     What is your date of birth?
```

```
 1    A    6-18-87.

 2    Q    What's your home address?

 3    A    1833 France Street.

 4    Q    That's in New Orleans?

 5    A    Yeah, 70178.

 6    Q    How long have you lived there?

 7    A    For about five, six years.

 8    Q    What's your telephone number?

 9    A    504-510-6153.

10    Q    Do you rent that address on France Street?

11    A    Yeah.

12    Q    Do you live by yourself?

13    A    No.

14    Q    Who do you live with?

15    A    My momma.

16    Q    Anybody else?

17    A    No.

18    Q    Where did you live before that?

19    A    What you mean?

20    Q    Before France Street?

21    A    Probably in Texas, I can't give you no address out

22    there though.

23    Q    What City in Texas did you live in?

24    A    Houston.

25    Q    Are you from Texas?
```

```
1   A     No, from New Orleans.

2   Q     You stayed in Texas for a while?

3   A     Yes.

4   Q     How long did you stay out there?

5   A     For at least like seven, eight years, you know,

6   after the storm.

7   Q     After Katrina?

8   A     Yeah.

9   Q     Then you came back, did you live anywhere else in

10  New Orleans before France Street?

11  A     No.

12  Q     Are you married?

13  A     No.

14  Q     Have you ever been married?

15  A     No.

16  Q     Do you have any children?

17  A     Yeah, I got two kids.

18  Q     How old are they?

19  A     One is 4 and one is 1.

20  Q     What are their names?

21  A     Lexie Grant, Brycen Grant, no Brycen Farrow, he's

22  about to get that changed.

23  Q     Are you working right now?

24  A     Yes.

25  Q     Where do you work?
```

```
1    A    I work for NSG Group, National Service Group.

2    Q    One more time?

3    A    NSG, National Service Group.

4    Q    And what does that company do?

5    A    Basically same thing TSC does, overnight cleaning.

6    Q    Do you work at one particular location?

7    A    Yes, the Hyatt, I'm still at the Hyatt.

8    Q    Still at the Hyatt on Poydras and Loyola?

9    A    Yes.

10   Q    How long have you worked for National Service

11   Group?

12   A     For probably like a year before NSG came in,

13   been there like three years altogether.

14   Q    And so previously you worked for The Service

15   Companies?

16   A    And I just switched over.

17        MRS. DETILIEU:

18             Is that a yes?

19        THE WITNESS:

20             Yes, I just switched over.

21        MRS. DETILIEU:

22             You are doing great, just try to avoid the

23   terms uh-huh and un-uh because they don't come off good

24   on the transcript.

25   EXAMINATION BY MR. LINDNER:
```

1    Q     Did NSG come in and take over for The Service

2    Companies?

3    A     It was a new company and I filled out the

4    application and got the job with them too.

5    Q     Do you know is The Service Company still involved

6    with the Hyatt any more?

7    A     Not that I know of.

8    Q     Is it fair to say that basically the people or the

9    jobs that people have with The Service Companies is now

10   if they work at the Hyatt they are with NSG?

11   A     Yes, but it is all different employees though.

12   They didn't keep all the same employees.  I filled out

13   the application so they had to fill out the application

14   and get rehired by that company.

15   Q     So you are the only one that you know of that even

16   worked for The Service Company that is still there?

17   A     Yes, I do not mingle with the people at my job,

18   that's how I keep my job.

19   Q     What kind of hours do you work?

20   A     From 12 to 5:30.

21   Q     12 midnight to 5:30 a.m.

22   A     Yes.

23   Q     How many days a week do you work?

24   A     Five days a week, off Fridays and Saturdays.

25   Q     Did your schedule change when you started working

1   for NSG?

2   A    Yeah, I was working six days a week off, I'm

3   trying to see if it was Friday or Saturday, I was off

4   one of them days, it was either a Friday or Saturday.

5   Q    That's when you were working for The Service

6   Companies?

7   A    Yes.

8   Q    Do you remember if you were working for the

9   Service Companies on March 2nd, 2017?

10  A    I mean if I was working I wouldn't know if I was

11  off or not.

12  Q    But during that time period you were working for

13  The Service Companies?

14  A    Should be, yes.

15  Q    Do you know what year you started working for The

16  Service Companies?

17  A    Not exactly, no.

18  Q    The whole time you were working for The Service

19  Companies and later NSG you have always been working at

20  the Hyatt; is that right?

21  A    Yes.

22  Q    What are your job duties there?

23  A    I do the floor like basically like mop technician.

24  Q    Specifically when I kind of ask you this line of

25  questions I'm kind of referring more to The Service

10

```
 1    Companies rather than what you are doing now, so --
 2    A    Yeah.
 3    Q    So let's talk about when you were working with The
 4    Service Companies.
 5    A    I got the same position.
 6    Q    Has anything changed as far as the work you do?
 7    A    No.
 8    Q    So you are an overnight cleaner?
 9    A    Yes.
10    Q    What kind of tasks do you do on your -- go through
11    a normal shift with me?
12    A    I'm a marble technician, I resurface the real
13    marble floors, get scratches out of them, polish them
14    over, you know, all that type stuff.  Marble
15    technician.
16    Q    What areas of the Hyatt do you work in?
17    A    I work the third floor.
18    Q    So tell me about what you do to resurface the
19    floors?
20    A    You got to repaste them, strip it and repaste it.
21    Q    So when you strip it, what kinds of tools are you
22    using to restrip it?
23    A    Diamonds.
24    Q    What is that?
25    A    Diamonds, you use to strip the floor, it's called
```

1  diamonds.

2      MRS. DETILIEU:

3          Diamonds like in a ring?

4      THE WITNESS:

5          It's like a little circle thing, it's called

6  a diamond.

7  EXAMINATION BY MR. LINDNER:

8  Q    Do you attach that to something or are you

9  scrubbing the floor with your hands?

10 A    You attach it to a white pad.

11 Q    A white pad?

12 A    Yeah.

13 Q    Is that like a device?

14 A    A white pad?  A white pad.

15 Q    Like a rag?

16 A    Pad, P-A-D.

17 Q    I got you.

18      MRS. DETILIEU:

19          We have never cleaned floors before.

20 EXAMINATION BY MR. LINDNER:

21 Q    So that involves you got to scrub the floor to

22 strip it with the pad?

23 A    Yeah, most times.  That's mostly if the floor need

24 to be resurfaced, most times you are probably just

25 buffing it out.

```
 1   Q     How often are you doing that with the pad?

 2   A     What now?  I mean what, buffing?

 3   Q     How often do you have to strip it?

 4   A     If -- it could be every day if I have a spot that

 5   need to be stripped.  I mean if the floor is bad enough

 6   to be stripped I have to strip it.  So if they have a

 7   spot I have to strip it so it could be every day.

 8   Q     So what are you looking for to know if it needs to

 9   be stripped, like scuff marks or dirt or what?

10   A     Scratches that look bad, if this floor shiny you

11   understand when it is not shiny no more.

