42484

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MILLICENT CRAWFORD** | * | **CIVIL ACTION NO. 2:18-cv-3847** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **HYATT CORPORATION, ARES MANAGEMENT** | * | **JUDGE NANNETTE JOLIVETTE** |
| **GROUP, LLC, HYATT LOUISIANA, LLC, AND** | * | **BROWN** |
| **WESTERN WORLD INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE JUDGE DANA** |
| | * | **DOUGLAS** |
| | * | |

## JOINT MOTION AND ORDER FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, Millicent Crawford, and defendants, Hyatt Corporation, Hyatt Louisiana, LLC, Western World Insurance Company and Ares Management Group, LLC, who suggests to this Honorable Court that all claims and demands presented by Plaintiff, Millicent Crawford, against Defendants, Hyatt Corporation, Hyatt Louisiana, LLC, Western World Insurance Company and Ares Management Group, LLC, have been amicably settled and compromised and that, accordingly, plaintiff, Millicent Crawford desires a dismissal of the claims made by her therein *with prejudice,* each party to bear its own costs.

**IT IS HEREBY ORDERED**, that all claims and demands made by Plaintiff, Millicent Crawford, against  Defendants, Hyatt Corporation, Hyatt Louisiana, LLC, Western World Insurance Company and Ares Management Group, LLC, therein should be, and are hereby dismissed *with prejudice,* each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2019.


_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT


Respectfully submitted,


/s/R. Todd Musgrave
R. Todd Musgrave, Bar No. 22840
Amanda H. Aucoin, Bar No. 31197
Magen W. Detillieu, Bar No. 37393
Musgrave, McLachlan, & Penn, L.L.C.
1515 Poydras St., Suite 2380
New Orleans, LA 70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
Attorneys for Hyatt Corporation, Hyatt Louisiana,
LLC, Western World Insurance Company and
Ares Management Group, LLC


And

/s/ Nicholas S. Lindner
Nicholas S. Linder, Bar No. 31841
Branden Villavaso, Bar No. 34805
631 Saint Charles Avenue
New Orleans, LA 70130
Telephone: 504-579-2601
Facsimile: 504-267-2062
Attorneys for Millicent Crawford