12   Q     And then you also buff and clean the floors?

13   A     Yeah, it is buffing.

14   Q     And you use a machine to do that?

15   A     Yes, a side by side machine.

16   Q     Do you push that machine around?

17   A     Yeah, machine, yeah.

18   Q     It's a large machine?

19   A     Yes.

20   Q     How much does it weigh?

21   A     I can't tell you how much it weighs.

22   Q     Like 20 pounds, 100 pounds?

23   A     I can't estimate, I can't estimate how much it

24   weigh.

25   Q     Do you put some kind of liquid in there?
```

```
 1    A     In the side by side machine?

 2    Q     Yeah, or compound?

 3    A     Not in the side machine.

 4    Q     You put it on -- it has a pad or something that

 5    attaches that touches the floor?

 6    A     It's just a pad you put on the floor and you just

 7    buffing the floor out.

 8    Q     Do you spray the floor?

 9    A     Sometimes you crystallize, it's called

10    crystallizing, it's a spray you spray on the floor and

11    the pad and buff it out, or you could just use the pad

12    to buff it out.

13    Q     Does the pad attach to the buffing machine or is

14    that --

15    A     Yeah.

16    Q     So when you are stripping it you are also using

17    the same machine?

18    A     Yes.

19    Q     How did you get your job with Service Companies?

20    A     Filled out an application.

21    Q     Have you done this kind of work before?

22    A     Overnight in the hotel industry, yes.

23    Q     How long have you been doing that?

24    A     I done that for like four months and then I got

25    laid off at that job, the whole section got laid off
```

```
 1    and I filled out an application an got on with The

 2    Service Company.

 3    Q     Where were you working when you got laid off?

 4    A     Hotel modern.

 5    Q     Did you work for Hotel Modern or did you work for

 6    a different company?

 7    A     Hotel Modern.

 8    Q     Now when you were come to work everyday would you

 9    clock in?

10    A     Yes.

11    Q     Would you go talk to your supervisor to find out

12    what you needed to do, or would you just start working?

13    A     Talk to my supervisor, see what they need me to

14    do, if they have any e-mails or anything.

15    Q     Do you know who your supervisor would have been in

16    March of 2017?

17    A     They could be changing supervisor, they always

18    changing Service Companies, probably, probably name is

19    probably Ramon, that's the only one I can probably

20    remember.

21    Q     Do they change supervisors pretty often?

22    A     The Service Company?

23    Q     Yes.

24    A     You have different supervisors, you have a kitchen

25    supervisor, you have a public area supervisor, you
```

1    know, they have different supervisors.

2    Q    Who was your direct supervisor, was that the

3    public area supervisor?

4    A    The boss was my direct supervisor because he over

5    the floor.

6    Q    When you say the boss?

7    A    Rudy was my direct supervisor.

8    Q    Do you know Rudy's last name?

9    A    No.

10    Q    Do you know what his job title was or did you just

11    call him the boss?

12    A    That's what he was.

13    Q    And he worked for The Service Companies also?

14    A    Yes.

15    Q    Did The Service Companies, did they give you any

16    kind of training on doing the type of cleaning that you

17    would do?

18    A    Yeah, I went through training for like two to

19    three weeks.

20    Q    They show you how to use the machine?

21    A    Side by side he showed me, he showed me himself to

22    make sure I got it right.

23    Q    Do they have any -- did you get a handbook from

24    The Service Companies, is there anything with policies

25    on it?

16

1    A    Yeah, we got handbooks but I don't remember them.

2    Q    Now, was there a break in between the time you

3    worked for The Service Companies and the time you

4    worked for NSG, or was it just a smooth transition?

5    A    Smooth transition for me.

6    Q    I would like to switch and talk about, like I told

7    you, earlier, we represent a lady, Brandon and I,

8    called Millicent Crawford and she slipped and fell over

9    in that bar area in I think you said the third floor

10   outside I think the Vitascope Lounge and the 8 Block

11   Bar area, do you remember a lady falling in about March

12   of 2017?

13   A    I absolutely can't recall.  A couple of people

14   fall, there's a bar right there, they be drunk, so I

15   saw people fall right there before.

16   Q    This was right around Mardi Gras of 2017, this is

17   like a day or two after and the lady fell I think it

18   was pretty serious they brought some EMS out there,

19   they carried her away and put her on a board and what

20   not, do you remember that happening at all?

21   A    Probably not.  I wouldn't be able to remember.

22   It's the third floor, it's a bar, there's people up

23   there all day.  EMS come through there all day.  This

24   is what I see every day like almost two to three times

25   out the week.

1    Q    Do you see a lot of people fall down and get hurt?

2         MRS. DETILIEU:

3              Object to the form.

4         THE WITNESS:

5              There's a lot of people that might be hurt up

6    in there on their own experience.  It's a bar, it is

7    like you are working inside of a little club out there

8    on the third floor so.

9    EXAMINATION BY MR. LINDNER:

10   Q    What time does that bar close?

11   A    Should be like 1:00, 12:30, 1:00.

12   Q    And is this the 8 Block Bar we're talking about?

13   A    Yes.

14   Q    So this incident happened I think about 3 o'clock

15   in the morning, about 2:00, 2:04 in the morning March

16   3rd, 2017, and we think the bar was closed at that

17   time.  So I don't know if that helps you remember at

18   all?

19   A    Sometimes they probably stay open like if a

20   customer is still there, but most time around two

21   something it be closed.  Like if it die down, but if

22   they have a customer still up there they'll keep it

23   open.

24   Q    I'm going to show you a document I'm going to

25   label it Exhibit A and attach it to the deposition.  I

1    don't know that you have ever seen this document

2    before, this is an incident report that was prepared,

3    have you ever seen this before?

4    A    No.

5    Q    I would like you to read over kind of the bulk of

6    it here and because it mentions you and I would like to

7    see if that can refresh your memory of the incident at

8    all.

9    A    Nobody never gave me no interview, they got that

10   up in there.

11   Q    I just want you the read it and we'll talk about

12   it.

13   A    Okay.

14   Q    Now did reading that help you remember this

15   incident at all or that day?

16   A    Yeah, I kind of remember the day, but I did not

17   see the incident.

18   Q    So you didn't see her fall down?

19   A    No.

20   Q    Now, you said something about they didn't give you

21   an interview, is there something in here that you think

22   is incorrect?

23   A    I didn't get no interview by anybody.  This is the

24   first time ever been questioned about that period.

25   Q    So where it says on here that OC Grant stated that

```
 1   he heard Mrs. Crawford fall --
 2   A    He heard -- I ain't state that.
 3   Q    You never told him?
 4   A    No, I didn't state that at all.
 5   Q    Do you know the gentleman who made this report is
 6   listed as Gabriel Cruz, do you know him?
 7   A    No.
 8   Q    You don't think you would recognize him if you saw
 9   him?
10   A    If I seen him?
11   Q    Yeah.
12   A    I know faces but I don't know his name.
13   Q    But you don't believe you ever spoke to him
14   regarding this incident?
15   A    Not that I know of.
16   Q    Do you know how he would get your name to put in
17   this incident report?
18   A    That what I was trying to find out.  I went to my
19   boss, but I guess since it's two years ago she couldn't
20   have give my name so sombody from TSC must have gave my
21   name.  I really didn't know what none of this was
22   about.
23   Q    You said you went to your boss, was that in
24   connection with this?
25   A    Yeah, for the subpoena that I just got, I got the
```

1    subpoena Saturday or Sunday so when I went back to work

2    I had to show my boss, she didn't know what it was.

3    But now I see why because it is not from NSG.

4    Q    But in 2017 you didn't talk --

5    A    No, nothing.

6    Q    You didn't talk to anybody about this lady falling

7    down?

8    A    I mean if we were to see her fall or something

9    like that, like see her on the ground the only thing we

10   do is go get security, security take care of that.

11   There's noting -- I'm an overnight cleaner, there's

12   nothing we can do.

13   Q    But did you talk to the security guard about it at

14   all?

15   A    I don't think I talked to nobody about that.

16   Because I ain't see it.

17   Q    It says you heard it is what it says here, says

18   you stated that you heard her fall, is that possible?

19   A    Yeah, I probably did hear it, I probably seen her

20   after she fell on the ground, but if I did seen her I

21   probably called security for her but that's probably

22   it.  That's all I do.  If I see anybody on the ground I

23   just go to security and get them.  That's the main same

24   routine every time.  I do not interact with people like

25   that.

1   Q    Now, this 8 Block Bar, is it fair to say my

2   understanding, let me know if this is correct or not,

3   that this is kind of, it's in the lobby?

4   A    No, third floor is not the lobby, third floor is

5   just like basically the main floor where everybody have

6   to go to get to their rooms.

7   Q    But this is a big open space with a bar kind of in

8   the middle, is that right?

9   A    Yeah.  Yeah, they have walking space and they have

10  the bar area.

11  Q    The bar is not if its own room, right?

12  A    I mean, it's got its own section.  Like it's

13  basically in its own section.

14  Q    But is it fair to stay Vitascope Lounge that's

15  kind of its own area?

16  A    You have Vitascope and you have 8 Block Bar.  This

17  is all the walkway.  This Vitascope, that's 8 Block

18  Bar.

19  Q    Are there any walls around that 8 Block Bar?

20  A    Like --

21  Q    That would make it separated from the rest of that

22  open area there?

23  A    I mean like it is blocked and, yeah, the whole 8

24  Block Bar is blocked around.

25  Q    Is blocked by what?

1    A    Like the baseboard area, like a little restaurant

2    too.  It's like a little restaurant.

3    Q    Now your job, is it your responsibility to clean

4    any trash up?

5    A    I mean my job is to do, just to mop the floors.

6    But any employee if I see trash or something on the

7    floor that's my job, I'm going get it, that's

8    everybody, that should be everybody jobs.

9    Q    So are you often picking up trash off the floor?

10   A    Yeah, if I see trash on the floor, yeah.

11   Q    Now if there's trash on the bar tables and what

12   not, do you pick that up?

13   A    That not my job to do, but if I want to help --

14   like I say, I work the third floor marble, so if I want

15   to help them I can help them do that, yeah, but that's

16   not my job.

17   Q    So whose job would it be to clear out like the bar

18   glasses and things like that?

19   A    Whoever do marble sweep, it's a person that walk

20   around and they clean all the floor, like all your

21   spills, your trash and all that, it's 1st floor, 2nd

22   floor and 3rd floor.  When you say around two

23   something, around two or three, they probably was up

24   there cleaning up around that time.

25   Q    And that person is called the marble sweep?

1    A      Yeah, marble sweep.

2    Q      Now, do you remember who that would have been this

3    day?

4    A      I can't remember.  Employees always change, yeah,

5    employees change.

6    Q      Now, if there were glasses around from the bar,

7    whose job would it be to clean those up?

8    A      Glasses at the bar?  The marble sweep buy, he

9    cleaning up everything up there from the floor to the

10   whole bar area, he have to clean that.

11   Q      But if there's glasses on table would he take

12   those glasses away and wash them?

13   A      Wash them?  That's a whole different -- whoever

14   wash dishes that's a whole different crew, that's a

15   whole different crew.

16   Q      So would he take them --

17   A      That's not --overnight wouldn't even much know

18   about who do that.  He have to collect all his glasses

19   and bring them to the kitchen or wherever he bring them

20   at, that's not my position.

21   Q      This 8 Block Bar they usually have a bartender

22   working?

23   A      I mean yeah, if it open.

24   Q      When they are open?

25   A      Yeah.

1    Q     How many bartenders at a time do they have?

2    A     I can't tell you that, that's not my section.

3    That's not even much our company.  All that I can't

4    answer that, that's not our company, that's not our

5    section, we wouldn't know.

6    Q     Do you know if the bartenders clean up that area

7    before they leave?

8    A     They probably don't because they have a marble

9    sweep guy.  But sure they probably wipe that's all on

10   them.  They have a marble sweep guy.  Whoever with our

11   team would do marble sweep, that's the marble sweep job

12   to do that.

13   Q     Who takes the trash out from trash cans in that

14   area on the third floor?

15   A     Whoever they assign to that position, whoever that

16   position for.

17   Q     Do you know what that position would be?

18   A     I don't know their position.  They do like various

19   things and go around to all the trash, they got people

20   who just vacuum.  I do not know they position, I only

21   work with my position.

22   Q     Do you know a lady named Areion Burnett who worked

23   there?

24   A     Yeah.

25   Q     Does she still work there?

```
1   A    No, she been gone a long time.

2   Q    How do you know her?

3   A    Constantly working at the job.

4   Q    What was her job?

5   A    She was like a guest request, something like that,

6   housekeeper.

7   Q    What would you see her doing as her when she would

8   be working?

9   A    What would I see her doing?

10  Q    What kind of things would she be doing?

11  A    She guest request, whatever the guest request like

12  towels, toothpaste, she guest request.

13  Q    So you don't believe after this incident with

14  Millicent Crawford where she fell you don't believe you

15  talked to the security officers at all?

16  A    No.

17  Q    Is it possible you just forgot?

18  A    I don't think I talked to them about no accident

19  period.  I don't think I never talked to nobody about

20  an accident at that job period.

21  Q    So you say you do what you did remember some of

22  the incident at this point?

23  A    I mean, yeah, I mean, yeah, a long time ago the

24  incident when I was talking to Aerion, yeah.  I

25  remember that employee, I remember her, so if that's
```

1    the incident, you know, that's after the incident of

2    course I remember that.

3    Q    Did you have a conversation with Areion about the

4    incident?

5    A    No, I ain't talked to her at all, she just was an

6    employee.

7    Q    You just saw her --

8    A    She wasn't even much in our department.  The only

9    reason why I get a chance to even much know her

10   everybody sit in the break room together, that's the

11   only reason why I got a chance to even much know her.

12   I didn't know her like that.

13   Q    So when this lady fell what were you doing?

14   A    Probably buffing the floor, that's my position.

15   Q    Do you know with respect to her how far away from

16   her you were?

17   A    If I don't know what section I was in that day.

18   But if she fell in the bar area she probably is like a

19   couple of feet way from me, probably I say like 10 or

20   15 feet away from me if she fell in the bar area.

21   Q    Does your job entail -- do you buff and clean the

22   floor, strip and buff that floor in the bar area also?

23   A    Yeah.  But if I do the bar, all the table -- if I

24   strip and paste period I'm going set up a perimeter,

25   it's going to be blocked off, she couldn't even, nobody

1    could maybe much get through there unless you want to

2    be like a A-S-S and walk across my yellow tape.

3    Q    So at that time if there were no barriers up --

4    A    I wasn't stripping and pasting, there wasn't

5    nothing wet on floor from my area.  If I had no

6    barriers up then it wasn't wet in my area.

7    Q    Now, do you inspect the whole floor before you get

8    started on your job?

9    A    I basically just be working my area.  I do a walk

10   around to see -- say like I know my job, I been there

11   for a long time.  So sometimes I do walk arounds and

12   see what else need to be done.  So if I did a walk

13   around or something like that, yeah, I do walk around.

14   Q    Do you do a walk around every shift before you get

15   started?

16   A    No, not every shift because I probably have a

17   e-mail.  My boss will probably let me know what to do

18   or something already.

19   Q    So you are saying your area is the whole third

20   floor?

21   A    I got to keep it tight as far as the marble part.

22   Q    So if there's water on the marble, spilled on the

23   marble that's your area to be responsible for cleaning

24   up?

25   A    I do not clean up, I resurface.  If they have

```
 1   water spilled on the floor that will be the marble

 2   sweep job, that's the person that cleaned up.  I

 3   resurface, I resurface.

 4   Q    Let's say you get started on your shift and you

 5   see a big spill, what would you do?

 6   A    I'm going get it up, I'm going to get it up.  I

 7   already have a lot of wet floor signs with me, I either

 8   put wet floor signs -- this is what I do now, I either

 9   put wet floor signs around it until I find something to

10   get it up, or I go get the person job who is for, he's

11   right there downstairs two minutes away.

12   Q    So it would be the marble sweeps job to clean that

13   up?

14   A    Yeah.  Most times.

15   Q    But you would either go tell them or you would

16   clean it up yourself?

17   A    Because I work the third floor, I mean so it's

18   like if I work the third floor the longest out of

19   everybody you kind of sense why I always go get him if

20   I can just go pick it up.

21   Q    What do you use to pick up a spill?

22   A    I got a mop, I got a towel, I have a lot of

23   materials, me.  I have towels, mops because I do marble

24   work, I do resurface so I have all my material upstairs

25   either way I go in case something I have to resurface.
```

1    I even have a water vacuum to pick up water.

2    Q    You do?

3    A    Yeah, I have a water vacuum to pick up water all

4    that.

5    Q    Now if there's no spill do you still mop the area?

6    A    I do not have to mop period, that's not my job.

7    If I resurface a area, I'm going to block it off.  Like

8    this corner, I will block this corner off and I'm going

9    to be in the middle of it.  You can't come across me

10    period.  I can do whatever I want to my area, strip it,

11    paste it, of course mopping and cleaning up in my area,

12    you can't come across there.

13    Q    You say it is not your job to mop up the floor but

14    you have a mop with you?

15    A    Of course, yeah.  It will be probably in my mop

16    bucket or in my garbage can.  I have a garbage can,

17    even with TSC, instead of a garbage can I had something

18    better with TSC, with TSC I had a big ole crate like

19    thing that rolled and that put everything up in there.

20    Q    So you would have a lot of equipment even though

21    -- I mean would you use the mop in your resurfacing job

22    if the floor was just dirt?

23    A    No, I do not use the mop until I'm finished

24    resurfacing.  If I resurface that means my paste on the

25    floor is died up on the floor, so I have to mop it up

1    and make sure it's clean.  It is basically after I

2    finished it is going to be dusty, basically dusty.

3    Q    Sometimes when you encounter a spill you would use

4    that mop and clean up the spill?

5    A    Not my job, no, I have a towel or my water vacuum.

6    I mean for any one of they spills if I have to pick up

7    a marble sweep spill I use my vacuum, just pick

8    everything straight up.  We always have a vacuum, we

9    always have one.  Even with TSC we had a vacuum.

10   Q    Now when this incident happened in March 2017,

11   when this lady fell did you go over to her area and see

12   where she fell while she was there?

13   A    I can't recall but I'm sure, I mean I'm sure if

14   security, if somebody notified security already, if

15   somebody went over there by her already I probably

16   continued stayed in my area or whatever, but if not I

17   probably did went over there and checked out to she if

18   she was all right or something like that.  I can't

19   recall, I can't remember.

20   Q    If you saw some water there, that she had fallen

21   on, what would you do?

22   A    If she had fallen in water it's going to have to

23   stay on the floor because she fell on it.  They'll have

24   to take pictures and stuff of it, you know, can't pick

25   it up after she falls.

1    Q    Do you know who was cleaning up that water?

2    A    What you mean like?  The marble sweep guy.

3    Q    Do you remember seeing any water on the floor in

4    connection with this incident?

5    A    No, no, sir.

6    Q    You don't remember or there was no water on the

7    floor?

8    A    I don't remember.  I can't tell you if there was

9    no water.  Marble sweep guy sweep and mop, so I can't

10   tell you there wasn't no water on the floor.

11   Q    Did Aerion Burnett say anything to you about any

12   water on the floor that day?

13   A    Not to me, no.

14   Q    I want to show you a couple of pictures and see if

15   you can identify them.  I'm going to call this Exhibit

16   B and attach it to the deposition.  Take a look at

17   that.  I just want to know is that you in that picture?

18   A    Yes.

19   Q    And I'll show you this one and call it Exhibit C,

20   do you recognize anybody in that picture?

21   A    No.  No.

22   Q    Do you know who this gentleman is in the suit?

23   A    Yeah, he worked security a long time ago.  I ain't

24   never talked to him.  He worked security a long time

25   ago.  I ain't never talked to him about that.

```
 1    Q    Do you know if that is Gabriel Cruz?

 2    A    I don't know his name.

 3    Q    But you never talked to that guy in connection

 4    with this incident?

 5    A    No.

 6    Q    Can you tell from this picture what area of the

 7    lobby or the third floor that is?

 8    A    This --

 9    Q    I also have a larger one.

10    A    This is the bar area, and the other area where I

11    was standing on the other side of me is the restaurant,

12    the other restaurant.

13    Q    So this picture shows the bar area?

14    A    This is inside the bar.

15    Q    And the chairs in that picture are chairs from the

16    bar?

17    A    Yeah, yeah.  It's wrapped around the bar area.

18    Q    Now, can you tell in that picture if there is

19    liquid on the floor or if the floor looks clean?

20    A    I wouldn't be able to tell.

21    Q    Do you know where you were buffing that day in

22    connection with this?

23    A    On this picture?

24    Q    Yes.

25    A    Way over on this side.
```

```
 1    Q    How far would you say that is?

 2    A    The other picture you can tell, from that other

 3    picture, from way on the other side.  You see me

 4    standing right there.  That is me standing over here

 5    close to the other restaurant.

 6    Q    Can I see in this picture, is that which direction

 7    would it be in --

 8    A    See this pole right here on up?  I be right across

 9    from them but across from them.

10    Q    So standing from the standpoint to the right --

11    A    I be across from them but way across from them

12    plus the chairs is all around.  They can't get nowhere

13    close to me right here.  They could come close to me,

14    but they are nowhere close to me.  They got the chairs

15    wrapped all around, this is the whole bar area.  These

16    chairs wrapped around the whole bar area and this the

17    wall back here that I was telling you about.

18    Q    Now this area here, the bar area, that's part of

19    your area that you're responsible for the floors for;

20    is that right?

21    A    As far as resurfacing?  I could resurface the

22    whole floor.  The whole floor, anything marble I

23    resurface.

24    Q    That includes this floor here?

25    A    That the bar, that's everything.  But that day I'm
```

1    not standing, I wasn't resurfacing.  If I was

2    resurfacing the bar all this would be blocked off with

3    yellow tape and my cones.

4    Q    So when you go to resurface for the day I mean do

5    you know which areas, how do you decide which areas you

6    are going to resurface that day?

7    A    Most likely they'll have a e-mail from the hotel.

8    Like if the hotel needs the elevator done, if they need

9    the third floor bar done, if they need the bathroom

10   done, if they need the landing done, you know.

11   Q    What would you call the area where you were

12   resurfacing that day?

13   A    I mean that's in front of Vitascope Restaurant.

14   Because it is on the opposite side.  So it's in front

15   of Vitascope Restaurant.

16   Q    On that day do you remember what they told you to

17   resurface?

18   A    No, I don't remember, I wouldn't remember.

19   Q    But somebody --

20   A    If I was on the outside I must have been just

21   buffing, I wasn't resurfacing that day, I was just

22   buffing.  See, if I was resurfacing I have a perimeter

23   around, yellow tape, yellow cone.  You can't even much

24   start resurfacing without my cones all the way around.

25   Q    So you were just buffing that day?

1    A    Yeah, I was just using my pad.

2    Q    Now, would you buff the whole floor or just one

3    area?

4    A    Just an area, specific area.  He'll probably want,

5    just for example, he'll probably want right in front of

6    Vitascope Restaurant, that mean the line right there in

7    front the restaurant.  I work on that line the whole

8    night, that's just buffing.  Make sure it is okay,

9    because that's all he want.

10    Q    To your knowledge you weren't going to buff the

11    part, the area around the bar, the 8 Block Bar that

12    day?

13    A    Not if he didn't tell me to do it, no.  But I'm

14    not in the area, so no.

15    Q    Could you see this area from where you were doing

16    your job?

17    A    Yeah, from this picture from me standing right

18    here, yeah.

19    Q    So you can see where this is taking place?

20    A    Yeah, I can see it but if I was buffing they

21    coming from behind me, either way they go they coming

22    from behind me.  So if they fall I wouldn't see them

23    fall.  See where I'm standing at and where I'm facing?

24    They coming from behind me, this the elevator, they

25    coming from behind me.  I do not even see how she got

1   to the bar anyway.  She not supposed to be walking

2   through there.

3   Q    Say that again.  You don't see how --

4   A    I don't see how she went that way, that mean she

5   had to walk all the way around to come through the bar,

6   she could just come from the elevator straight on out.

7   Q    In relation to this picture, can you tell where

8   the elevator is in relation to this Exhibit B picture?

9   A    The elevator is back there.

10  Q    So for record that would be to the left of where

11  the photographer is pointing his camera?

12  A    Elevator is right there, she's laying like right

13  over here on this picture.

14       MR. FERRAND:

15            Bottom left corner?

16       THE WITNESS:

17            Yeah, she laying like right over here, and

18  the elevator is back there.  I can tell everything on

19  this picture.

20  EXAMINATION BY MR. LINDNER:

21  Q    Now this area that you've buffing, did you have

22  that blocked off?

23  A    No.  I'm just buffing it.  I wouldn't have to have

24  it blocked off.

25  Q    So you don't block off the area when you are

1    buffing?

2    A    I don't have to block it off, only when I'm

3    resurfacing.  It not about to be no water, no nothing,

4    there's no water, no nothing, the only thing you do is

5    shine the floor, make your feet squeak, that's the only

6    thing it would do.

7    Q    So you know in this area where you were buffing

8    that there wasn't any water or danger there?

9    A    It couldn't have been, my pad don't mix with

10   water.  My pad don't mix with water at all.  If they

11   have water on the floor my pad is going to turn the

12   floor black.  As far as me buffing I can't much be

13   around a drop of water, if I be around a drop of water

14   it's going smear black all over the floor, it's hard to

15   get out.

16   Q    Do you know if there was any water over where the

17   lady fell?

18   A    I wouldn't know.

19   Q    Had you gone through that area --

20   A    Especially around this time, see around this time

21   he's cleaning up around this time because all the

22   chairs and stuff is put up so that means he was wiping

23   the tables down and stuff.

24   Q    Who is he?

25   A    Whoever is doing marble sweep, always be a guy,

38

1    always a guy.

2    Q    So that night did you walk through bar area at

3    all?

4    A    I can't tell you that.

5    Q    Did you see anybody spill any liquid over there?

6    A    No, sir.  Can't tell you if I did.

7    Q    Do you know where any liquid would have come from

8    that would be on the floor over there by the 8 Block

9    Bar?

10   A    No, sir.  If he was cleaning, I mean if he hasn't

11   cleaned yet it will probably be from whatever the

12   people at the bar.

13   Q    When you say he, who are you talking about?

14   A    Marble sweeper, always a guy, whoever do marble

15   sweep it's a guy, so it's a he.

16   Q    Does a marble sweep, do you know what hours they

17   work?

18   A    Same hours, we all work the same hours.

19   Q    Same hours as you?

20   A    All the same hours.

21   Q    So 12 to 5?

22   A    12 to 5:30 but when he was with TSC 12 to 6.

23   Q    Now that marble sweep, do you know what area he

24   would be responsible for sweeping, would it be the

25   whole third floor?

1    A    Yeah, the whole third floor, the whole second

2    floor, the whole lobby.

3    Q    The third floor and the second floor?

4    A    First, second and third, he's marble sweep, he got

5    to sweep and clean up all of that.

6    Q    So one person would be assigned to all three

7    floors?

8    A    Yeah, I mean yeah, it's simple.

9    Q    I want to go through and show you what I'm going

10   to attach as an exhibit but I'm going to show you

11   some --

12        MRS. DETILIEU:

13            Before we get to that can we take a brief

14   restroom break?

15   (SHORT BREAK).

16   EXAMINATION BY MR. LINDNER:

17   Q    Before I get into this, did any of your

18   supervisors or anybody ever tell you specifically what

19   to do if you saw a spill on the ground?

20   A    If I see a spill on the ground it should be

21   everybody job to pick it up either way.  Especially I

22   know the boss I had, Rudy, that will be, I mean his own

23   speech either way it go.  I mean we know what we are

24   supposed -- we know what he expect.  So if they had a

25   spill on the ground he would expect us to pick it up.

1    But I wouldn't pass a spill up either way it go.  I

2    would do something about it.  Like I said, I always

3    have cones, I put a cone around it, I go get whoever

4    supposed to do it.  Because they have the first floor,

5    second floor, if they not up there yet I just use my

6    water vacuum and get it up.

7    Q    But do you know if anybody actually told you what

8    to do with the spills?  Did you receive any kind of

9    training --

10   A    With The Service Companies, with Rudy, yes, that's

11   your job, like I told you, and you have to do it.  If

12   you see it I mean it's your job to report to get

13   whoever to do it or go pick it up.

14   Q    Now, how often would you see the marble sweep come

15   around on the third floor?

16   A    I mean how often?

17   Q    Yeah, you told me that he worked, the marble sweep

18   could work three floors, right?

19   A    Yeah, he do first floor, second floor, third

20   floor.

21   Q    How often would you see him on the third floor?

22   A    All day, all day, he up and down all day.

23   Q    But he wouldn't be constantly there because he

24   would be going --

25   A    I mean the third floor is they main floor, that's

```
 1    the floor they really on all night.  The first floor
 2    and the second floor that's just the lobby, you
 3    basically they just doing a lot of push broom sweeping,
 4    running they little machines, them floors are clean,
 5    they don't really have people that be on the floor.
 6    But the third floor is the main attraction at the Hyatt
 7    period.
 8    Q    We're not going to watch this whole video, we're
 9    going to skip around but mainly I'm trying to find out
10    if you can identify any of the people that are in here.
11    Before I start there looks like there's a gentleman in
12    black on the right side, do you know who that is?
13    A    It's kind of dark.
14    Q    We have a few different people here.  If you don't
15    recognize him personally, do you know what his job
16    would be?
17    A    If he up in this area right here he'll have to be
18    the marble sweep for the night.  Whoever in this area
19    cleaning up because I see he by the bar and all that.
20    I mean if that's a uniform.
21    Q    What do the uniforms look like or what did they
22    look like in March?
23    A    Black, that's what I'm trying to look at, I can't
24    really tell.  He have to be the marble sweep.
25    Q    That's the marble sweep who's putting the glasses
```

1    in the bus tub?

2    A    I don't know, maybe switching but he's doing

3    marble sweep, he's picking up all the glasses.

4    Q    Now, did you see looked like a lady that --

5    A    Yeah, I saw that.  I don't know even know who that

6    is.

7    Q    You don't know who that lady is on the left side?

8    A    I don't know none of them.  But he have to be

9    marble sweep because he picking up all the stuff right

10   there.

11   Q    Do you know what that lady's job would be?

12   A    I do not even know who that is, she don't even

13   look like an employee.  Because she have to have on all

14   black.

15   Q    So you are saying the lady picking up the chairs

16   you don't even think she's an employee?

17   A    She don't have on all black, you have to have on

18   all black.  For TSC it was an all black thing.  Nobody

19   wasn't out of uniform.

20   Q    Do you know why anybody who doesn't work there

21   would be picking up the chairs?

22   A    Look like they still in the bar area.  I mean a

23   lot of people, they still walk through the bar area,

24   can't stop there.

25   Q    We're at 31 seconds here, I have a pause, there's

1    a gentleman in a white t-shirt here, do you know who

2    that is or white shirt?

3    A    He have to be a guest.

4    Q    You think that's a guest?

5    A    He have to be a guest, he have on a white shirt.

6    Q    Let's run it a little bit and see what he does.

7    A    He got a walkie talkie on.  I don't know him.  He

8    got a walkie talkie on, he got to work for the hotel.

9    Q    You think he works for Hyatt?

10   A    Looks like it.

11   Q    But you don't know what his position would be?

12   A    No.

13   Q    Do you know why he would be talking to this marble

14   sweep?

15   A    No.

16   Q    I'm going to move it now and go to the two minute

17   and 15 second mark, I'll start it at 2:10, but I think

18   someone comes on at 2:15.  That lady that just popped

19   in real fast, do you know who that was?

20   A    No.

21   Q    Do you think she's taking out the trash?

22   A    I can't tell.

23   Q    So you don't who that is?

24   A    No.

25   Q    And you don't know if she works for The Service

1    Company?

2    A    No, I can't even tell if she had a uniform.  Only

3    way I can tell if they worked for The Service Company

4    is by they uniform.

5    Q    Do you know if there would often be a trash bag

6    sitting in that area?

7    A    No, not unless they have a garbage can right here.

8    This is a bar area, they be having a garbage cans on

9    two sides but mainly it be on this side right here.

10   But they do have a garbage can on this side too

11   sometimes.

12   Q    I'm going to move it to 9 minutes and five

13   seconds.  Now the gentleman in the black shirt, is that

14   a marble sweep again?

15   A    Yeah, he have to be a marble sweep because he's

16   cleaning up everything.

17   Q    The gentleman in the white shirt, you still don't

18   know who that is?

19   A    No.  See he came in the bar, the marble sweep,

20   they clean the bar and the tables and the floors.

21   Q    Now from this camera angle which looks like it is

22   situated kind of behind the bar, where would you have

23   been buffing?

24   A    I mean on the picture, on the picture I am like

25   this way.

45

1    Q    So to the left of the screen or the camera?

2    A    Yeah.  This like a little sitting area section and

3    that will be the door I am right there by the door.

4    Q    Let me know if this sounds right, but I believe,

5    I'm not one hundred percent sure, but I believe the

6    lady fell just to left of this camera, does that sound

7    about right to you from what you have seen or remember?

8         MRS. DETILIEU:

9              Object to the form.

10        THE WITNESS:

11             Well, she look like she supposed to be a

12   little bit behind him, because I saw it was by the long

13   table so she should be a little bit behind him.

14   EXAMINATION BY MR. LINDNER:

15   Q    I want to move to 26 minutes and 30 seconds.  Do

16   you know who that is there on the left side?

17   A    Talking about him?

18   Q    Yes.

19   A    I don't know him, but yeah.

20   Q    Is that where you would expect them to be and the

21   lady to have fallen in that area?

22   A    Yeah, she'll be right there behind him.  In the

23   picture here she'll be right there behind him.

24        MR. FERRAND:

25             Just so we're clear, to the left out of the

46

1    frame to the left of the frame of the video that we're

2    talking about?

3        THE WITNESS:

4            I'm going by the pictures, by the pictures

5    while he's standing there yeah, she'll be probably to

6    left of him.  But just right there behind him like

7    right behind him.  So he's standing right there and

8    she'll be like right here.  Like if I standing right

9    here she'll be like right at the edge of the table.

10   EXAMINATION BY MR. LINDNER:

11   Q    So just very closely out of the frame?

12   A    Yes.

13   Q    That's all I have for the video.

14        Now you didn't see anybody spill any water over in

15   that area?

16   A    No, sir.

17   Q    Now if there were water on the floor and the lady

18   tripped and fell in some water there?

19   A    It have to still be there, ain't nobody pick it up

20   after she fall, can't nobody pick it up.

21   Q    But if there were water on the floor do you know

22   when it would have gotten there?

23   A    No, sir.

24   Q    Do you think it would have gotten there while you

25   were working?

1  A    I don't know.  I wouldn't recall.  I wouldn't

2  recall.  If I'm working I wouldn't know.

3  Q    Now, you didn't inspect that area before you

4  started working; right?

5  A     I probably didn't inspect the bar because I

6  probably didn't have to do it.  Like if that was my

7  assigned area where I was then I didn't inspect it.

8  Q    While you were working you didn't see anybody over

9  there spilling anything?

10  A    No.

11  Q    So is it possible that if there were water there

12  it was there before you even started working?

13       MRS. DETILIEU:

14            Objection, calls for speculation.

15       MR. FERRAND:

16            Object to the form.

17       MRS. DETILIEU:

18            You can answer, it's okay.

19       THE WITNESS:

20            I mean I wouldn't know.  I mean it is a bar

21  so it could have been there way before we started

22  working.  It's a bar, they had drinks so no telling

23  when water got spilled.  I'm not, I wasn't, I'm not

24  there so it could have been 10, 11, if he ain't never

25  pick it up it is going to be there.  He the marble

48

1    sweep, but like if he was cleaning up, put them chairs

2    and stuff up he had to clean up.  Like he had to be

3    cleaning up already.

4    Q    So you don't know whether or not the marble sweep

5    saw any water there?

6    A    No.  But like judging from the video and like him

7    cleaning, shouldn't nothing been on the floor, like no

8    spills or nothing been on the floor.  By the time he

9    have all the chairs and all the tables wiped the floor

10   should be clean too.  I see the chairs, that's why I'm

11   saying that.

12   Q    So is it your understanding of the procedure that

13   if he saw water there he should have cleaned that up?

14   A    That's his job, that's the marble sweep job,

15   that's nobody else job but the marble sweep job.  Like

16   that specific job is the marble sweep job.  Like I have

17   a specific job, but if you walk past and you see a

18   piece of paper on the floor your boss ain't going to

19   want you to walk right past it.  But that's still his

20   job to do, you can't walk just right past it.

21        MS. DETILIEU:

22             Why are you pointing to me?

23        THE WITNESS:

24             I'm just saying.

25   EXAMINATION BY MR. LINDNER:

1    Q    Now, do you remember seeing the marble sweep go by

2    there previously that day, that night?

3    A    I can't much recall that day like as far as

4    whoever doing the marble.  I couldn't recall that day

5    or what they was doing period that day, so.

6    Q    Do you remember seeing anybody walk past there

7    while you were working?  That area in that left bottom

8    left corner on the video?

9    A    I mean I wouldn't be able -- people walk all day

10   through the hotel, I mean it's all night, it a busy

11   hotel.  As far as this third floor everybody got to

12   walk through the third floor, so maybe people all night

13   probably walking, everybody walk through that third

14   floor.  You checking out you got to come through that

15   third floor, the main elevator is on the third floor.

16   Q    Have you ever had any problems with -- do you know

17   if the marble sweeps, would they always clean up the

18   spills when they saw them?

19   A    They do a good job with Rudy, that boss he wanted

20   everything perfect.

21   Q    What does Rudy's uniform look like?

22   A    He wear a suit, he's in his suit.

23   Q    Would it be a black suit all the time?

24   A    No, any kind of suit, like a white shirt, like

25   what you got on right now, just any kind.

1    Q    Now, would Rudy come up to the third floor during

2    your shift?

3    A    Third floor?  Yeah, he go to all floors.  He was

4    an active boss.  Like as far as we're talking about

5    with a spill, he get down there on his knees and wipe

6    it up hisself, he get on the floor and clean the

7    baseboard, he was the ideal boss.

8    Q    Do you remember seeing Rudy on the third floor

9    that night?

10   A    I couldn't recall that night.

11   Q    Does Rudy go to third floor, did he go every

12   night?

13   A    He's a boss, he check all his floors, like I say

14   he checked all his floors.  If he sees something that

15   needs to be done before he would go get an employee

16   he'll do it himself and then tell you that was your

17   job, you were supposed to do it.  But he was a boss

18   that get down, get down in his suit.

19   Q    Do you remember anything else about the incident

20   you want to tell us?

21   A    No.

22   Q    After the incident did anybody working there talk

23   to you about it?

24   A    No.  I kind of don't remember the incident.  The

25   only thing I remember is, the only way I remember is

51

1  because when I was talking to the girl Aerion, I know

2  her name, I know who she is so I remember that.  I

3  can't anything about the incident because I actually

4  didn't see the incident.

5  Q    Did The Service Companies ever hold a meeting to

6  discuss anybody slipping and falling on the third

7  floor?

8  A    No.  No.  Then probably around, I don't know

9  around that time the contract was probably getting

10  ready to be up either way it go.

11  Q    Did Aerion Burnett say anything to you that day?

12  A    No.  Really I mean I don't know what we was

13  talking about.  I don't know what we was talking about

14  like period, I don't know what we was talking about but

15  I was talking to her that day, I guess I was talking to

16  her.  We don't know each other like that, she was just

17  an employee, I don't know her like that.

18      MR. LINDNER:

19          That all I have.  These other lawyers may

20  have some questions for you.

21  EXAMINATION BY MRS. DETILIEU:

22  Q    Alright Mr. Grant, again my name is Magen

23  Detilieu, I just have a few questions and then you are

24  going to be out of here I promise.

25          Did you witness a fall on March 2nd, 2017 around 2

1    a.m.?

2    A    No, ma'am.

3    Q    Do you know what was on the floor that caused the

4    plaintiff in this action, Millicent Crawford, to fall

5    on March 2nd, 2017?

6    A    No.

7    Q    Do you know how long that substance was on the

8    floor prior to the fall?

9    A    No.

10   Q    Do you know where the substance came from?

11   A    No, ma'am.

12   Q    Are you aware of any person associated with the

13   Hyatt having knowledge of that substance prior to the

14   fall?

15   A    No, ma'am.

16   Q    Do you have any knowledge regarding the Hyatt's

17   policies on spills?

18   A    I mean the Hyatt?  Well, TSC as far as around TSC

19   I would say yes, as far as with TSC they was giving us

20   handbooks and stuff like that, we had all that.

21   Q    And if you would come upon a spill you would --

22   A    I would clean it myself or go get the person who

23   doing it.  If I'm too busy I run down there and get him

24   I can do it myself.  Like I say I always have a water

25   vacuum so it is always easy for me to just do it

53

1    instead of going down and getting him.

2    Q    At any time were you an employee of the Hyatt?

3    A    No.

4    Q    You identified some people earlier, I think your

5    supervisors were Ramon and Rudy, were those supervisors

6    around the time of this alleged incident in March of

7    2017?

8    A    Well, TSC that was my supervisor, yes.

9    Q    And who did they work for?

10   A    TSC.

11   Q    They didn't work for the Hyatt?

12   A    I can't tell you that, that's just all I know,

13   they was my boss, that was my boss.  Rudy was my boss

14   and Ramon was the supervisor.

15   Q    Did you ever receive any direct instruction from

16   any employee of the Hyatt?

17   A    Employee or my boss?

18   Q    Ramon or Rudy.

19   A    Yeah, if they had e-mails and stuff I get mostly

20   all the e-mails, they would tell me where to go at,

21   yeah.

22   Q    And they are associated with The Service

23   Companies?

24   A    Yes.

25   Q    Who does the marble sweep work for?

1    A     The Service Companies.

2    Q     Do you know his duties?

3    A     Sweep, mop and do the bar area on the third floor.

4    That's basically, sweep, mop, run, he run the little

5    cleaning machine, yeah, in the bar area, that's

6    basically it.

7    Q     Is there one marble sweep on duty for any given

8    night or multiple?

9    A     It's one marble sweep, that's all they need is one

10   marble sweep.  Like I told you, the first floor and the

11   second floor is basically clean.  The third floor is

12   the main attraction.  So they on the third floor

13   basically like the whole night.  The first floor and

14   the second floor basically they can do that within an

15   hour of being there, so.

16   Q     Earlier you testified that -- when did you first

17   start cleaning floors at the Hyatt?

18   A     I been there like three years altogether.

19   Q     So maybe around 2016 you started?

20   A     Probably around that time.  I been there three

21   years.

22   Q     Did you ever stop cleaning floors at the Hyatt or

23   you have worked there consistently from 2016 to

24   present?

25   A     Yeah, consistently.

1    Q    Earlier you testified that you have seen people

2    fall before at this hotel?

3    A    Yeah, because the third floor is a bar, they be

4    drunk, I seen people falling a lot of times.  You know

5    any accident that happen on the third floor I'm going

6    to hear about it or see it.

7    Q    How many falls have you seen during your time from

8    2016?

9    A    I have actually never seen a person fall, but I

10   have seen them always after the fall.

11   Q    So your knowledge in regards to these falls that

12   you testified earlier is just coming from other people

13   telling you about other things that happened?

14   A    I mean I work the third floor if they fall if I

15   don't see the fall I will still probably see them on

16   the ground or something like that or go in the area and

17   go get security or something like that.  Because I work

18   the third floor.  So if they fall nine times out of ten

19   if you land on the floor I'm going wind up seeing you

20   laying on the floor.

21   Q    How many falls have you personally seen?

22   A    Personally I have personally seen none.  But as

23   far as people on the ground probably five, six, seven.

24   Q    And those five, six or seven people that you saw

25   on the ground, do you know what caused them to get on

1    the ground?

2    A    Mostly alcohol.  Mostly alcohol, it's like working

3    at a bar, mostly it be alcohol.

4    Q    Did you ever talk to the people that you saw on

5    the ground in those five or six prior occasions?

6    A    If I talked to them it would be like are you

7    alright, I'm going to get the security guard because

8    there's nothing I can do.

9    Q    What I'm trying to figure out is do you have any

10    firsthand knowledge as to how they got on the ground or

11    are you just guessing that maybe they were drunk or you

12    don't really know either way?

13    A    I wouldn't know.  But if they are leaving the bar

14    they be drunk, the way they talk, the way they slur,

15    stuff like that.  But I wouldn't -- that's not my job

16    so I go get security or something like that if security

17    not up there.

18    Q    Do you have knowledge of any prior falls at the

19    Hyatt that were caused by liquid left on the ground?

20    A    No, ma'am.

21        MRS. DETILIEU:

22            That's all I have for you Mr. Grant, thank

23    you so much.

24    EXAMINATION BY MR. FERRAND:

25    Q    Mr. Grant, my name is Brad Ferrand, I'm going to

```
 1    be brief so we can get you out of here.  Again I
 2    represent The Service Companies, your former employer.
 3         What were your hours, I know earlier you testified
 4    about what your hours are now with your new company,
 5    what were your hours back then when you were working
 6    for TSC?
 7    A    12 to 6.
 8    Q    And you are not always, when you are on the third
 9    floor working, you are not always going to be right in
10    that bar area?
11    A    No, it's a big floor, it's a big third floor.  I
12    could be way around by the elevator landing, I could be
13    way in the hallway, or I could be in the another area.
14    It a big ole third floor, so I'm not always by the bar
15    area.
16    Q    I just want to make clear that you have no
17    specific recollection of this incident, correct?
18    A    Not really.  The only thing I got a recollection
19    of is me talking to the employee that was there.  I
20    recognize her name.
21    Q    Ms. Burnett?
22    A    Yeah, I recognized her name up in the thing.  Me
23    talking to her a long time ago you know somebody did
24    fell but I didn't witness the fall so, no.
25    Q    I want to clear that up too.  When you say you
```

```
 1   were talking to her, is this talking to her after the

 2   fact or were you talking to her when this event

 3   happened?

 4   A    No, we was talking already, we was talking.

 5   Q    At the time?

 6   A    Before that, yeah.

 7        MS. DETILIEU:

 8            When you say talking do you mean dating?

 9        THE WITNESS:

10            No, talk on the floor, talking.

11   EXAMINATION BY MR. FERRAND:

12   Q    So you mean talking like that night but before

13   Mrs. Crawford fell?

14   A    Yeah.

15   Q    Or do you mean like talking like week and days

16   before?

17   A    No, talking that night.  Talk, standing probably

18   by me talking that night.

19   Q    Do you remember if you had even begun buffing the

20   floor when you were talking to Ms. Burnett?

21   A    If it was after I wouldn't recall, because it if

22   was after 12 o'clock I may have started, yeah.

23   Q    You have no knowledge that anyone with TSC had any

24   knowledge of any spill on the ground in the bar area

25   that night, correct?
```

```
1    A     No, they usually be up on stuff like that.  If
2    they'll have a spill they would usually have that
3    picked up before.
4    Q     We established earlier when we were looking at the
5    videotape that the area where Mrs. Crawford fell was
6    out of the frame of the video, would you agree with
7    that?
8    A     Yeah, you could seen it on the video.
9    Q     So the video wouldn't have shown any other patrons
10   walking in the area where she fell, it was out of the
11   frame, correct?
12   A     No, I don't think from the angle where that camera
13   was, the camera don't, probably don't catch all of
14   that.
15   Q     So there could have been other patrons or guests
16   of the hotel that could have walked in the area that
17   were out of the frame where Mrs. Crawford fell but you
18   just couldn't see from that footage, correct?
19   A     Yeah.
20         MR. FERRAND:
21              That's all the questions I have, thank you.
22
23
24   (Whereupon the deposition was concluded.)
25                        REPORTER'S CERTIFICATE
```

1

2

3    This certificate is valid only for a

4    transcript accompanied by my original

5    signature and original required seal on this

6    page.

7

8

9    I, LEAH J. GLASS, Certified Shorthand Reporter

10    in and for the State of Louisiana do hereby certify

11    that the within witness, after having been duly

12    sworn to testify to the truth, the whole truth and

13    nothing but the truth, did testify as hereinabove

14    set forth in the foregoing pages;

15    That the testimony was reported by me in

16    shorthand and transcribed under my personal

17    supervision, and is a true and correct transcript

18    to the best of my ability and understanding;

19    That the transcript has been prepared in

20    compliance with transcript format guidelines

21    required by statute or by rules of the board,  that

22    I have acted in compliance with the prohibition on

23    contractual relationships as defined by Louisiana

24    Code of Civil Procedure Article 1434 and in rules

25    and advisory opinions of the board;

1          That I am not of Counsel, nor  related to

2      Counsel or the parties hereto, and in no way

3      interested in the outcome of this event.

4

5

6

7

8

9    LEAH J. GLASS

10   CERTIFIED SHORTHAND REPORTER

11   In and for the State of Louisiana

12   LICENSE NO. 87026

13

14

15

16

17

18

19

20

21

22

23

24

25